```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A04-0086--CV (RRB)
              "BRENDA J. PRUITT V R.L. BROWNLEE"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 04/21/04
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 04/21/04 receipt # 00122991
         Trial by: Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | PRUITT, BRENDA J. | Brenda J. Pruitt<br>Pro Per<br>104 Muldoon, #222<br>Anchorage, AK 99504<br>907-333-4572 |
| DEF 1.1 | BROWNLEE, R.L. | Susan J. Lindquist<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CIVIL DOCKET ENTRIES FOR CASE A04-0086--CV (RRB)
                     "BRENDA J. PRUITT V R.L. BROWNLEE"

                            For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 04/21/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 04/21/04 receipt # 00122991
          Trial by: Jury
```

```
Document #  Filed      Docket text

    1 -  1  04/21/04   Complaint w/att exhs filed.

    2 -  1  05/10/04   RRB Order Plf shall proceed to insure that service of process is
                       completed w/in 120 days of the date she filed complaint, no later than
                       8/19/04, otherwise her complaint will be dismissed w/out further notice.
                       The clerk shall issue summonses to R.L. Brownlee, John Ashcroft and the
                       US Attorney.  Plf must follow LR 10.1(b).  Plf to inform the court of
                       any address change.  cc: B. Pruitt w/summonses, PS12 and pro se
                       handbook, PSLC

    3 -  1  05/12/04   PLF 1 Return of Service Executed re: U.S. Attorney on 5/12/04.

    4 -  1  07/12/04   DEF 1 Answer to Complaint.

    5 -  1  07/13/04   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/i 28 days from svc of this order w/att draft S&P rpt. cc: cnsl

    6 -  1  07/30/04   PLF 1 Application for appointment of counsel w/att financial aff.

    7 -  1  08/11/04   PLF 1; DEF 1 S&P Conference Report.

    8 -  1  08/23/04   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                       discovery 05/27/05; Dispositive motions deadline 06/30/05; Estimate of
                       trial 4 days; TBJ. cc: cnsl

    9 -  1  08/23/04   RRB Order granting appointment of counsel.  The clerk shall send a copy
                       of the docket and record to Erick Cordero. Mr. Cordero is requested to
                       find a volunteer attg to represent Ms Pruitt and to notify the court and
                       Ms Pruitt when and if counsel is secured.    cc: cnsl, E. Cordero, PSLC

   10 -  1  11/23/04   RRB Minute Order Ms Pruitt must contact her volunteer attorney and/or Mr
                       Cordero as instructed if she wishes to be represented in her case.  Once
                       the court receives notice that her file is closed at Ak Legal Services,
                       Ms Pruitt must represent herself in this case, and no further attempts
                       to secure counsel will be made on her behalf.  cc: Ms Pruitt, cnsl, PSLC

   11 -  1  03/14/05   DEF 1 Final Witness List.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0086--CV (RRB)
                            "BRENDA J. PRUITT V R.L. BROWNLEE"

                                    For all filing dates


Document #   Filed       Docket text

   12 -  1   05/25/05    Stipulation for 2 month ext of time until 7/29/05 for close of disc.

   13 -  1   05/27/05    RRB Order approving stip for 2 month ext of time until 7/29/05 for close
                         of disc (12-1); dispositive mots ddln 08/30/05. cc: cnsl

   14 -  1   08/29/05    DEF 1 motion for an ext of time for the close of discovery.

   15 -  1   08/31/05    RRB Order granting motion for an ext of time for the close of discovery
                         (14-1) & setting the following dates: Discovery to close 09/30/05;
                         Dispositive motions deadline 10/31/05. cc: cnsl

   16 -  1   09/20/05    DEF 1 Unopposed motion for extension of time until 12/30/05 for close of
                         discovery and until 1/30/06 for dispositive motions.

   17 -  1   09/21/05    RRB Order granting unopposed motion for extension of time until 12/30/05
                         for close of discovery; dispositive motions extended until 1/30/06
                         (16-1). cc: cnsl
```