FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 AM 11:58

TIMOTHY M. BURGESS
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071
fax (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA J. PRUITT,<br><br>             Plaintiff,<br><br>     v.<br><br>R.L. BROWNLEE, Acting Secretary of the Army,<br><br>             Defendant. | Case No. A04-0086CV(RRB)<br><br>**DEFENDANT'S NON-OPPOSED MOTION FOR AN EXTENSION OF TIME FOR THE CLOSE OF DISCOVERY** |

Defendant, Mr. Brownlee, through counsel, moves, unopposed, for an extension of time until January 15, 2006 for the close of discovery for the purpose of taking Ms. Pruitt's deposition. As she was out of town for the holidays, we agreed to do the deposition in January. Due to other deadlines, January 9, 2006 is the next available date. Therefore, Defendant moves unopposed for the discovery deadlines to be extended until January 15, 2006. An order has been lodged for the court's use.

Respectfully submitted, on December 30, 2005.

TIMOTHY M. BURGESS
United States Attorney

*[signature]*

SUSAN LINDQUIST
Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the foregoing **DEFENDANT'S NON-OPPOSED MOTION FOR AN EXTENSION OF TIME FOR THE CLOSE OF DISCOVERY** was sent to the following individual via:

(X) U.S. Mail
( ) U.S. Mail Certified
( ) FAX
( ) Hand Delivery

Brenda J. Pruitt
104 Muldoon Rd Unit 222
Anchorage, AK 99504

Executed at Anchorage, Alaska, on December 30, 2005.

*[signature]* K Joy McCulloch
Office of the U.S. Attorney

2