LODGED
DEC 30 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA J. PRUITT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R.L. BROWNLEE, Acting<br>Secretary of the Army,<br><br>　　　　　Defendant. | Case No. A04-0086CV(RRB)<br><br>**ORDER EXTENDING THE CLOSE OF DISCOVERY** |

The government moved to extend the discovery deadlines. The following deadlines are approved:

　　　January 15, 2006　　　Discovery Closes
　　　February 17, 2006　　Motions Under Discovery Rules
　　　February 17, 2006　　Motions in Limine; Dispositive Motions

Date: 1/4/06

　　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　　United States District Court Judge