For use of this form, see AR 690-600, the proponent agency is OSA

RECEIVED FEB 10 1997 EEO ACS

## PRIVACY ACT STATEMENT (6 USC 552a)

**Authority:** Public Law 92-261
**Principal Purpose:** Formal filing of allegation of discrimination because of race, color, religion, sex, handicap, national origin and reprisal
**Routine Uses:** This form and the information on this form may be used, (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts and may also be used to respond to general requests for information under the Freedom of Information Act. (b) to respond to request from legitimate outside individuals or agencies (e.g. Members of Congress, The White House, and the Equal Employment Commission (EEOC) regarding the status of the complaint or appeal, and (c) to adjudicate complaint of appeal.
**Disclosure:** Voluntary, however, failure to complete all appropriate portions of this form may lead to rejection of complaint on the basis of inadequate data on which to determine if complaint is acceptable.

1. **NAME OF COMPLAINANT (Last, First, Middle Initial)**
   PRUITT BRENDA J.

2. **SSN**
   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

4. **ADDRESS (Include City, State and Zip Code)**
   1737 UNIVERSITY AVE APT# G55
   FAIRBANKS, ALASKA 99709

3a. **HOME TELEPHONE NO** (907) 474-3696
3b. **WORK TELEPHONE NO** (907) 353-5692

5. **ARE YOU BEING REPRESENTED?**
   [ ] A. yes (complete 5c)   [X] b. No

5c. **IF YES, NAME OF REPRESENTATIVE**
   N/A

6. **NAME OF THE ARMY ORGANIZATION YOU BELIEVE DISCRIMINATED AGAINST YOU**
   MEDDAC PREVENTIVE MEDICINE

6a. **ADDRESS OF ALLEGED DISCRIMINATION ORGANIZATION (INCLUDE CITY, STATE AND ZIP CODE)**
   BASSETT ARMY COMMUNITY HOSPITAL, FT. WAINWRIGHT 99703

7. **MAJOR ARMY COMMAND OR ACTIVITY YOU BELIEVE DISCRIMINATED AGAINST YOU**
   MEDDAC, PACIFIC REGION

8. **DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION OCCURRED**
   1 OCT 1996

9. **ARE YOU WORKING FOR THE FEDERAL GOVERNMENT**
   [X] A. YES (Complete items 10 11 12)
   [ ] B. NO (Skip to item 13)

10. **NAME OF AGENCY WHERE YOU ARE CURRENTLY EMPLOYED**
    MEDDAC PREVENTIVE MEDICINE BASSETT Army Community Hospital

11. **ADDRESS OF YOUR CURRENT EMPLOYER (Include City, State and ZIP Code)**
    BASSETT ARMY COMMUNITY HOSPITAL, NEELY ROAD, FORT WAINWRIGHT, ALASKA 99703

12A. **TITLE OF YOUR CURRENT JOB**
    LICENSE PRACTICAL NURSE

12B. **PAY PLAN/SERIES/GRADE**
    620-GS-5/7

13. **REASON YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (Check below)**

| | | |
|---|---|---|
| [✓] A. RACE (State your Race) BLACK | | [ ] E. HANDICAP [ ] Mental [ ] Physical |
| [✓] B. COLOR (State your Race) BLACK | | [✓] F. SEX [X] Female [ ] Male |
| [ ] C. RELIGION (State your religion) | | [✓] G. AGE (Specify age) 50 |
| [ ] D. NATIONAL ORIGIN (State Nat'l Origin) | | [ ] H. REPRISAL |

RECEIVED FEB 4 1997 EEOCCRA SJA-SPECER

14. **I HAVE DISCUSSED MY COMPLAINT with an EEO COUNSELOR (See reverse)**
    [X] A. YES (Complete 14C)   [ ] B. NO

14c. **IF YES, NAME OF COUNSELOR**
    BARBARA HOPKINS

15. **DATE OF FINAL INTERVIEW**
    21 JAN 1997

16. **EXPLAIN SPECIFICALLY HOW YOU WERE DISCRIMINATED AGAINST, THAT IS, TREATED DIFFERENTLY FROM OTHER EMPLOYEES OR APPLICANTS, BECAUSE OF YOUR: RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, MENTAL OR PHYSICAL HANDICAP, OR REPRISAL. (If your complaint involves more than one basis for your dissatisfaction, list and number each such allegation separately and furnish specific, factual information in support of each. You may continue your answer on another sheet of paper if you need more space.)**

   ALLEGATION NUMBER 1: RACIAL SLURS WERE PLACED ON MY DESK AT WORK QUESTIONING THE DEFINITION OF A "NIGGER". THIS NOTE WAS PLACED ON MY DESK DELIBERATELY FOR ME TO SEE TO HARRASS ME INTO QUITING MY JOB. (CONTINUED ON PAGE 2)

17. **LIST BELOW THE NAMES OF YOUR WITNESSES AND WHAT FACTUAL INFORMATION EACH WILL BE EXPECTED TO CONTRIBUTE THROUGH HIS/HER TESTIMONY TO THE INVESTIGATION OF YOUR COMPLAINT (Include in REMARKS)**
   NONE AT THIS TIME

18. **WHAT SPECIFIC CORRECTIVE ACTION DO YOU WANT TAKEN ON YOUR COMPLAINT (If more than one allegation is being made, state overall corrective action desired and the specific corrective action desired for each separate allegation.)**
   SEE ATTACHMENT #4 (PAGE 4)

