IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA J. PRUITT,<br><br>      Plaintiff,<br><br>vs.<br><br>R.L. BROWNLEE, Acting Secretary of the Army,<br><br>      Defendant. | Case No. 3:04-cv-0086-RRB<br><br>**ORDER GRANTING PARTIAL SUMMARY JUDGMENT** |

      Before the Court is Defendant's unopposed Motion for Partial Summary Judgment filed at Docket 20. The issue raised by Defendant is whether or not, under Title VII, a federal sector employee can bring a civil action alleging only that the employee's administrative remedy was insufficient, without subjecting the entire matter, including the issue of liability, to de novo review. Although the Ninth Circuit has yet to address the issue, it has been addressed and resolved, as Defendant points out, in numerous other Circuits in a fashion the Court finds to be reasonable. Therefore, the Court concludes that if Plaintiff wishes to challenge the amount of award she previously received, the entire

ORDER GRANTING PARTIAL SUMMARY JUDGMENT - 1
3:04-CV-0086-RRB

matter must be reviewed <u>de</u> <u>novo</u>. The Court must start anew and determine first, whether or not discrimination occurred, and second, the amount of money, if any, that is appropriate.

Defendant's Motion for Partial Summary Judgment is therefore **GRANTED**.

ENTERED this 20th day of March, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE