DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA J. PRUITT<br><br>      Plaintiff,<br><br>v.<br><br>R. L. BROWNLEE, Acting Secretary of the Army<br><br>      Defendant. | Case No.  3:04-cv-0086-RRB<br><br>UNOPPOSED MOTION FOR AN EXTENSION OF TIME UNTIL APRIL 28, 2006, TO FILE A MOTION FOR SUMMARY JUDGMENT<br>*(on shortened time)* |

      Mr. Brownlee, through counsel, moves on shortened time for an extension of time until April 28, 2006, to file its Motion for Summary Judgment.  This extension is needed because the deadline passed before the Defendant established by motion that the Defendant could contest liability.  Counsel telephoned the Plaintiff and she does not oppose this extension of time.  This extension is not

sought for the purposes of delay or harassment.

Respectfully submitted, on March 28, 2006.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Susan J. Lindquist
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3378
> Fax: (907) 271-2344
> E-mail: susan.lindquist@usdoj.gov
> AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2006,
a copy of the foregoing UNOPPOSED
MOTION FOR AN EXTENSION OF TIME
UNTIL APRIL 28, 2006, TO FILE A
MOTION FOR SUMMARY JUDGMENT
was served by U. S. Mail on:

Brenda J. Pruitt
104 Muldoon Rd Unit 222
Anchorage, AK 99504

s/ Susan J. Lindquist