IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA J. PRUITT<br><br>Plaintiff,<br><br>v.<br><br>R. L. BROWNLEE, Acting Secretary of the Army<br><br>Defendant. | Case No. 3:04-cv-0086-RRB<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME UNTIL APRIL 28, 2006, TO FILE A MOTION FOR SUMMARY JUDGMENT |

Defendant moved on shortened time for an extension of time to file its Motion for Summary Judgment because the deadline passed. By order, it was recently established that the Defendant can contest liability. The motion is granted and the Defendant shall have until April 28, 2006, to file its motion.

Date: March 28, 06

RALPH B. BEISTLINE
United States District Court Judge