DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA J. PRUITT<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. L. BROWNLEE, Acting Secretary of the Army<br><br>　　　　Defendant. | Case No. 3:04-cv-0086-RRB<br><br>DEFENDANT'S **UNOPPOSED** MOTION FOR AN EXTENSION OF TIME UNTIL MAY 26, 2006, TO FILE A MOTION FOR SUMMARY JUDGMENT<br>*(on shortened time)* |

　　　Mr. Brownlee, through counsel, moves **unopposed** on shortened time, for an extension of time until May 26, 2006, to file its Motion for Summary Judgment. Ms. Lindquist spoke with Ms. Pruitt on April 27, 2006 and she does not oppose the extension. This extension is needed because government counsel was assigned a trial on an emergency basis. The trial starts on May 9, 2006, and is expected to

take 5 days.   This extension is not sought for the purposes of delay or harassment.

Respectfully submitted, on April 27, 2006.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ Susan J. Lindquist
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3378
        Fax: (907) 271-2344
        E-mail: susan.lindquist@usdoj.gov
        AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2006,
a copy of the foregoing UNOPPOSED
MOTION FOR AN EXTENSION OF TIME
UNTIL MAY 26, 2006, TO FILE A
MOTION FOR SUMMARY JUDGMENT
AND PROPOSED ORDER were served by
U. S. Mail on:

Brenda J. Pruitt
104 Muldoon Rd Unit 222
Anchorage, AK 99504

s/ Susan J. Lindquist