DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA J. PRUITT,<br><br>    Plaintiff,<br><br>  v.<br><br>R. L. BROWNLEE, Acting Secretary of the Army<br><br>    Defendant. | Case No.  3:04-cv-0086-RRB<br><br>DEFENDANT'S MOTION FOR AN EXTENSION OF TIME UNTIL MAY 31, 2006, TO FILE A MOTION FOR SUMMARY JUDGMENT<br>*(on shortened time)* |

Mr. Brownlee, through counsel, moves on shortened time, for an extension of time until May 31, 2006, to file its Motion for Summary Judgment.  This extension is needed because the motion is lengthy, is in the final stages, and there are extensive exhibits from multiple sources.  Counsel needs time to prepare hard copies for the Plaintiff and the court.  This extension is not sought for the purposes

of delay or harassment.

    Respectfully submitted, on May 26, 2006.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Susan J. Lindquist
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3378
> Fax: (907) 271-2344
> E-mail: susan.lindquist@usdoj.gov
> AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2006, a copy of the foregoing UNOPPOSED MOTION FOR AN EXTENSION OF TIME UNTIL MAY 31, 2006, TO FILE A MOTION FOR SUMMARY JUDGMENT AND PROPOSED ORDER were served by U. S. Mail on:

Brenda J. Pruitt
104 Muldoon Rd Unit 222
Anchorage, AK 99504

s/ Susan J. Lindquist