IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA J. PRUITT<br><br>    Plaintiff,<br><br>v.<br><br>R. L. BROWNLEE, Acting Secretary of the Army<br><br>    Defendant. | Case No. 3:04-cv-0086-RRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME UNTIL MAY 31, 2006, TO FILE A MOTION FOR SUMMARY JUDGMENT |

Defendant moved on shortened time for an extension of time to file its Motion for Summary Judgment because the deadline was approaching and due to the length of the brief, the extensive exhibits and the need to prepare two hard copies of the pleadings, counsel needed additional time. The motion is granted and the Defendant shall have until May 31, 2006, to file its motion.

Date: _____          _____
                                      RALPH B. BEISTLINE
                                      United States District Court Judge