UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  BRENDA J. PRUITT   v.   R.L. BROWNLEE

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                CASE NO.  3:04-cv-00086-RRB

 CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: May 26, 2006

     The defendant's third and final motion for an extension of time to file Motion for Summary Judgment is GRANTED. The motion is now due Wednesday, May 31, 2006. No further requests for extension will be considered.

[]{IA.WPD*Rev.12/96}