Defendant's Motion Summary Judgment:
Case No. 3:04-cv-00086-RRB

## Exhibit List

A. Deposition of Brenda J Pruitt, January 9, 2006

B. EEO testimony of. Pruitt, May 11, 1999

C. Racial slur copy

D. Preliminary EEO complaint (October 1996)

E. Formal EEO Complaint (February 1997)

F. EEO testimony Gallimore

G. Official Military Requisition for Carpet

H. Pruitt's answers to EEO questionnaire March 1997

I. EEO testimony Butler

J. EEO testimony Ivey

K. EEO testimony Chandler

L. EEO testimony Tenhet

M. EEO Investigator's Interview July 23, 1997

N. EEO testimony James

O. Termination letter

P. EEO testimony Wilson

Q. EEO Report of Investigation, March 3, 1998

R. Ms. Butler's notes regarding discussions about the move and counseling of Ms. Pruitt

S. May 15, 1997 Notice of Right to File a Discrimination Complaint about wrongful termination

T. Statement of fact by husband of patient whose confidentiality was breached

U. Sandy Martinez Declaration that Ms. Pruitt did not file an EEO on wrongful termination

V. Notice of 3rd step grievance of wrongful termination.

W. EEO decision July 6, 2000

X. Documents evidencing payment to Ms. Pruitt and her attorney