1

1                IN  THE  UNITED  STATES  DISTRICT  COURT

2                   FOR  THE  DISTRICT  OF  ALASKA

3                           AT  ANCHORAGE

4

   BRENDA  J.  PRUITT,                )
5                                     )         ORIGINAL
              Plaintiff,              )
6                                     )
   vs                                 )
7                                     )
   R.  L.  BROWNLEE,  Acting          )
8  Secretary  of  the  Army,          )
                                      )      CORRECTION SHEET:
9             Defendant.              )    ☒ Signature waived/time expired
   _____)      ☐ Signature waived
10 Case  No.  A04-0086  CV  (RRB)          ☐ Signed/dated/no corrections made
                                          ☐ Signed/dated/corrections made
11

12

13 _____

14            DEPOSITION  OF  BRENDA  J.  PRUITT

15 _____

16

17                       Pages  1  -  239
                      Monday,  January  9,  2006
18                          9:00  A.M.

19

20                            at
                 UNITED  STATES  ATTORNEY'S  OFFICE
21          Federal  Building  and  U.S.  Courthouse
                    222  West  Seventh  Avenue
22                     Anchorage,  Alaska

23

24

25

              PACIFIC  RIM  REPORTING    907/272/4383

EXHIBIT A

1    A.    Yes.

2    Q.    Okay.   Now, who do you say discriminated

3  against you on the basis of age?

4    A.    William Candler.

5    Q.    Okay.   William Candler.   Anybody else?

6    A.    Well, some of the soldiers and stuff that

7  was there at the Kamish Clinic, but, you know, like I

8  say, William Candler was the main one that was in

9  charge of all of them.

10    Q.    Okay.   Now, what was the approximate age of

11  Mr. Candler at that time?

12    A.    Approximate age of him probably was -- I'm

13  not quite sure, but probably about 40-ish, 40 to 50.

14    Q.    What did he do to make you think he was

15  treating you differently because of your age?

16    A.    Because he promoted the youngest people

17  that was working there and gave them more opportunity

18  and training.

19    Q.    Okay.   And in your same category of job,

20  okay, not somebody who was a doctor or somebody who

21  was a receptionist, but in your category of job --

22  and what was that?   What were you?

23    A.    A health promotion.

24    Q.    Okay.   Your title was health promotion?

25    A.    Assistant, um-hum.

1          Q.    Assistant.  And your training was -- what

2     was your highest certification that you received?

3          A.    I'm a licensed practical nurse, but I had

4     been working in that position for three years.

5          Q.    Okay.

6          A.    As a health nurse assistant.

7          Q.    Okay.  So you were an LPN?

8          A.    Yes.

9          Q.    Okay.  What LPNs were promoted instead of

10    you based on age?

11         A.    It was no other LPN beside me working in

12    that slot.  There was an RN, and then there was some,

13    I guess they would be assistants.  They were in the

14    military.

15         Q.    Did they have medical training?

16         A.    Yes.

17         Q.    Okay.  Do you know what the medical

18    training was, to what degree?

19         A.    No, I do not.

20         Q.    Were they below you or above you?

21         A.    Below.

22         Q.    They were below you.  And how many were

23    there?

24         A.    It was several people that worked there,

25    but I only can recall one that I'm referring to that

1    got the training that I should have got.

2         Q.    Okay.  Who was that?

3         A.    I don't know her name right off.  I have it

4    written down, but I don't have it with me.

5         Q.    How old was she?

6         A.    She was in her late twenties, middle

7    twenties.

8         Q.    Okay.  Can you provide me that information

9    later today?

10        A.    Yes.

11        Q.    Call me up and tell me?

12        A.    Yes.

13        Q.    Okay.  The late twenties.  Okay.  And she

14   was an assistant?

15        A.    Yes.

16        Q.    Okay.  So she was below you?

17        A.    Yes.

18        Q.    Correct?  Okay.  What training is this?

19        A.    In the health promotion field.  It was just

20   not coming into the military system.  And health,

21   health risk appraisal.

22        Q.    Did you apply for that training?

23        A.    I sure did.

24        Q.    Okay.  Who did you apply to?

25        A.    To my supervisor.

1        Q.    Who was that?  Who was that at the time?

2        A.    My supervisor at the time was Colonel Hazel

3    Ivey.

4        Q.    Okay.

5        A.    But William Chandler was the approving

6    official that was over it.

7        Q.    Okay.  Did Colonel Ivey approve the

8    training?

9        A.    Yes, she did.

10        Q.    How do you know that?

11        A.    She told me that she did and that he was

12    the one that said.

13        Q.    And he said no?

14        A.    Yes.

15        Q.    Okay.  Why do you think he said no because

16    of your age?

17        A.    I just think that he wanted to get her more

18    education so she could get higher rank.  And also he

19    went, and I don't know why he went because he had no

20    bearing in it.  He was just over the clinic.  He had

21    nothing to do with the health promotion.

22        Q.    But that he was the head of the clinic, and

23    health promotion was part of the clinic?

24        A.    Yes, but he was not working there.  He was

25    a doctor.

Case 3:04-cv-00086-RRB   Document 28-3   Filed 05/31/2006   Page 6 of 46

10

Q.    Right.  He didn't do hands-on?

2     A.    No.

3     Q.    But he supervised people who did hands-on?

4     A.    Right.

5     Q.    Okay.  So that's why.

6     A.    Well, not really, because Colonel Ivey was

7     supervisor.  He was just over the clinic.

8     Q.    Right.  So ultimately he was responsible

9     for the clinic if he's over the clinic?  Am I wrong?

10    A.    Well, Colonel Ivey was my supervisor, and

11    he was hers.  So I assumed that she was over me, and

12    she was responsible for what we did.

