```
 1              UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
 2                       909 FIRST AVENUE, SUITE 400
                           SEATTLE, WASHINGTON  98104
 3
    BRENDA J. PRUITT,              )
 4                                 )
         Complainant,               )
 5                                 )
    vs.                            )
 6                                 )
    LOUIS CALDERA, SECRETARY       )
 7  OF THE ARMY,                   )
                                   )
 8       Respondent.                )
                                   )
 9  EEOC No. 380 98 8198X
    Agency No. SAC-97-AR-0479-E
10
                              VOLUME I
11
                           TRANSCRIPT OF
12               EEO DISCRIMINATION COMPLAINT HEARING

13                     BEFORE STEVEN R. GAFFIN
                         Administrative Judge
14
                                    Fort Wainwright
15                                  Building 1562
                                    SJA Courtroom, 2nd Floor
16                                  Fairbanks, Alaska
                                    May 11, 1999
17                                  9:15 a.m.
    APPEARANCES:
18
    FOR PETITIONER:        MR. HUGH W. FLEISCHER
19                         Attorney At Law
                           310 K Street
20                         Suite 200
                           Anchorage, Alaska  99501
21                         (907) 264-6635

22  FOR RESPONDENT:        MS. ELYCE K. D. SANTERRE
                           Office of the Staff Judge Advocate
23                         600 Richardson Drive
                           Suite 5700
24                         Fort Richardson, Alaska  99505
                           (907) 384-0400
25
    Also Present:          Ms. Geraldine McAllister
```

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589

EXHIBIT B

```
 1            is that right?
 2   A        Uh-huh (affirmative).
 3   Q        Okay.  And say audibly yes or no if you would, please,
 4            when I ask a question that calls for it.  All right.
 5            And then you were at the hospital, after you moved back
 6            to the hospital, how long were you ....
 7   A        Can I correct -- did I say January of '96 or January of
 8            '97?
 9   Q        Well, when was it?
10   A        It was '97.  January of '97 is when I got back from my
11            brother being sick.  Because COL Ivey left July the
12            22nd, I went on leave in August.  I stayed gone a whole
13            a month, and then I came back and I had to go right back
14            because Don- -- my small -- youngest brother got sick.
15            And I was gone clean up until the first week of January.
16   Q        Yeah.  But the -- you were in Fairbanks, and were here
17            during the time you moved your office, which was --
18            right?  You did -- you were in the office when you were
19            moving from the Kamish Clinic to the hospital.
20   A        Yes.
21   Q        Right.  So there was at least a brief period when you
22            were here in Fairbanks, correct?
23   A        Uh-huh (affirmative).
24            JUDGE GAFFIN:  That's a yes?
25   Q        All right.  Did you ....
```

| | | |
|---|---|---|
| 1 | A | I came to Fort Wainwright in 1989. |
| 2 | Q | And had you been working right up to that point in |
| 3 | | Oklahoma? |
| 4 | A | Yes. |
| 5 | Q | I see. Okay. And you started at the hospital, as you |
| 6 | | stated, in '89, and just briefly recount what your |
| 7 | | history was here at Fort Wainwright from that time on. |
| 8 | | From 1989, what your work and assignment was and where |
| 9 | | it was located. |
| 10 | A | Here on Bass- .... |
| 11 | Q | Yeah. |
| 12 | A | I mean, on Fort Wainwright? |
| 13 | Q | Well, yes. Bassett Hospital, you were working at .... |
| 14 | A | Okay. I worked on third floor, which was minor surgery |
| 15 | | clinic, and I also took care of Internal Medicine. We |
| 16 | | started the EGD clinic up there, me and Dr. Mare and Dr. |
| 17 | | McAfee did. I worked there for five years, and then I |
| 18 | | went down to Preventive Medicine. And I started working |
| 19 | | over at Kamish Clinic, and I worked in Kamish Clinic as |
| 20 | | the community health nurse assistant and health |
| 21 | | promotion. |
| 22 | Q | And when did you start that, at the Kamish Clinic? |
| 23 | A | Ninety-four. |
| 24 | Q | All right. Do you remember approximately what month or |
| 25 | | period of time it was? |

