PRACTICAL EXERCISE 3-2

SITUATION: While walking through your unit area, you overhear an African-American soldier refer to another African-American soldier as "~~Homy.~~" *My nigger*

QUESTION: What do you think of the term "~~Homy~~" *nigger* in this context?

Appendix B-2

146

EXHIBIT C