COMPLAINANT'S NAME AND ADDRESS:

*Brenda J. Pruitt*

Title, series, grade *Community Health Nurse Assistant GS-5 620*
SSN: *442 48 3076*
Work Tel No: *(907) 353-5692*
Home Tel No: *(907) 474-8696*

NAME AND ADDRESS OF PERSON(S) WHO WERE RESPONSIBLE FOR THE ACTION COMPLAINED OF:

*Maj. Wilson, Maj Tenhet, LTC Candler, LTC Gallimore, Ms Shelby Butler.*

NAME AND ADDRESS OF ORGANIZATION INVOLVED:
*US Army MEDDAC Bassett Army Community Hospital, Fort Wainwright, Alaska 99703*
PHONE NUMBER: *(907) 353-5181*

WHEN AND WHERE DID THE ALLEGED ACT(S) OF DISCRIMINATION OCCUR:
DATE *1 October 1996*   PLACE *Preventative Med Bassett Army Hospital, Fort Wainwright, Ak*

Which of the following **BEST** describes why you were discriminated against?

- ✓ Race
- ✓ Color
- ___ Religion
- ___ Handicap
- ✓ Sex
- ___ Age
- ___ National Origin
- ___ Reprisal

DOES THE DISCRIMINATION AGAINST YOU INVOLVE:

- ___ Appointment
- ___ Promotion
- ✓ Reassignment
- ___ Separation/Termination
- ___ Suspension
- ___ Reprimand
- ___ Evaluation/Appraisal
- ___ Duty Hours
- ___ Training
- ___ Time & Attendance
- ___ Retirement
- ✓ Assignment of duties
- ___ Exam/Test
- ✓ Work conditions
- ✓ Harassment
- ___ Sexual Harassment
- ___ Reprisal
- ___ Pay, including overtime
- ___ Conversion to fulltime
- ___ Career conditional
- ___ Reinstatement
- ___ Awards
- ✓ And/or other (Specify) *Threats & Intimadation*

Explain what happened and how you were discriminated against. (Be sure to include how other persons were treated differently from you. Also attach any written materials pertaining to your case).

*I am being discriminated against based on the following: (1.) Racial slurs or epithets placed on my desk at work questioning the definition of a "nigger". (2) Denial by my supervisor to take any action or even investigate this matter thus contributing to an untenable working environment. (3) Shelby Butler, my immediate supervisor in collusion with staff, LTC Candler, LTC Galimore and others have fabricated a lie to have me fired or constructively discharged from my job.*

*Brenda Pruitt 25 Oct 96*

[CONTINUED ON PAGE 2]

EXHIBIT D

(4.) I WAS MOVED ON 30 SEPT 96 TO ANOTHER LOCATION, GIVEN LESS RESPONSIBILITY AND SMALLER OFFICE WITH NO EQUIPMENT TO CARRY OUT MY DUTIES BECAUSE OF RACISM AND SEXISM AND BECAUSE OF A PERCEPTION THAT I WAS PROTECTED BY MY FORMER SUPERVISOR WHO HAPPEN TO BE A BLACK FEMALE. IN THE WORDS OF MY CURRENT SUPERVISOR, "LTC IVEY HAD DIFFERENT SETS OF RULES FOR YOU THAN ME!"

(5.) LTC CANDLER HAS BEEN COUNSELED BY HIS SUPERVISOR FOR RACISM IN THE PAST AND IS STILL CONTINUING TO CONDUCT RACIST BEHAVIOR BY REFUSING TO GIVE ME A KEY TO MY OFFICE WHILE "WHITE" EMPLOYEES HAVE NO PROBLEMS GETTING KEYS TO THEIR OFFICES OR SUPPLIES & EQUIPMENT NEEDED.

(6). I HAVE BEEN MOVED 4 TIMES IN TWO AND A HALF YEARS WHILE WHITE STAFF MEMBERS HAVE BEEN UNDISTURBED

(7.) COLLUSION BY WHITE STAFF MEMBERS TO CALL THE MILITARY POLICE AND FRAUDULENTLY ALLEDGE THAT I STOLE MY OWN CARPET FROM MY OFFICE TO GET ME FIRED WHILE WHITE STAFF MEMBERS HAVE NOT BEEN HARASSED IN THIS WAY!

Brent Pruitt 23 Oct 96

(Records or documents to review): NONE AT THIS TIME.

What other information do you think is relevant to our inquiry? TREATMENT OF OTHER BLACK PERSONNEL BOTH MILITARY AND CIVILIAN AT THE HOSPITAL AND THE KAMISH MEDICAL CLINIC.

List below any person(s), witnesses, fellow employees, supervisors, or others that we may contact for additional information to support, or clarify your complaint.

| NAME | ORGANIZATION | PHONE NUMBER |
|------|--------------|--------------|
|      |              |              |
|      |              |              |
|      |              |              |
|      |              |              |
|      |              |              |

In order to resolve your complaint to your satisfaction, what remedy do you seek?
1. IMMEDIATELY DISCONTINUE THE RACIST BEHAVIOR AND TREATMENT.
2. GIVE BACK MY JOB AND FORMER OFFICE.
3. GIVE ME THE REQUIRED EQUIPMENT I NEED TO DO MY JOB.
4. TREAT ME EQUALLY AS WHITES AND MALES
5. DISCONTINUE THE RACIST AND DEROGATORY NOTES ON MY DESK
6. AN APPOLOGY REGARDING ALLEGATIONS THAT I STOLE MY CARPET.

[signature] 23 Oct 96

PAGE 3 OF 4

Have you filed a previous complaint with this office, or any of the following: NO

OCI _____   EEOC _____   DA _____   MSPB _____

For any item checked, please provide the following information:

Agency _____ N/A _____

Date filed _____

Docket Number _____

Date of hearing _____

Name of investigator _____

Status of complaint _____

_____

_____

_____

_____

Is this complaint or any portion of this complaint being filed as a grievance or Unfair Labor Practice with the Union, CPO-MER, MSPB or any other agency?

_____ YES        ✓ NO

If yes, give the following information:

Agency _____

Date filed _____

Status _____

I have been advised by _____, EEO Counselor, that I have the right to representation during all phases of my complaint of discrimination.

PAGE 4 OF 4