1           JUDGE GAFFIN: Are you on a speaker phone too?
2   A   Yes, I am.
3           JUDGE GAFFIN: Okay. I'm going to -- you're going
4   to have to speak right into it because we're having a little
5   trouble here hearing you.
6   A   Okay. Is this better? Can you hear me now?
7           JUDGE GAFFIN: Yes, that's better.
8           MR. FLEISCHER: Yes, better.
9           JUDGE GAFFIN: Can you tell us what your position
10  was back at the end of 1996 when Ms. Pruitt was working?
11  A   I was chief of Army Community Health Nursing at Bassett
12      Army Medical Center at Fort Wainwright, Alaska.
13          JUDGE GAFFIN: Okay. And I believe you have been
14  called as a witness on behalf of the Army. So Ms. Santerre
15  will -- can go ahead and ask questions now.
16          MS. SANTERRE: Thank you very much for testifying
17  today COL Gallimore. I know it's kind of in between some
18  tough things for you.
19  BY MS. SANTERRE:
20  Q   But I'd like you to take your memory back to 1996, and
21      ask you to relate what your supervisory relationship was
22      to Ms. Pruitt.
23  A   Okay. I came on in June -- I guess the end of June of
24      1996. At that point, I was taking over for LTC Hazel --
25      Hazel Ivey. She did not leave until the -- probably mid

|   |   |   |
|---|---|---|
| 1 |   | July, around July 16th, so I was not officially the |
| 2 |   | acting chief until that time. At that time, Ms. Pruitt |
| 3 |   | was under my supervision. I made Ms. Butler -- Ms. |
| 4 |   | Shelby Butler her direct supervisor; I was Ms. Butler's |
| 5 |   | supervisor. So I was indirectly like two levels above |
| 6 |   | Ms. Pruitt. I would be her senior rater (ph), then the |
| 7 |   | overall supervisor of the department. |
| 8 | Q | On of the issues in this case is a move of Ms. Pruitt |
| 9 |   | physically from the Kamish Clinic to the hospital. Were |
| 10 |   | you involved in that move? |
| 11 | A | Yes, I was. That was my idea to move her over. I |
| 12 |   | wanted to have more direct supervision of her. I had |
| 13 |   | gone over there, and trying to -- to assess past |
| 14 |   | records, there were none available. I got the |
| 15 |   | impression there were problems in the clinic. So one of |
| 16 |   | the reasons I wanted to move her over - and as the |
| 17 |   | supervisor of the department I had that right - was just |
| 18 |   | to have more supervision of her, for Ms. Butler to have |
| 19 |   | more supervision of her. Also, I wanted to expand the |
| 20 |   | health promotion program more to the hospital. I wanted |
| 21 |   | to be able to work more directly with Internal Medicine |
| 22 |   | and health -- health promotion. We were starting a |
| 23 |   | program called PPIP, that is Put Prevention into |
| 24 |   | Practice. And Ms. -- Ms. Pruitt would be more or less |
| 25 |   | involved in that, so I wanted her to be able to work |

|   |   |   |
|---|---|---|
| 1 |   | with the various departments at the hospital and the |
| 2 |   | patients who would be coming through. |
| 3 | Q | Okay. And was there an intention to move -- to have |
| 4 |   | anyone at that point in Kamish Clinic? |
| 5 | A | I believe I was going to be moving SGT -- SSG Kevin |
| 6 |   | Williams over there to do the in-processing of the |
| 7 |   | soldiers. I wanted to put an active duty soldier over |
| 8 |   | there, since he would be -- they would be more involved |
| 9 |   | with the active duty population as they're in- |
| 10 |   | processing. |
| 11 | Q | And just for the record, what is Staff Sergeant |
| 12 |   | Williams' race? |
| 13 | A | I'm sorry, his race? |
| 14 | A | He's -- I guess Afro-American, black. |
| 15 | Q | And how did Ms. Pruitt respond to your plans to move her |
| 16 |   | to the hospital? |
| 17 | A | Ms. Pruitt indicated even prior to her move that she did |
| 18 |   | not want to move; that she did not get along with some |
| 19 |   | of the people at the hospital; that she had some -- had |
| 20 |   | some problems with the people at the hospital and really |
| 21 |   | didn't want to move. She indicated that she probably |
| 22 |   | would not be able to do her job if -- if she moved. |
| 23 |   | We -- I tried to reinforce that it would be a good move |
| 24 |   | her. She'd have more responsibility. She'd get more |
| 25 |   | training. That it would actually be a career enhancing |

