MCUC-LO-FM                                                    10 March 97

MEMORANDUM FOR Chief, Preventive Medicine, ATTN: MCUC-PM,
               USA MEDDAC-AK, Ft. Wainwright, AK 99703-7400

SUBJECT: Self Help Carpeting Project

1. Attached is Form DA 4283 which was used to obtain permission from the Directorate of Public Works Real Property Division to install carpeting in building 3406, room 266.

2. Carpeting was government owned and installed by government personnel.

3. Point of contact is the undersigned at 353-5673.

                                          Larry Kappel
as                                        Larry Kappel
                                          C, FM&SB

cf:
Chief, Logistics Division
FM&SB (file)

EXHIBIT G

# FACILITIES ENGINEERING WORK REQUEST – XFA, XFB, XFC

For use of this form, see AR 420-17 and DA Pam 420-6; the proponent agency is the Office of the Chief of Engineers

**DOCUMENT NUMBER**: MED C0089 5 J 4095 95 07 10

**SHORT JOB DESCRIPTION**: SELF HELP TMC CARPETING

**DESCRIPTION AND JUSTIFICATION OF WORK TO BE ACCOMPLISHED**

Request permission to install carpeting in Room 288, Bld 3406 on a self help project. Carpeting will be furnished by the hospital, and installed by staff members. Carpet to be used is Victoria Square, manufactured by Bently Mills. Carpet will be laid over existing vinyl floor tile.

Justification: The addition of carpeting in this office will enhance the decor of the room, and improve staff morale.

**REQUESTER INFORMATION**
- NAME: James Wendell
- ORGANIZATION: Facilities Maintenance
- TELEPHONE NO: 353-5671

**DESCRIBE WHAT WILL HAPPEN IF WORK IS NOT ACCOMPLISHED**

If the carpet is not installed, the appearance of the room will continue to decline.

**PERSON TO CALL FOR ADDITIONAL INFORMATION**
- NAME: James Wendell
- ORGANIZATION: Facilities Maintenance
- TELEPHONE: 353-567_

**FORWARD FOR APPROVAL**
- ESTIMATED COST
- WORK TO BE PERFORMED: IN-HOUSE / SELF-HELP / CONTRACT / T-PROP
- FUNDED / UNFUNDED / TOTAL

**RECOMMENDED ACTION**: ☐ APPROVAL ☐ DISAPPROVAL

**ENVIRONMENTAL IMPACT**: NO / YES
- ENVIRONMENTAL CONSIDERATIONS
- EIS/EA INITIATED
- EIS/EA COMPLETED

**APPROVING AUTHORITY** / **ACTION TAKEN** / **DATE**

A – APPROVED  D – DISAPPROVED

**APPROVED FOR DESIGN** – SOURCE OF FUNDS: ☐ DIRECT ☐ AUTOMATIC REIMB ☐ FUNDED REIMB

DA FORM 4283, 1 AUG 78