DA FORM 2590-R, AUG 89     DA Form 2590-R, Dec 85 IS OBSOLETE

PAGE 1 of 4

Exhibit A

19. HAVE THE MATTERS LISTED IN ITEM 16 N APPEALED TO THE MERIT SYSTEM PROTECTION ARD OR FILED UNDER A NEGOTIATED PROCEDURE/
[ ] A. YES (Explain on Item 20.)  [X] 

20. REMARKS

21. SIGNATURE OF COMPLAINANT

22. DATE THE COMPLAINT FORM WAS SIGNED BY THE COMPLAINANT (Month, Day, Year)
01-27-97

TO BE COMPLETED BY THE ORGANIZATION'S EEOO

23. SIGNATURE OF EEOO

24A. TYPED NAME AND TITLE OF EEOO
BARBARA J. HOPKINS, EEOO

24B. ADDRESS OF EEOO
HQ USARAK, EEO Office, ATTN: APVR REEO
600 Richardson Dr #6900, Ft Richardson, AK 99505-6900

25. DATE COMPLAINT FILED WITH EEOO
10 February 1997

26. TELEPHONE NO. OF EEOO PROCESSING COMPLAINT
(907)/DSN 384-2080

THE MATTER(S) GIVING RISE TO THE COMPLAINT WILL BE CODED USING ONE OR MORE OF THE FOLLOWING CODES:

| CATEGORY | CODE | CATEGORY | CODE | CATEGORY | CODE |
|---|---|---|---|---|---|
| APPOINTMENT | (1) | TRAINING | (9) | REPRISAL | (17) |
| PROMOTION | (2) | TIME 7 ATTENDANCE | (10) | PAY, INCLUDING OVERTIME | (18) |
| REASSIGNMENT | (3) | RETIREMENT | (11) | CONVERSION TO FULL TIME/ CAREER CONDITIONAL | (19) |
| SEPARATION/TERMINATION | (4) | ASSIGNMENT OF DUTIES | (12) | REINSTATEMENT | (20) |
| SUSPENSION | (5) | EXAM/TEST | (13) | AWARDS | (21) |
| REPRIMAND | (6) | WORK CONDITIONS | (14) | AND/OR OTHER (SPECIFY) | (22) |
| EVALUATION/APPRAISAL | (7) | HARASSMENT | (15) | | |
| DUTY HOURS | (8) | SEXUAL HARASSMENT | (16) | | |

27. ENTER CODE(S) FOR MATTER(S) GIVING RISE TO THE COMPLAINT  15, 14, 3

REVERSE DA FORM 2590-R, AUG 89

ALLEGATION NUMBER 2. DENIAL BY MY SUPERVISOR TO TAKE ANY ACTION OR EVEN INVESTIGATE THIS MATTER THUS CONTRIBUTING TO AN UNTENABLE WORKING ENVIRONMENT

ALLEGATION NUMBER 3. SHELBY BUTLER, MY IMMEDIATE SUPERVISOR IN COLLUSION WITH STAFF, LTC CHANDLER, LTC GALIMORE AND OTHERS HAVE FABRICATED A LIE TO HAVE ME FIRED OR CONSTRUCTIVELY DISCHARGED FROM MY JOB

ALLEGATION NUMBER 4. I WAS MOVED ON 30 SEPT 96 TO ANOTHER LOCATION, GIVEN LESS RESPONSIBILITY AND SMALLER OFFICE WITH NO EQUIPMENT TO CARRY OUT MY DUTIES BECAUSE OF RACISM AND SEXISM AND BECAUSE OF A PERCEPTION THAT I WAS PROTECTED BY MY FORMER SUPERVISOR WHO HAPPENED TO BE A BLACK FEMALE. IN THE WORDS OF MY CURRENT SUPERVISOR, "LTC IVEY HAD DIFFERENT SETS OF RULES FOR YOU THAN ME."

ALLEGATION NUMBER 5. LTC CHANDLER HAS BEEN COUNSELED BY HIS SUPERVISOR FOR RACISM IN THE PAST AND IS STILL CONTINUING TO CONDUCT RACIST BEHAVIOR BY REFUSING TO GIVE ME A KEY TO MY OFFICE WHILE "WHITE" EMPLOYEES HAVE NO PROBLEMS GETTING KEYS TO THEIR OFFICES OR SUPPLIES AND EQUIPMENT NEEDED.

ALLEGATION NUMBER 6. I HAVE BEEN MOVED 4 TIMES IN TWO AND A HALF YEARS WHILE "WHITE" STAFF MEMBERS HAVE BEEN UNDISTURBED.

CONTINUED ON PAGE 3

PAGE 2 OF 4

#18. CORRECTIVE ACTION SOUGHT:

1. IMMEDIATELY DISCONTINUE THE RACIST BEHAVIOR AND TREATMENT.

2. GIVE BACK MY JOB AND FORMER OFFICE.

3. GIVE ME THE REQUIRED EQUIPMENT I NEED TO DO MY JOB.

4. TREAT ME EQUALLY AS "WHITES" AND "MALES"

5. DISCONTINUE THE RACIST AND DERROGATORY NOTES LEFT ON MY DESK.

6. AN APPOLOGY REGARDING ALLEGATIONS THAT I STOLE MY CARPET.

ATTACHMENT #4                                         PAGE 4 OF 4