13    Q.    Okay.  When did this happen?

14    A.    This happened in 1996.

15    Q.    What month?

16    A.    October, maybe.

17    Q.    Okay.  At the time, did you think you were

18    being discriminated against?

19    A.    Yes, because I had been working the job and

20    doing the job ever since '94, and I had put in for

21    this to get more training and education on it, and at

22    the last minute he chose to send another female and

23    himself.

24    Q.    Okay.  And at that point when he made that

25    decision, did you think you were discriminated

1    against?

2        A.    Yes.

3        Q.    Okay.  Did you go to an EEO counselor about

4    that?

5        A.    I spoke to one about it, and I talked to

6    him about it, and as I say, I've talked to them

7    several times trying to get in complaints and get --

8    you know, learn how to do the complaint system and

9    everything, and I was always told that I didn't have

10   enough evidence for that.

11       Q.    Okay.  And who was this person?

12       A.    Barbara Hopkins.

13       Q.    Barbara Hopkins.  Okay.  So how did you

14   report this discrimination to --

15       A.    I finally filled out an application and

16   sent it to Washington D.C., and that's the way I got

17   my complaint in after trying three times.

18       Q.    Okay.  So let's go back to Barbara Hopkins.

19   Okay.  Was she at the base?

20       A.    No, she was not.  She would come -- I think

21   her office was here in Anchorage, and she would come

22   down every once in a while.

23       Q.    So to contact her, did you have to

24   telephone her?

25       A.    Yes, I did, and I also went over to visit

12

1    her once or twice when she was there in Fairbanks.

2         Q.   Okay.  And how many days after you found

3    out that you didn't get the training did you contact

4    Ms. Hopkins?

5         A.   I'm not sure, because first I went to

6    Colonel Ivey.

7         Q.   Okay.  You went to Colonel Ivey.  What did

8    you do?

9         A.   I explained to her that if I was the one

10   that was doing the job, that I needed the training,

11   and I didn't understand why I was not chosen, and she

12   said it was beyond her reach to -- that's what

13   William Candler, Major Candler decided to do.

14        Q.   This other person, what was -- oh, you're

15   going to give me her name later.  Was she working in

16   health promotion?

17        A.   Yes.  Not health promotion.  She was

18   working in preventive medicine.

19        Q.   Okay.

20        A.   But she was more like -- I think she was

21   doing like -- she was working down there with Dr.

22   Coker mostly, and they, like, test water and do

23   different stuff like that.  But I think they was

24   getting her trained and groomed for maybe to work in

25   health promotion.

1       A.   I had called down and talked to some of the

2   people in Fort Sam Houston down there.

3       Q.   Oh, oh.  It's Fort Sam Houston.  Okay.  I

4   thought it was a person.

5       A.   No.

6       Q.   Okay.  And Fort Sam Houston had a

7   preventive -- a promotional health program?

8       A.   Yes.  There is sort of like the school

9   where all the military training and stuff is taught

10  and learned.  You know, they real up on it.

11      Q.   Now, what was the race of the woman who got

12  the training?

13      A.   White.

14      Q.   Are you claiming that her getting the

15  training was also racism?

16      A.   Yes.

17      Q.   What race is Mr. Chandler?

18      A.   White.

19      Q.   Now, at one point in the papers, you

20  mentioned that Colonel Chandler had had discipline of

21  some sort due to racism?

22      A.   Yes.

23      Q.   Okay.  Tell me about that.

24      A.   I wasn't working in the department at the

25  time, but it was well-known over the hospital.  He

1   had a secretary -- I don't know her first name.  I

2   called her Miss Bennett.  And he had discriminated

3   against her, and she had reported it.  And I don't

4   know what kind of disciplinary charges, whether he

5   even got disciplinary for it.  You know, seemed like

6   they did a lot of things that they never got charged

7   for.  Like he did things that I didn't think were

8   possible to be done.

9       Q.   Right.  But let's focus on this one event.

10  Okay.  This is the event that you were referring to,

11  this event with Miss Bennett?

12      A.   Yes.

13      Q.   What was her race?

14      A.   Black.

15      Q.   Okay.  And is everything you know about

16  this you heard from somebody else?

17      A.   Yes.

18      Q.   So did you ever --

19      A.   Well, I heard it from Mrs. Bennett that it

20  was going on, but I don't know what the end results

21  of it was, and this was before I was moved down to

22  health promotion.  I was working up in the surgical

23  clinic at the time.

24      Q.   The move from the surgical clinic to health

25  promotions, was that a good move?

PACIFIC RIM REPORTING   907/272/4383

1      A.     At the time I thought it was.  It was

2   opportunity to -- I figured that if I got there, I

3   would get a higher grade with the training and stuff

4   that was provided, the training and stuff that I had

5   applied for.

6      Q.     So did you apply for this training that was

7   denied you before you left the surgical clinic?

8      A.     No, it was after I got there.  That was

9   opportunity for me, the reason why I transferred.

10      Q.     And how long had you been in the

11   promotional health unit before you applied for the

12   training?

13      A.     About a year and a half.

14      Q.     Was that the first time within the year and

15   a half that that training became available?

16      A.     That I was aware of.

17      Q.     How did you become aware of it?

18      A.     I would check the Internet.  I would

19   check -- I got the information from a lady in

20   Georgia, and she was the one who gave me the

21   information.

22      Q.     So you didn't get it from Colonel Ivey?

23      A.     Oh, no, but she was the one that helped me

24   fill out the application and approved it and send it

25   on to her approving authority, which was William

1       Q.    Did you keep a copy of that list?

2       A.    No, I did not, because the list was --

3    Mrs. Butler kept everything locked up.

4       Q.    How many people were on that list?

5       A.    I would say ten to fifteen, and everybody

6    that was on the list, Mrs. Butler and William Candler

7    had saw those folks.  And what I was supposed to be

8    doing was calling them to get a lab repeat to make

9    sure that they did not have whatever they had before.