| | | |
|---|---|---|
| 1 | | e-mail messages that may have been sent? |
| 2 | A | I never got to see them personally because I was |
| 3 | | restricted from the computers, so I never could go on |
| 4 | | them to pull them up. But I was told that it was one |
| 5 | | that said they were cleaning out the black palace, one |
| 6 | | said they were glad that the black witch was gone, and I |
| 7 | | understand there were several of them -- slurs, talking |
| 8 | | about the KKK and stuff like that. But I never visually |
| 9 | | saw them myself. |
| 10 | Q | Who told you about them? Who you believe did see them? |
| 11 | A | SGT Evans told me that the female, her name start with a |
| 12 | | "d" that works down in the kitchen, and her husband |
| 13 | | is -- husband and wife. Donaldson. I'm starting to get |
| 14 | | a little upset. But, anyway, the female down in kitchen |
| 15 | | told SGT Evans that they were having KKK meetings at her |
| 16 | | house. And she was willing to come up and say it, but I |
| 17 | | don't know whether it's any truth or fact to that. I |
| 18 | | didn't see it with my own eyes. But it was a racial |
| 19 | | slur left on my desk, and it stated what is the |
| 20 | | definition of a nigger, and it was on paper looked like |
| 21 | | it come out of a textbook. And it said -- it looked |
| 22 | | like they had scratched through the other word, and they |
| 23 | | had wrote what is the definition of nigger. I often had |
| 24 | | nursery rhymes played over the telephone that said Baa, |
| 25 | | Baa, Black Sheep, do you have any wool. I also -- at |

```
 1  Q    Were you able to get it off of the car?
 2  A    Most of it, but some of it I didn't.  Matter of fact,
 3       it's probably -- if you look in the back of my car, in
 4       the little symbol where it say Toyota, up in there, it
 5       still is.  But, you know, I -- I was sort of the kind of
 6       a person that tried to like to keep peace.  I was a
 7       happy go lucky person.  I enjoyed my job.  I enjoyed
 8       people; people enjoyed me.  And so it was very hard for
 9       me to believe that someone would be that negative toward
10       me because of the color of my skin.  And ....
11  Q    When you got this note on your desk, exactly or
12       approximately when was it that you received that note?
13  A    September.
14  Q    September of '96?
15  A    Yes.
16  Q    All right.  What, if anything, did you do with the note?
17  A    Well, SGT Wells was on duty that day, and I called him
18       back to my office and I showed -- first, I showed Anna.
19       Because Anna was sort of like -- she was a specialist,
20       and she would always help me do my vital signs and do my
21       work to try to keep me up, because she knew that
22       Preventive Medicine never supported me.  Seemed like
23       they were always trying to set me up for failure, and so
24       she would co- -- she was the first one I showed it to.
25       So we chuckled about it, I'm not going to lie.  You
```

|   |   |   |
|---|---|---|
| 1 |   | know, I say I'm not going to be as small as the person |
| 2 |   | that did this.  She say, Ms. Pruitt, you ought to do |
| 3 |   | something about it.  I said, well, you know, I'm -- no, |
| 4 |   | this is why they put it here, because they want me to |
| 5 |   | act just like the word said.  I said I'm not going to |
| 6 |   | give them the pleasure.  But I did show it to SGT Wells, |
| 7 |   | and he told me, he said if you want to, Ms. Pruitt, I'll |
| 8 |   | take it up the chain.  I said it's not going to do any |
| 9 |   | good.  I said they all uphold it.  I said they know |
| 10 |   | what's going on.  SGT Well may -- they were talking |
| 11 |   | about my unaccountability.  I went all over Post to |
| 12 |   | different places doing health fairs, but everywhere I |
| 13 |   | went, my supervisor knew where I was.  And she told -- |
| 14 |   | always told me to report to whoever was in charge of the |
| 15 |   | clinic, and I did that.  We started putting signs on my |
| 16 |   | door to say where I was and when I'd be back.  Every one |
| 17 |   | of them came up too -- throw away.  And SGT Well |
| 18 |   | prepared me five of them, professionally.  And before |
| 19 |   | I'd leave the building, I would always call COL Ivey and |
| 20 |   | let her know. |
| 21 | Q | All right.  Now with respect to the e-mails that were |
| 22 |   | offensive, do you know from your own experience what, if |
| 23 |   | anything, management did to deal with the problem of |
| 24 |   | persons sending racially offensive e-mails? |
| 25 | A | They didn't do anything.  They were the ones who -- it |

```
 1         decided instead of putting me in the hot box, to take
 2         the stuff out of the storage room and put it in the hot
 3         box, and it was going to be a plus for me because it had
 4         a window.  But the window as broken.  The door was
 5         broken.  About 10 other people had keys to this storage
 6         room.  The floor was rotten because it was some of this
 7         old timey stuff.  I think probably sort of like that,
 8         that cracks, you know, when it get hard.
 9              JUDGE GAFFIN:  Let the record reflect that she's
10    referring to the linoleum square tile on the floor by me.
11    A    It -- it -- I don't think it's linoleum.  It's more like
12         a -- I -- I -- I don't know what it's made out of, but
13         it breaks easily when it get old.  And so they --
14         because the storage room had all these heavy iron things
15         in it, the floor was already messed up, cracked, yellow,
16         you know.  So I said, well, what the heck.  The walls
17         was dirty.  I went in, I washed the walls down on my
18         time.  I got with Bruce, they fixed the windows.  They
19         fixed the lock on the door, but they couldn't change the
20         lock because wouldn't nobody give them permission to do
21         it.  So I moved all my stuff into it, and it looked
22         terrible.  Everybody was laughing at me, saying, well,
23         Ms. Pruitt, where's the next place they're going to move
24         you, out the back door.  And it was -- the joke was on
25         me, but after I -- you know, I just took with a whiz and
```