|    |   |                                                                |
|----|---|----------------------------------------------------------------|
| 1  |   | move for her.  She was more or less -- I could see some        |
| 2  |   | stagnaty where -- where she was.  She wasn't getting the       |
| 3  |   | supervision that she really required.  I just felt that        |
| 4  |   | it would be a better opportunity for her and for our           |
| 5  |   | overall mission of Community Health Nursing to have her        |
| 6  |   | doing health promotion at the hospital.                        |
| 7  | Q | And were you familiar with her written job description?        |
| 8  | A | Yes.  I'm sure I -- you know, I don't recall exactly           |
| 9  |   | what it said, but I -- I know what everybody in the            |
| 10 |   | department did.                                                |
| 11 | Q | Okay.  And would she more in line with that job                |
| 12 |   | description in one location or the other?                      |
| 13 | A | I think that she could pro- -- her -- her job                  |
| 14 |   | description was -- it was sort of -- in encompassed a          |
| 15 |   | number of things.  She was just doing one aspect of            |
| 16 |   | that.  That is the HRA, the Health Risk Appraisal at the       |
| 17 |   | Kamish Clinic.  She would be more keeping in line with         |
| 18 |   | the job description being moved to the hospital and            |
| 19 |   | being able to venture out and actually do more                 |
| 20 |   | activities there.  But, yes.  She would -- she would be        |
| 21 |   | keeping with her job description.                              |
| 22 | Q | Did you ever hear of a computer message with a racial          |
| 23 |   | slur?                                                          |
| 24 | A | No, I did not.  I didn't hear it from her or anybody           |
| 25 |   | else.  No.                                                     |

| | | |
|---|---|---|
| 1 | Q | I mean, and not prior to prior to this case. |
| 2 | A | No. No. |
| 3 | Q | But you have heard of it during the processing of the |
| 4 | | case. |
| 5 | A | Well, afterward, yes, I heard it mentioned. I'm not |
| 6 | | sure -- I didn't -- I didn't really go into detail about |
| 7 | | what it said. It didn't involve me, and it did not |
| 8 | | involve anyone in my department. So, I mean, I'm not -- |
| 9 | | I'm not privy to know anything about what it said. And |
| 10 | | I did not hear about it until after the -- I guess the |
| 11 | | accusations were made. |
| 12 | Q | Okay. And while we're on that subject of who's in your |
| 13 | | department, is SGT Schultz was -- or excuse me, SGT |
| 14 | | Schultz, was she in your department or in Preventive |
| 15 | | Medicine? |
| 16 | A | At -- at the time that Ms. Pruitt was there, she was |
| 17 | | not. She worked for Kamish Clinic. Preventive Medicine |
| 18 | | did not work for Kamish Clinic. Ms. Pruitt had an |
| 19 | | office at the time in the clinic, but she worked for |
| 20 | | Community Health Nurse under -- and Preventive Medicine, |
| 21 | | not Kamish Clinic. SGT Schultz worked for the clinic. |
| 22 | | She did not work for Community Health Nursing, nor did |
| 23 | | she work for Preventive Medicine. |
| 24 | Q | Was anyone in the Kamish Clinic a supervisor of Ms. |
| 25 | | Pruitt? |

```
1   A    No.  No, there was not.
2   Q    Did she work in any way for the NCOIC of the clinic?
3   A    No, she did not.
4   Q    At the time of the move, do you recall anything related
5        to the carpet of her old office?
6   A    I remember the week before she moved, she mentioned the
7        carpet to me and I said just wait.  You know, don't do
8        anything with the carpet.  That -- I believe that was on
9        the Friday.  The following Monday, there was something
10       said about the carpet, and I said -- she said that -- I
11       don't remember exactly.  But something about taking up
12       the carpet, and I said don't.  I said we'll talk about
13       it later.
14  Q    Okay.  Did anything further come up about the carpet?
15  A    Not until the next day when I went over there to see how
16       the move was going, and saw the office, and saw the
17       carpet was up and the floor was quite torn apart.
18  Q    When you say quite torn apart, what do you mean exactly?
19  A    Tiles were ripped, cracked.  It -- it was bad enough
20       that the whole floor had to be redone.
21  Q    Was there any tape still sticking on the floor?
22  A    Oh, yeah.  It was -- there was -- it -- it was very,
23       very tacky.  You couldn't walk across it without getting
24       stuck to it.
25  Q    Did you have any conversations with her while she was --
```