10      Q.    Okay.  So it was follow-up for patients?

11      A.    Right.

12      Q.    And was that within your job duties to make

13   sure patients got follow-up?

14      A.    No.  No.  I had never did that before.

15   This was some of the duties that Mrs. Butler gave me

16   when she brought me from over Kamish Clinic, and like

17   I say, she set -- to me, it was a setup because she

18   goes -- bring this list in on a Tuesday and tell me I

19   had to have everybody called before Friday.

20      Q.    Okay.  Why was that a setup?  Why is that

21   such a difficult task?

22      A.    Because --

23      Q.    It's 15 people, 15 telephone calls?

24      A.    It's 15 people that you have to go back and

25   get their records and check them and see do they need

23

1    to come.

2        Q.    And then to get their records, do you put

3    in a request for medical records?

4        A.    That was over to the Kamish Clinic.

5        Q.    Okay.  Did you --

6        A.    And I was over to the hospital.  So it

7    wasn't like walking --

8        Q.    How far away was the Kamish Clinic from the

9    hospital?

10       A.    Half a mile maybe.

11       Q.    And do they have couriers?  Did they have

12   people to bring things back and forth?

13       A.    Yes, they did.

14       Q.    So you just had to make a request, and they

15   delivered the records to you?

16       A.    Yeah, but they might not bring the records

17   for one or two days, and I only had three days to do

18   it.

19       Q.    Okay.  What would happen to you if you

20   didn't do it?

21       A.    I don't know.  She just told me -- she gave

22   me a suspense to have it done by Friday, and I didn't

23   have it done by Friday, all of them.

24       Q.    Okay.

25       A.    But she -- I gave the records and turned

1    alleged that you were moved more than other people.

2    Is that one of the moves that you're counting?

3         A.    No.    When I said that I was moved more than

4    other people, I'm saying within Kamish Clinic.    From

5    the time that I was moved over to Kamish Clinic, the

6    nurse's office was right behind aviation, as long as

7    the white nurses was working there.

8              As soon as I moved there, they found reason

9    and cause for me not to be in aviation.    They moved

10   me over to the other side of the clinic where the eye

11   clinic was, and it was a smaller office and

12   everything.    I stayed over there maybe two months.

13   Then they moved me back over in aviation because

14   that's where the nurses had usually been.    But they

15   moved me back to another office, closer to the door,

16   the back.    And I stayed there maybe six months or

17   more, a little more, and then they moved me back to

18   another little bitty room.

19             So anyway, I decided, me and the Kamish --

20   the guy that was over Kamish, he let me have this

21   office that was the storeroom, and that's where I

22   made my office and stuff instead of going into this

23   little room.

24        Q.    Okay.    Let's go through each of those

25   moves.    The first time your office was by aviation?

```
1        A.    Yes.

2        Q.    What does that mean?  I don't understand.

3        A.    Aviation is a part of the -- aviation.

4    It's part of the Army, and they had a clinic in

5    part -- in Kamish.

6        Q.    For themselves?

7        A.    Yes.

8        Q.    Just for the pilots?

9        A.    Yes.

10       Q.    Okay.  And this office you were moved to,

11   was that occupied before you got there by somebody

12   else?

13       A.    The nurse that I replaced.

14       Q.    Oh, it was.  Was she an LPN?

15       A.    Yes.

16       Q.    Okay.  Where did she go?

17       A.    She went to Arizona.

18       Q.    Okay.  When you moved into the office by

19   aviation, who moved you there?  Who was responsible

20   for that move?

21       A.    My supervisor.

22       Q.    Was that Colonel Ivey?

23       A.    Yes.

24       Q.    Colonel Ivey.  Okay.  Then you moved from

25   aviation to where?
```

PACIFIC RIM REPORTING   907/272/4383

1        A.     To the other side of the clinic, which was

2    over by the eye clinic.

3        Q.     Other side by the eye clinic.  Who was

4    responsible for that move?

5        A.     I'm not quite sure.  They had talked to

6    Mr. Candler and told him that for a room, you know,

7    and stuff for -- they needed the space.  So I guess

8    he agreed to move me over there.

9        Q.     Okay.  And who is they?

10       A.     The people who was in charge of the Kamish

11   Clinic.

12       Q.     Was it the Kamish Clinic or the aviation

13   clinic?

14       A.     They all in the same -- aviation is in

15   Kamish.

16       Q.     Okay.  So do you have any clue on who

17   talked to Chandler and said we need this space?

18       A.     I have no clue whatsoever, because I wasn't

19   aware of it until -- Colonel Ivey was always the

20   messenger, and she would tell me that it wasn't her

21   choosing, that this is what they had decided was the

22   room, you know.

23       Q.     So somebody we don't know went to Colonel

24   Chandler and asked for you to move, to have that

25   space?

1      A.    Yes.

2      Q.    Okay.  So are those people who went to

3   Colonel Chandler, are they discriminatory towards you

4   on the basis of race, sex or age?

5      A.    Yes, I would think so.

6      Q.    But we don't know who they are?

7      A.    No.  I could guess, and I could give you

8   names, but I can't swear on it.

9      Q.    Okay.  Did they do anything else?  Did they

10  have any other role in this litigation as far as

11  discrimination?

12     A.    I had racial papers put on my desk, what's

13  the definition of the "N" word.  They would go into

14  my office, and they would dump all of my work that I

15  had been done for today.  I had a large flower plant

16  in my room that they would break down every night.

17     Q.    So they, the same people who went to

18  Chandler to say move you to a different office, they

19  are the same people you suspect of putting down the

20  racial slur?

21     A.    Yes.  It was someone in the clinic.

22     Q.    And they're the same people that you

23  suspect of messing with your plant?