| | | |
|---|---|---|
| 1 | | I just went on about my work and did it. And just .... |
| 2 | Q | When did the carpet come into the picture? |
| 3 | A | They were putting new carpet and new everything in |
| 4 | | everybody clinic, even Preventive Medicine, but they |
| 5 | | didn't include me in any of it. I didn't get any of the |
| 6 | | new desks with the head things over in any -- no new |
| 7 | | computers or anything, and 75 percent of my work was on |
| 8 | | the computer. What they did in order to give me a |
| 9 | | computer was, they got the secretary a new computer, and |
| 10 | | moved the old one over to me. The people that was |
| 11 | | working in the hospital, I guess they were contractors. |
| 12 | | And so I go to the hospital, because, you know, |
| 13 | | everybody knew -- everybody on Post new Ms. Pruitt |
| 14 | | because I did a lot of work in helping people. And, I |
| 15 | | guess, you know, people come in and talk to me. And so |
| 16 | | I told them, I say, ya'll going to have some left over |
| 17 | | carpet. I said don't ya'll take it to the dump. I said |
| 18 | | I need it where I'm moving. So everyday I'd reinforce |
| 19 | | that, because I'd go to the hospital every day because I |
| 20 | | had to over there to report to COL Ivey. And so one |
| 21 | | morning I got to work, and it was a big box of carpet |
| 22 | | there with a note in it say, Ms. Pruitt, here is your |
| 23 | | carpet. Gosh, I swear, I don't know who left it there, |
| 24 | | but it did say Ms. Pruitt this is your carpet. And SGT |
| 25 | | Folton can testify to that because he's the one who |

```
 1            helped me bring the box and saw the note.  He saw the
 2            note.  So I asked my supervisor would they pay someone
 3            to put the rug down, and they refused to do it and it
 4            was only like $180.
 5   Q        And who was your supervisor?
 6   A        COL Gallimore, Shelby Butler and MAJ Candler.
 7   Q        Okay.
 8   A        And so they refused to do it.  So, anyway, I got with
 9            SGT Wiggins and she said she ....
10                 JUDGE GAFFIN:  Wait a minute.  I thought back at
11   this time Ivey was your supervisor.  Am I wrong on that?
12   A        Yeah, Ivey.  I'm sorry, I made a mistake.  COL Ivey was
13            still here when I put the carpet down.  And -- but SGT
14            Wiggins is the one -- because SGT Wiggins was still
15            here.  I'm confused in the year maybe, but I know what
16            I'm saying.  SGT Wiggins got her soldiers together and
17            came over and helped me put the carpet down.  But before
18            I put the carpet down, SGT Lynge went everywhere on Post
19            trying to find a reason why I couldn't put the carpet.
20            They said it was against OSHA, they was against this and
21            that.  And so anyway I went to SGT Folton, which was the
22            NCOIC of the clinic at that time, I said SGT Folton, do
23            you have any problem with me putting this carpet down.
24            He said, no, Ms. Pruitt, he said whatever you want to do
25            to that room why you're there, go ahead and do and make
```