| | | |
|---|---|---|
| 1 | Q | And what was the reason she was taken off that duty? |
| 2 | A | Breach of patient confidentiality. |
| 3 | Q | And what was ultimately done about the breach of patient |
| 4 | | confidentiality, if anything? |
| 5 | A | Well, I know that they had some hearings about that, and |
| 6 | | I -- I believe it was founded to be true. It's been two |
| 7 | | years, so I can't, you know, say exactly what happened, |
| 8 | | you know, step by step by step. |
| 9 | | MR. FLEISCHER: Well, you know, we're going |
| 10 | | to object to any speculation on the question. |
| 11 | A | Okay. I know that there was a breach of |
| 12 | | confidentiality. I know that the patient and her |
| 13 | | husband both gave witness as to their side and the truth |
| 14 | | of that fact. I know that it was brought up in a -- a |
| 15 | | hearing that she had at the hospital. I know that it |
| 16 | | was addressed with Ms. Butler and Dr. Candler. |
| 17 | Q | And do you know that Ms. Pruitt is no longer employed at |
| 18 | | the hospital? |
| 19 | A | Yes. She was -- she left Community Health Nursing while |
| 20 | | I was still there. |
| 21 | Q | And when you say she left Community Health Nursing, what |
| 22 | | do you mean? |
| 23 | A | She was released from her duties in Community Health |
| 24 | | Nursing. |
| 25 | Q | After the patient complaint, was there any change in her |

| | | |
|---|---|---|
| 1 | | convenience file, which is often kept.  There was |
| 2 | | nothing to the effect that I could track for any past |
| 3 | | patient care, nor past patient follow up.  There was |
| 4 | | also a problem when I arrived with Ms. Pruitt's time, |
| 5 | | her accountability for her time. |
| 6 | Q | And what problem was that? |
| 7 | A | Well, she was taking a good deal of time off to go to a |
| 8 | | doctor's appointment, and I -- and I found out it was |
| 9 | | never turned in to CPO to count against her time. |
| 10 | | JUDGE GAFFIN:  COL Gallimore, thank you for your |
| 11 | | testimony.  You are excused and free to hang up.  Please do |
| 12 | | not discuss your testimony with any other witness during the |
| 13 | | course of these proceedings. |
| 14 | A | Okay. |
| 15 | | JUDGE GAFFIN:  Thank you. |
| 16 | A | Bye. |
| 17 | | JUDGE GAFFIN:  We can go off the record. |
| 18 | | COURT REPORTER:  Off the record. |
| 19 | | (Off record) |
| 20 | | (On record) |
| 21 | | COURT REPORTER:  We're on record. |
| 22 | | JUDGE GAFFIN:  Ms. McAllister, you've heard me |
| 23 | | give this speech a couple times this morning.  My name is |
| 24 | | Steven Gaffin, and I'm the administrative judge with the EEOC. |
| 25 | | I think the only prepatory remark I need to make is:  Make |