24     A.    Yes.

25     Q.    And it's the same person who you suspect of

1    their own phones in the clinic, but that's what she

2    did.

3        Q.    Okay.  So on one occasion she told you she

4    wasn't used to working with black people?

5        A.    Right.

6        Q.    Anything else?

7        A.    No.

8        Q.    Okay.  And at the time were some of the

9    soldiers coming to the clinic, were they black?

10       A.    Yes.  As a matter of fact, Kamish Clinic,

11   the biggest majority of the soldiers there working

12   was black, and that's why they would call it the

13   black palace.

14       Q.    Okay.

15       A.    And they were trying to clean it out, was

16   they remarks.

17       Q.    Okay.  Well, we'll get to each person about

18   that.

19       A.    Okay.

20       Q.    And were you part of the health clinic?  Is

21   that what you were part of?

22       A.    Yes.

23       Q.    Who was all a part of the health clinic?

24   There was Colonel Ivey at the top?

25       A.    Colonel Ivey was not over Kamish.  She was

1    over at the hospital.  Her offices were over there.

2        Q.    But she was over you?

3        A.    Right.

4        Q.    Okay.  And she was at the hospital, and she

5    was -- but she was over you.  So over in your

6    location, in your physical location, because you

7    consider you weren't part of aviation, correct?

8        A.    No.

9        Q.    Or eye or pharmacy?

10       A.    (Witness shakes head.)

11       Q.    Okay.  Who were you a part of your section?

12       A.    Myself.

13       Q.    Who was part of your section?

14       A.    Myself.

15       Q.    Just you?

16       A.    Just me.

17       Q.    So it was just you, and your boss was

18   Colonel Ivey?

19       A.    Um-hum.

20       Q.    Is that correct?

21       A.    That's correct.

22       Q.    Okay.  So Barbara was checking on whether

23   you were there and reporting it to whom?

24       A.    Colonel Ivey, saying that I was not there.

25   Well, she was saying it to Major Candler, and Major

1        A.    Black soldiers.

2        Q.    She check on anybody else?  Is there

3    anybody white that she wasn't checking on?

4        A.    Not that I'm aware of.  Wasn't anybody

5    white that she was checking on.

6        Q.    Okay.  So you think she checked on you --

7        A.    Um-hum.

8        Q.    -- and a couple of black soldiers and

9    nobody else?

10       A.    That I saw.

11       Q.    How did you happen to see her checking on

12   the black soldiers?

13       A.    Because where my desk was, I could look

14   straight up the hall, and I would see her running up

15   there peeping in the offices and looking for them.

16       Q.    She didn't peep in all the offices?

17       A.    I didn't see her looking in no one but the

18   one up there where immunization was and the ear and

19   throat.

20       Q.    And the blacks --

21       A.    And like I said, she would be peeping in

22   mine, and I would be sitting right behind the door

23   looking at her.

24       Q.    Okay.  And who were those black soldiers?

25       A.    One of them was Tate, and Sergeant Johnson

1      Q.    What was she part of?

2      A.    I think Sergeant Schultz was considered

3   part of management at Kamish Clinic at the time,

4   because they had two NCOs there in the office.  It

5   was her and Sergeant James.  And I don't know whether

6   they splitting the duties or what they were doing,

7   really.  I don't know.  I tried to stay out of their

8   business as much as I could.

9      Q.    Was Sergeant James a man or a woman?

10     A.    She was a female.

11     Q.    Okay.  What was her race?

12     A.    Black.

13     Q.    What was her age?

14     A.    Sergeant James ought to been in her early

15  forties at the time.

16     Q.    And Schultz?

17     A.    Like I say, forties, I think.

18     Q.    White?

19     A.    Yes.

20     Q.    Okay.  So the only part that Pride had was

21  getting you moved out the first time?

22     A.    That I'm aware of, yes.

23     Q.    And how are you aware that he participated

24  in that decision?

25     A.    I asked someone in his clinic.

1        Q.    By the eye clinic?

2        A.    Yes.

3        Q.    Okay.

4        A.    But instead I was able to move into the

5    storage room.

6        Q.    Okay.

7        A.    And they take the storage room stuff and

8    put it in the little room that they were going to

9    move me in.

10       Q.    Okay.  And they did that?

11       A.    Yes.

12       Q.    And you didn't move the storage stuff out

13   of the storage room?

14       A.    No.

15       Q.    So when you got to the storage room it was

16   empty?

17       A.    Yes.

18       Q.    Whose decision was it to move you from the

19   next-door office to the storage room?

20       A.    I don't know.  Like I say, I didn't know

21   have half the time who was saying what.  All I know

22   is I'm moving.  But like I said, Colonel Ivey told me

23   that Major Candler was the one who was the official

24   who said that I had to move the last time when I

25   moved and I was going in -- I was going to go into

1    your office when you weren't there?

2        A.    Yes.

3        Q.    And who --

4        A.    I knew someone was coming into my office

5    and dumping my stuff because the work that I had done

6    the day before, when I come back the next day it was

7    not there.  So I started putting them --

8        Q.    Did you report that to someone?

9        A.    Of course I did.

10       Q.    Who did you report that to?

11       A.    The NCOIC of the clinic and my supervisor.

12       Q.    Who was that?

13       A.    Sergeant Fulton.

14       Q.    Okay.  You reported it to Fulton?

15       A.    And I also told my supervisor.

16       Q.    Who was Ms. Ivey?

17       A.    Um-hum.

18       Q.    What did they do about it?

19       A.    They -- Sergeant Fulton went to watching

20   and keeping an eye on it, and he saw several people

21   coming in and out, but he couldn't swear that they

22   were the ones dumping it.  He just probably thought

23   they were coming in and out, maybe going in and maybe

24   taking a break in there or something.