|    |   |                                                                              |
|----|---|------------------------------------------------------------------------------|
| 1  |   | took -- asked SGT James could I use her driver, and she                      |
| 2  |   | said -- and the van, to the Kamish Clinic, and they let                      |
| 3  |   | me.                                                                          |
| 4  | Q | What do you mean?  You're saying a driver?                                   |
| 5  | A | Yeah.                                                                        |
| 6  | Q | Oh, you mean for -- to drive ....                                            |
| 7  | A | The ....                                                                     |
| 8  | Q | .... the van with some of the equipment and so ....                          |
| 9  | A | Uh-huh (affirmative).  From the hospital, with equipment                     |
| 10 |   | and stuff in it.                                                             |
| 11 | Q | I see.  Okay.  What about the carpet?  What did you do?                      |
| 12 |   | What conversation, if any, did you have with COL                             |
| 13 |   | Gallimore or Shelly Butler regarding -- Shelby Butler                        |
| 14 |   | about the carpet?                                                            |
| 15 | A | None.  I did not have any conversation before the carpet                     |
| 16 |   | move.  Right about -- little before 12 o'clock COL                           |
| 17 |   | Gallimore called me and she said ....                                        |
| 18 | Q | 12 o'clock when?                                                             |
| 19 | A | The day that I had took the carpet up.  She called me,                       |
| 20 |   | and she said Ms. Pruitt what are you doing.  I said I'm                      |
| 21 |   | packing my stuff, getting ready to move over to my                           |
| 22 |   | office.  And she said, well, you don't take that carpet,                     |
| 23 |   | don't touch it.  I said, well, I already got it up, all                      |
| 24 |   | except the little bit that's under -- it was a real                          |
| 25 |   | heavy metal cabinet, and I couldn't move it, and so I                        |

|   |   |   |
|---|---|---|
| 1 |   | hadn't got it up.  It was just little pieces that, you |
| 2 |   | know, pull up like that.  And I had called the |
| 3 |   | housekeepers and everybody and let them knew that I was |
| 4 |   | taking it up, and wanted them to come in and clean the |
| 5 |   | floor and wax it and everything. |
| 6 | Q | But, in any case, she called you about noon on the day |
| 7 |   | that you had pulled it up .... |
| 8 | A | Uh-huh (affirmative). |
| 9 | Q | .... and had this conversation with you.  Her testimony |
| 10 |   | was that she had told you the prior week not to remove |
| 11 |   | the carpet. |
| 12 | A | No.  She -- she's -- she's -- she's lying, because I |
| 13 |   | wasn't even here.  I was on vacation.  I told you, I |
| 14 |   | think it was from August until about the 5th of |
| 15 |   | September or something like that.  It was pretty well -- |
| 16 |   | I was on vacation just before they got ready to move me. |
| 17 | Q | Well, but she -- if this was the Friday before the |
| 18 |   | actual Monday that you moved it .... |
| 19 | A | No.  She -- she's lying, because I was not even at work. |
| 20 |   | Because when I came in that Monday -- I was sick that |
| 21 |   | Friday.  When I came in that Monday, I was really |
| 22 |   | shocked that the first thing that Shelby Butler told me |
| 23 |   | was that I was going to go over there and move my stuff. |
| 24 |   | And around 2 o'clock that day, Shelby Butler called me |
| 25 |   | and told me to stop getting my stuff together and |

| | | |
|---|---|---|
| 1 | Q | So you're saying that's the way -- the condition of it |
| 2 | | before you put the carpet down .... |
| 3 | A | Yes, sir. |
| 4 | Q | .... was in somewhat broken and yellowed and what have |
| 5 | | you. |
| 6 | A | Yes, sir. |
| 7 | Q | And that was still the condition, of course, when you |
| 8 | | took the carpet up. |
| 9 | A | Yes, sir. |
| 10 | Q | Now was there any damage caused by pulling the carpet |
| 11 | | up, to the best of your knowledge? |
| 12 | A | No.  No. |
| 13 | Q | All right.  When you left the office, and you're saying |
| 14 | | for the last time, you've not been back to the Kamish |
| 15 | | Clinic office since then.  When you left it, most of the |
| 16 | | tile -- most of the carpet was up from the office, is |
| 17 | | that correct? |
| 18 | A | All if it except the part .... |
| 19 | Q | That was under the case. |
| 20 | A | Yes.  It was a bookshelf.  I mean, great big, iron |
| 21 | | thing, you know. |
| 22 | Q | Okay.  And how many of those tiles were broken at that |
| 23 | | time, would you say?  What's your best estimate? |
| 24 | A | It was one right in the door, and it was one that was |
| 25 | | loose.  You know, how they come -- the whole thing come |