25       Q.    Was it a pleasant place to take a break?

64

```
 1      A.    After I had worked on it, yes.

 2      Q.    Okay.  What did you do to it?

 3      A.    I took carpet out of the dumpster, and I

 4   had put it down in there.  We had the window fixed.

 5   I put pictures up on the wall.

 6      Q.    Anything else?

 7      A.    And Sergeant Fulton had some way got me a

 8   nice desk.

 9      Q.    Okay.  Then did you have another move?

10      A.    Um-hum.

11      Q.    Okay.  What was that move?

12      A.    My supervisor decided that she could use me

13   more meaningful back over there where she was.

14      Q.    And who was that?

15      A.    Butler.

16      Q.    By this time it was Butler?

17      A.    Um-hum.

18      Q.    How long after the move into the storage

19   room did Miss Ivey leave?

20      A.    She stayed until -- she left July of '96.

21      Q.    And when did you move into the storage

22   room?

23      A.    I guess I moved -- I'm not quite sure of

24   the date.  I had been there about a year before she

25   left.
```

1        Q.    Don't know.  Don't know who requested it,

2    but you think they requested it for bad motives, for

3    bad reasons?

4        A.    Yes.

5        Q.    Okay.  And so the fourth move, Butler told

6    you to move?

7        A.    Yes.

8        Q.    And where did she tell you to move to?

9        A.    She moved me back over on the second floor

10   of the hospital.

11       Q.    Okay.  What was her reason?

12       A.    She could utilize me better over there.  I

13   had helped her and Judy.

14       Q.    Who is Julie?

15       A.    Judy was the -- over employee health.  She

16   was the nurse over there.

17       Q.    Okay.  Did you believe her?  Did you

18   believe Butler?

19       A.    No.

20       Q.    Okay.  Why did you think she was moving you

21   then?

22       A.    Because she wanted to give Sergeant Schultz

23   my job over at the Kamish Clinic.

24       Q.    Okay.  Your job as?

25       A.    Health promotion.

1     Q.    Okay.  So Schultz got your job as health

2  promoter?

3     A.    No.

4     Q.    Health promotion?

5     A.    What was supposed to have been done was

6  Kevin Williams was the soldier, and he was supposed

7  to have been going over there.

8     Q.    Over there to the hospital?

9     A.    No, over to the Kamish Clinic.

10     Q.    Okay.

11     A.    To do what I had been doing.

12     Q.    Okay.

13     A.    But it was later found out that Sergeant

14  Schultz had also moved back there with him.

15     Q.    Okay.  So Kevin Williams, then, was he --

16  what race was he?

17     A.    Black.

18     Q.    Okay.  And he was black, and he went from

19  the hospital --

20     A.    Um-hum.

21     Q.    -- to the clinic?

22     A.    Supposedly.

23     Q.    Did you take Kevin Williams' office?

24     A.    No.

25     Q.    Whose office did you take when you moved to

1   her for my position.

2        Q.    Was Gallimore, was she an LPN?

3        A.    No, she was an RN.

4        Q.    She was an RN.  Okay.  And Ivey was a?

5        A.    RN.

6        Q.    Butler was a?

7        A.    RN.

8        Q.    Okay.  Now back to this key business.

9   Butler didn't ask Chandler for a key?

10       A.    Yeah.  She said she did.

11       Q.    Okay.  And then --

12       A.    Because I asked her.  She told me to go

13  talk to him.

14       Q.    And you did?

15       A.    Yes.

16       Q.    And what was the conversation?

17       A.    Well, they said that they didn't trust me

18  because when I left them over to Kamish Clinic, they

19  tried to put me in for stealing carpet.  They filed a

20  report on me for stealing carpet.

21       Q.    Okay.  So Candler said this to your face,

22  that that's the reason he didn't want you to have a

23  key?

24       A.    Yeah.

25       Q.    Okay.  And in your new office, did you have

1    carpet?

2         A.    No, because I was intended to bring some of

3    the scraps from over to the other office and put it

4    down in my office, and that's what I was doing when

5    they said that I was stealing carpet.

6         Q.    Okay.

7         A.    Which I had got permission from Gallimore

8    to bring some of the carpet over for the new office.

9         Q.    Okay.  So if I talked to Gallimore, that

10   person will say, "Yeah, Brenda Pruitt came to me

11   ahead of time and asked me if I can take some carpet,

12   and I said yes"?

13        A.    Yes, she will.

14        Q.    Okay.  Now, but Gallimore had nothing to do

15   with that other building, right?  Gallimore was in

16   the hospital at the time?

17        A.    She took over where Colonel Ivey was.

18        Q.    So she was your supervisor?

19        A.    She was the supervisor.

20        Q.    Okay.  Did you tell anybody in the building

21   nearby you that you were going to take the carpet?

22        A.    Yes, I did.

23        Q.    Who did you tell?

24        A.    NCOIC of the clinic, Sergeant James.

25        Q.    Okay.  You told James?

1       A.    I did.

2       Q.    What did she say?

3       A.    She said okay.  And also I had the

4   driver -- the driver was aware of it, too, because he

5   was going to help me take it from the clinic to the

6   building.

7       Q.    Okay.  So James says okay, Gallimore says

8   okay.  Who says not okay?

9       A.    I wasn't there, but I was told that Major

10  Wilson -- Sergeant Schultz was the one who called the

11  MPs.

12      Q.    Now, did they know you were taking the

13  carpet out?

14      A.    They saw me.

15      Q.    Okay.  Did they say anything to you, like,

16  "Hey, what are you doing?"

17      A.    No.

18      Q.    They didn't say a word?

19      A.    No.  They went and called, I guess,

20  Ms. Butler, because she called me and told me to stop

21  doing what I was doing right then and get over to her

22  office, and that's what I did.  And I never have from

23  this day to this went back to that office.