|    |   |                                                                      |
|----|---|----------------------------------------------------------------------|
| 1  |   | it was that she called the MP's regarding this matter?              |
| 2  | A | No.  No.                                                             |
| 3  | Q | The MP's nor anybody else -- no one else showed you any              |
| 4  |   | photographs of this floor?                                           |
| 5  | A | No.                                                                  |
| 6  | Q | And you indicated, I think, but let me -- just to                    |
| 7  |   | confirm, this, as you noted, at been a storage room.                 |
| 8  |   | Were there in fact multiple keys to that room?                       |
| 9  | A | Yes, sir.  Yes, sir.                                                 |
| 10 | Q | Was there any ....                                                   |
| 11 | A | I was told by SGT Folton it was as many as 10 keys.                  |
| 12 | Q | Okay.  Now one of the questions that was raised in the               |
| 13 |   | testimony of COL Gallimore was the question of your                  |
| 14 |   | record keeping.  You've indicated in the course of your              |
| 15 |   | testimony that you saw patients.                                     |
| 16 | A | Yes, sir.                                                            |
| 17 | Q | You saw -- you were involved with various health related             |
| 18 |   | patient visits and so on.                                            |
| 19 | A | Yes, sir.                                                            |
| 20 | Q | What record keeping was there in regard to those visits              |
| 21 |   | or other health care matters that you were dealing with?             |
| 22 | A | Okay.  If I was doing health risk promotion or health                |
| 23 |   | risk appraisals, I was doing them on a computer, and                 |
| 24 |   | they were all on a disk.  If I did STD's, I would take               |
| 25 |   | them over the same day to my supervisor and let her lock             |

| | | |
|---|---|---|
| 1 | | around and say they think that would be big enough. I |
| 2 | | said, well, they haven't said anything to be about it. |
| 3 | | So after everything calmed down, I called her back there |
| 4 | | and I asked her and she said -- she went on, Ms. Pruitt, |
| 5 | | no. Because me and SGT Schultz, we go a long ways back. |
| 6 | | This -- that -- this was the second time she had been to |
| 7 | | Fort Wainwright, and I knew her when she was here the |
| 8 | | first time when she working over there, and me and her |
| 9 | | always got along good. I had no idea that she was as |
| 10 | | racist as she is. But, then again, that's because at |
| 11 | | the time that she was coming down talking to me it was |
| 12 | | because she was wanting some surgery, which was a tummy |
| 13 | | tuck, so maybe that's the reason why she was being nice |
| 14 | | to me. |
| 15 | Q | Did you have any discussions with LTC Candler regarding |
| 16 | | any of the matters, any of your concerns of the racial |
| 17 | | slurs or otherwise? |
| 18 | A | No, I didn't go to Candler directly. Because he has |
| 19 | | been took to his supervisor because he was a ra- -- was |
| 20 | | accused of being a racist, and I thought that he |
| 21 | | condoned it, so I never said anything to him about it. |
| 22 | | But he was aware of it just like everybody else. I |
| 23 | | would tell them -- I was leaving signs on my door; they |
| 24 | | were pulling them down. It was -- it was a well known |
| 25 | | fact. |

1  one that went to her and told her. Because he also had
2  saw me doing it, when he came in and looked, he went
3  around there and told her, then he came back and told me
4  he had to go to the Education Center. Didn't offer to
5  help me or anything.
6  Q  Now today you were testifying about a note that was left
7     on your ....
8  A  It was right in -- placed in the middle of my desk when
9     I got to work one morning.
10 Q  Okay. And you said that you showed that note to -- I
11    believe you said you showed it to SGT Wells and SPC
12    Tate. Did you show it to anyone else?
13 A  That day?
14 Q  Ever. Did you show it to anyone else?
15 A  Oh, yes.
16 Q  And who did you show it to?
17 A  I told Ms. Butler about it.
18 Q  And when did you tell Ms. Butler?
19 A  She was well aware of it. Because that was one of her
20    reasons, she told me, that she was moving me over there,
21    so they would stop messing with me. Because they would
22    dump my information off the computer. They would pull
23    my flowers down. They called the Fire Department to try
24    to get them to take -- make me take down my flower plant
25    because they said it was a fire hazard. She was well