24      Q.    So Gallimore and Butler, who's over --

25  who's the head person between Gallimore --

1    me, she said she was black -- the black witch was

2    gone.

3        Q.    This was before you moved?  This is before

4    this carpet incident, all this stuff, the black

5    palace?

6        A.    She was writing racial slurs before that.

7        Q.    Okay.

8        A.    And she wrote the one about "I'm glad the

9    black witch is gone" after I was moved from over

10   there.

11       Q.    Okay.  The black witch was after the move.

12   Okay.  So that hadn't happened before the carpet?

13       A.    No.  No.

14       Q.    But black palace had?

15       A.    Yes.

16       Q.    How do you know that?  Did you see it?

17       A.    No.  The only reason why I didn't see it

18   because -- because they restricted me from using my

19   computer when they found out that they were on the

20   computer.  But another white friend of mine that

21   worked in pharmacy had pulled it up and let me see

22   it.

23       Q.    So the reality is you did see it?

24       A.    Yes, I did.

25       Q.    Okay.  You saw the e-mail?

1       A.    Um-hum.

2       Q.    Who was it from?

3       A.    Schultz.

4       Q.    Who was it to?

5       A.    You know, I'm not quite sure.  She must

6    have put it in and put it to everybody that had

7    e-mail, and the only two black people that had e-mail

8    was me and Sergeant James, and they had restricted me

9    from using my computer.  And Schultz I guess had took

10   it off of Sergeant James', because they were using

11   the same computer, from what I understand.

12      Q.    Okay.  So, now, why were you restricted

13   from using your computer?

14      A.    That was one of the first things that

15   Butler did when she moved me from Kamish Clinic over

16   there, and I guess it was because the racial slurs

17   and stuff was on the computer, and she didn't want me

18   to see them.

19      Q.    Okay.  But you told me this black palace

20   thing occurred before the carpet?

21      A.    Right.

22      Q.    So it was before you moved to the hospital?

23      A.    Um-hum.

24      Q.    Before you moved to the hospital, were you

25   restricted on your computer?

1        A.    No.

2        Q.    So why didn't you get this e-mail about the

3    black palace?

4        A.    I didn't know it was on there, for one

5    thing, and maybe it wasn't sent to me.

6        Q.    Okay.

7        A.    I only saw it when I -- from a girl in the

8    pharmacy.

9        Q.    Okay.

10        A.    But I did get a -- someone had left a piece

11    of paper on my desk that had drawn through some word,

12    and they had wrote, "What is the definition of a

13    nigger?"

14        Q.    Okay.  And who did that?

15        A.    I don't know.  It was found on my desk one

16    morning when I came into work.

17        Q.    Okay.  When was this?  That's a pretty

18    serious thing.

19        A.    I know.

20        Q.    So didn't you take that piece of paper and

21    show it to somebody?

22        A.    I showed it to everybody in the clinic.

23        Q.    Okay.  So did that include -- did you show

24    it to -- at the time was Miss Ivey there?

25        A.    No.  She was over at the -- but I told her

1    about it.

2         Q.    Was she at the hospital?

3         A.    She was at the hospital.

4         Q.    And she was black?

5         A.    Um-hum.

6         Q.    And you showed her that paper?

7         A.    I'm trying to see.  Was that before or

8    after she left?  I know I showed it to --

9         Q.    Tell me the names.  Who did you show it to?

10        A.    Ola Tate.

11        Q.    Okay.  The first one I didn't hear.

12        A.    Ola Tate.

13        Q.    Ola Tate.

14        A.    Freddie Williams.

15        Q.    Freddie Williams.

16        A.    I think he was like the NCOIC of the clinic

17   or assisted after in between -- between Fulton

18   leaving and James coming on.  Freddie Williams.

19        Q.    Okay.  Who else did you show it to?

20        A.    Like I said, everybody in the thing, even

21   up in the records saw it.  Bolden.

22        Q.    Bolden?

23        A.    Yeah.  The women that was in there, because

24   I was just flabbergasted.

25        Q.    Right, but how about your supervisor?

1    A.    Um-hum.

2    Q.    Okay.  Yes?

3    A.    Yes.

4    Q.    And he talked to Chandler?

5    A.    Yes.

6    Q.    Okay.  Did Mr. Mew report back to you what

7    the result was?

8    A.    No, because so many other things with the

9    firing and stuff was going on.  It was just one of

10   the things that we talked about.  He was the -- he

11   was even there when Mr. -- Major Candler was doing

12   the firing.  He was -- no due process or anything.

13   He was the one who was helping me then.

14   Q.    Did Ivey want to see a copy of the

15   statement, the racial slur?

16   A.    No.  I think she believed me.  She never

17   did ask for a copy of it.

18   Q.    Did she do anything about it?

19   A.    No, because she reported it to Candler.  He

20   was the one over the office.

21   Q.    How do you know --

22   A.    And we did have a meeting.  As I recall, we

23   had a meeting on, you know, racism and stuff.

24   Q.    Okay.  Who called the meeting?

25   A.    It was, like, all over the hospital.

1    the meeting.

2        Q.    Okay.  How about Pride?

3        A.    No.  He's aviation.

4        Q.    Oh, he's aviation.  And Wilson?

5        A.    Wilson was -- you know, I really don't know

6    what her title -- or maybe she was chief nurse of the

7    clinic.  And Schultz was NCOIC.

8        Q.    But not of preventive medicine?

9        A.    No, Kamish Clinic.  Her and Sergeant James

10   was there at the same time.

11       Q.    Right.  So Schultz, Wilson, Pride and

12   Barbara, none of these people were within the chain

13   of your command?

14       A.    No.

15       Q.    And none of these people technically could

16   tell you what to do; is that correct?