|   |   |   |
|---|---|---|
| 1 |   | first of -- on the 30th of September when you moved to |
| 2 |   | the hospital, 30th of September, 1st of October. |
| 3 |   | Between that 19th of September and the 1st of October, |
| 4 |   | did you take any leave? |
| 5 | A | I didn't take any leave, but I think I was off sick. |
| 6 | Q | You think you were off sick. |
| 7 | A | Un-huh (affirmative). |
| 8 | Q | Do you know when you were off sick? |
| 9 | A | No, not exactly. |
| 10 | Q | You don't know exactly when you were off sick. |
| 11 | A | But my blood pressure -- I think I was having problems |
| 12 |   | with my blood pressure, stress. |
| 13 | Q | And you never personally saw any of the e-mails that |
| 14 |   | have been discussed in this case. |
| 15 | A | No. But a very reliable person told me that she had |
| 16 |   | one, and she was intending to give it to me. And she |
| 17 |   | had put it under her -- on her desk, and someone took it |
| 18 |   | off. That was immuniz- -- immunization person. |
| 19 | Q | All right. And who was -- do you remember the name of |
| 20 |   | that person? |
| 21 | A | She has a very difficult name to pronounce. But .... |
| 22 | Q | Can you spell part of it? |
| 23 | A | I have it wrote down in my book. Ms. -- she was the |
| 24 |   | immunization nurse over there at the Kamish Clinic. |
| 25 | Q | Okay. Is this anyone who has ever identified as a |

198

1            (On record)
2                 COURT REPORTER: We're back on record.
3                 JUDGE GAFFIN: And if there's any redirect, please
4       go ahead.
5                 MR. FLEISCHER: I have no further questions of
6       Ms. Pruitt.
7                 JUDGE GAFFIN: Okay. I have some questions.
8                     **VOIR DIRE OF BRENDA J. PRUITT**
9       BY THE COURT:
10      Q    Ms. Pruitt, in your -- in the complaint that you first
11           filed, the formal EEO complaint, dated -- it's stamped
12           February 10th, 1997. It looks like you signed it
13           January 27th, '97. I'll just show it to you; it's in
14           blue ink and your handwriting, I believe. Your -- the
15           record ....
16      A    Yes, sir. Yes, sir. I'm sorry.
17      Q    She's saying yes. And there's the six or seven
18           allegations of discrimination, but there's no reference
19           or mention of the
20           e-mails and the allegations of racism in those e-mails.
21           Can you tell me why?
22      A    Because when that was filed -- my original complaint was
23           filed in September, and as I said, I had to send it way
24           to D.C. before they would even accept it. Because I
25           don't know what's wrong with the system down here, but

|   |   |   |
|---|---|---|
| 1 |   | you can't get an EEO complaint through with the -- like |
| 2 |   | I told you, I've tried three times, other than that one, |
| 3 |   | to try to get one through, and several other do -- they |
| 4 |   | talk you down; they talk you out of it and everything |
| 5 |   | else.  It went to the commander.  And the only way I got |
| 6 |   | that one, I got a letter from the EEO people down in |
| 7 |   | Anchorage saying by way of D.C. we did receive your |
| 8 |   | complaint.  So, like I said, I went on leave when I was |
| 9 |   | supposed to meet with the lady.  And then when I came |
| 10 |   | back, she put it off and kept putting it off until -- |
| 11 |   | that's the date that I finally got it signed. |
| 12 | Q | Okay.  But there's no reference to the e-mails. |
| 13 | A | The e-mail was not until after that.  But the note was |
| 14 |   | before that, the letters. |
| 15 | Q | Right, and you refer to those. |
| 16 | A | And the car spraying, and the tape playing. |
| 17 | Q | Yeah.  And about the messages on your answering machine, |
| 18 |   | did you play those for anyone? |
| 19 | A | Yeah, my supervisor was aware. |
| 20 | Q | And that was Butler? |
| 21 | A | Un-huh (affirmative).  I tell you, she was well aware of |
| 22 |   | the situation, and I guess maybe just talking to me, |
| 23 |   | that was one of her reasons she say that she wanted me |
| 24 |   | over there.  And I have to say that I really believe |
| 25 |   | that she was legit (ph), but she wanted her job, so she |