17       A.    (Witness nods head.)

18       Q.    Is that a yes?

19       A.    Yes.

20       Q.    Okay.

21       A.    And that was what the problem was.

22       Q.    What was that?

23       A.    Because they couldn't tell me what to do.

24       Q.    Okay.  Now I want to go back.  The last

25   move to the hospital.  You think the person that

1    Q.    But you didn't grow up or live in Alabama?

2    A.    No.

3    Q.    Now, Schultz is one of the people that you

4    mentioned as being motivated to do bad things to you

5    because of race, sex or age --

6    A.    Yes.

7    Q.    -- or color.  Okay.  When did Schultz first

8    come on the scene in this scenario between 1996 and

9    '97?

10   A.    I have been knowing Sergeant Schultz ever

11   since I worked in the surgery clinic.

12   Q.    Okay.  When you worked in the surgery

13   clinic.  Why is that?

14   A.    Because she was coming down as a patient.

15   Q.    Okay.  She was a patient at the surgery

16   clinic.  Okay.  Did you have any unhappy experiences

17   with her when she was a patient?

18   A.    Yes.  Well, yes and no.  She thought

19   because she worked there in the hospital that she was

20   supposed to get first, she's supposed to move up

21   ahead of everybody.

22   Q.    Right.  First dibs?

23   A.    Yeah.  And she was down there and told me

24   that's what I was to do.  And I think that might be

25   where we first maybe got bad feelings, because I

1    didn't do it, maybe.

2        Q.    You didn't let her jump the list?

3        A.    No.

4        Q.    Okay.  Anything else happen?

5        A.    No.

6        Q.    Okay.  And when did this happen, what year?

7        A.    '93, first of '94.

8        Q.    Okay.

9        A.    '93 or '94.

10       Q.    When is your next contact with Schultz?

11       A.    Over at the Kamish Clinic.

12       Q.    Okay.

13       A.    That was '96.

14       Q.    And at what point in 1996?

15       A.    When she became the NCOIC of the clinic.

16       Q.    Okay.  Did she really have any control over

17   what you did for your job?

18       A.    She didn't, but she knew the people that

19   did, like Butler and Major Wilson.

20       Q.    Yeah, but Butler wasn't on the scene in

21   1996, correct?

22       A.    Yes, she was.

23       Q.    Ivey was gone in 1996?

24       A.    Yes.  I said she left in July of '96.

25       Q.    Oh, okay.  Sorry.  My bad memory.  Okay.

1    Q.    Okay.  And she gave you permission when you

2    called her?

3    A.    She said okay.

4    Q.    Okay.  That's what you think?

5    A.    But she said -- later on she said that she

6    didn't know the circumstances, but I don't know what

7    she meant by that.  Everybody knew it, the NCOIC of

8    the clinic and everything else, everybody else.

9    Q.    Everybody knew what?

10    A.    I was moving the carpet.

11    Q.    Okay.

12    A.    Everybody knew it.  I mean, you moving

13    carpet.

14    Q.    Right.

15    A.    You taking it up, you putting it in a van.

16    Q.    Right.  Had you ever moved carpet -- I

17    mean, I say that --

18    A.    I moved it in.

19    Q.    Right.  But you --

20    A.    Took it out of the garbage and put it in.

21    Q.    But had you ever -- so you personally went

22    to a dumpster, and you personally pulled it out of

23    the dumpster and stuck it in your office, correct?

24    A.    It was remedies (sic) leftover, and they

25    were out -- I had help, of course.  You know, just

1    like I was going to have help moving it over there.

2    I was going to take it in a government car and

3    everything.  There was no intentions of stealing.

4         Q.   Right.  But you were going to move it from

5    one government office to another government office?

6         A.   Right.

7         Q.   Right.

8         A.   My work area.  And the carpet was thrown

9    away when we got it out.  It was leftover carpet

10    remedies.

11         Q.   Remnants?

12         A.   Um-hum.

13         Q.   And you pulled it out of the dumpster?

14         A.   Yes.

15         Q.   It was already in the dumpster?

16         A.   (Witness nods head.)

17         Q.   Yes?

18         A.   Yes.

19         Q.   Is that correct?

20         A.   Um-hum.

21         Q.   Okay.

22         A.   That's because they wouldn't give me

23    carpet, and then after I pulled it out of the

24    dumpster, Major Candler wouldn't award me the money

25    to have somebody put it down.  So me and some

1    soldiers -- Sergeant Wiggins and a couple of her

2    soldiers came and helped me put it down.

3        Q.    How long did that take?

4        A.    We did it one afternoon.  One evening after

5    work.

6        Q.    Okay.  This is this your formal complaint,

7    what's marked as Exhibit 1.

8        A.    Like I say, it's one of them.  I turned in

9    three of them before I got them through.  I don't

10   know if this is the one that made it through or not,

11   but this is one of them.

12       Q.    You turned in three?

13       A.    Yes.

14       Q.    Do you have copies --

15       A.    I tried to put in the fourth one, and that

16   went -- on the actual firing, and he told me I didn't

17   need to put it in because this would cover it.  Then

18   later on I found out it didn't.

19       Q.    Who told you that it would cover it?

20       A.    Mrs. Butler and Wanda and this woman here.

21       Q.    Hopkins?

22       A.    No, not Hopkins.  Mary Johnston.  And she

23   wasn't even -- I never could understand why she was

24   even -- I didn't even know she was EEO counselor

25   until the day this was.

146

1        Q.    Day you got the letter?

2        A.    No, the day that -- May the 15th when she

3    came and told me -- I had filed an EEO complaint on

4    the firing, and she's the one who told me that I

5    didn't need it because I had already put it in this

6    one that they were constructively trying to discharge

7    me, and she told me if I signed off on it this day,

8    that they would have me back to work in two weeks.

9        Q.    Okay.  But the letter doesn't say do

10    nothing, does it?

11        A.    Beg pardon?

12        Q.    Anyway.  Let's go back to Exhibit 1.  I

13    gave them to you together, but I really want to look

14    at Exhibit 1 first.

15        A.    Okay.

16        Q.    Okay.  Because that predates it.  That's

17    from February 1997.

18        A.    Okay.

19        Q.    Okay.  At this time -- okay.  We have -- is

20    that around the time you did this, the beginning of

21    February, end of January?

22        A.    This ain't the first one I turned in.  This

23    is turned in in '97.  I turned my first one in in

24    '96.

25        Q.    Your first complaint?

PACIFIC RIM REPORTING   907/272/4383

153

```
 1        Q.    In your office?

 2        A.    No.

 3        Q.    Why not?  It was never connected?

 4        A.    It was connected, but I was told I could

 5   not use it.  I could not talk on the phone.  People

 6   could not talk to me when they walked through the

 7   hallways.

 8        Q.    And that came from Butler?

 9        A.    Yes.

10        Q.    Okay.  Okay.  I want to go back because --

11   the e-mails that you're talking about, the black

12   palace and the black witch --

13        A.    Um-hum.

14        Q.    -- did you ever see those e-mails?

15        A.    I saw one of them.

16        Q.    Okay.  Which one?

17        A.    The black palace.

18        Q.    Okay.  When did you see that?

19        A.    They had showing it around in the Kamish

20   Clinic.  Everybody was looking at it.

21        Q.    So it was when you were still in the

22   clinic?

23        A.    Um-hum.

24        Q.    Is that a yes?

25        A.    Yes.
```

1          A.    Well, I spoke to everybody in the clinic.

2     I tried to socialize with everybody.

3          Q.    Okay.  Okay.  And so speaking with her, is

4     the extent of that just casual, or can you describe

5     the extent?

6          A.    Just casual.

7          Q.    Okay.  So you spoke to her just casual?

8          A.    Um-hum.

9          Q.    Did you speak to her about work

10    assignments?

11         A.    No.  I had no reason to.

12         Q.    Okay.  When you went over to the hospital,

13    then you didn't have any physical contact with her?

14         A.    Yes.  She would come and sit down and talk

15    to Miss Butler all the time.

16         Q.    Okay.  But she didn't have to talk to you?

17         A.    No.

18         Q.    Okay.

19         A.    But she would steady walk by the door,

20    because, like I said, they were making a mockery of

21    me.

22         Q.    So she would go -- so Miss Schultz would go

23    talk to Miss Butler?

24         A.    Yeah, and she would walk -- yes, and she

25    would go up and down the hall.  Like I said, the

161

 1   Ms. Butler twice?

 2        A.    Yes.

 3        Q.    And is that the only time you saw

 4   Ms. Schultz in that time period?

 5        A.    Really that was from January to April.

 6        Q.    Okay.  So January to April, you saw her two

 7   times, and did you have a conversation with her?

 8        A.    No.

 9        Q.    No.  And can you list for me the things

10   that you think -- the things -- the bad things that

11   happened to you that you think Schultz motivated?

12        A.    I know the racial slurs over the computer.

13   Them calling the police on me.  She went in and

14   helped destroy the floor in the office that I moved

15   out of.  She also was talking to Butler about she

16   wanted -- when I left, she wanted to get in -- when

17   she retired from the military, she wanted to work

18   there.

19        Q.    When did she actually retire?

20        A.    I'm not quite sure because she was still

21   there when I was fired.  So I don't know when she

22   retired.

23        Q.    Then you don't know if she ever got your

24   old job?

25        A.    I don't know as a fact, but by word of ear,

1        Q.    Okay.  Did you look at it?

2        A.    Yes, I looked at it.  I tried to wash it

3    off, too.

4        Q.    Okay.  What was --

5        A.    It was spray painted with green paint with

6    the word N-I-G-G-E-R on the back of my car.

7        Q.    Did they find out who did that?

8        A.    No.

9        Q.    Who do you think did that?

10       A.    I don't have any idea because when it

11   happened, I had no idea that I had enemies, that

12   anybody disliked me.

13       Q.    Okay.  What month was --

14       A.    I'm not sure what month it was.  It was

15   before --

16       Q.    Was Ivey there still?

17       A.    I think Colonel Ivey was still there,

18   because that was right after I moved over to the

19   clinic.  That was about the first incident that

20   happened, in between the moving and stuff.

21       Q.    Anybody take a picture of it?

22       A.    No.  At the time I didn't think about

23   taking a picture because when the soldier come in, he

24   said, "Miss Pruitt, what you trying to do?  Paint

25   your car?"

1           And I said, "Yeah, one day."  And I kept on

2    working.  And he came back in 30 minutes, "Miss

3    Pruitt, what you trying to do?  Paint your car?"

4           I said, "What are you talking about?"

5           He said, "You got green paint all the way

6    across the back of your car."

7           So I went out with water and was able to

8    get most of it off.  You know, it hadn't quite dried.

9    So it was freshly done that morning after I got to

10   work.

11   Q.    Did you report it anyplace within your work

12   because it happened on government property?

13   A.    Yes.  I told the NCOIC of the clinic.

14   Q.    Who was that?

15   A.    At the time it was Sergeant Fulton.  I

16   said -- and I called the MPs and filled out an

17   incident report.

18   Q.    And is that incident part of your

19   discrimination complaint?

20   A.    I don't think I put that in there.

21   Q.    Okay.  So does that mean it's not part of

22   this complaint?

23   A.    It's a complaint, yes, but it wasn't

24   actually things said.  You know, the different

25   treatments and stuff that I said.  But of course.