## QUESTIONNAIRE

Name of Complainant: Brenda J. Pruitt
CATS Number: AOEVFO9612G0230

Allegation #1. Racial slurs or epithets were placed on your desk at the work place questioning the definition of a nigger.

a. *Do you know or have reason to suspect who placed the racial slurs or epithets on your desk? If yes, state name(s):*

**I have reason to believe one of the following placed the racial slurs on my desk. Mr. Raby, Major Wilson or Barbara Gilson.**

b. *When were the racial slurs or epithets placed on your desk? State date(s):*

**The date was 19 September 1996.**

Allegation #2. Denial by your supervisor to take any action or even investigate this matter thus contributing to an untenable working environment.

a. *Which supervisor? State name:*

**Shelby Butler**

b. *When did you report the alleged discriminatory act against you to the supervisor? State the date(s).*

**I reported it by telephone to Ms. Butler on 19 September 1996.**

Allegation #3. Shelby Butler, your immediate supervisor in collusion with staff, LTC Candler, LTC Galimore and others have fabricated a lie to have you fired or constructively discharged from your job.

a. *Who are "and others"? State names and positions (job titles):*

**LTC Lewis, Deputy Commander**
**Major Tehnet, Command Staff**
**Major Wilson, RN Head Nurse, Kamisch Clinic**
**SFC Shotes, NCOIC**

EXHIBIT H

Questionnaire (continued)

Name of Complainant: Brenda J. Pruitt
CATS Number: AOEVFO9612G0230

*What was the fabrication? Be specific:*

**That I stole the carpet from my office and in so doing, deliberately and with malice aforethought, destroyed government property.**

*(1) To whom was it stated? Names(s) of individual(s) alluded to:*

**The Fort Wainwright Military Police
SFC Prather, James A.**

**This allegation was also spread throughout Kamisch Clinic.**

*(2) When did it happen? State date(s):*

**01 October 1996**

<u>Allegation #6.</u>  You have been moved 4 times in 2 ½ years while white staff members have been undisturbed.

*Give the dates and places of your 4 moves over the past 2 ½ years in the work place:*

| <u>Place</u>  (Building and room numbers) | <u>Date</u> |
|---|---|
| Kamisch Clinic, Rm 212 | |
| Kamisch Clinic, Rm 263 | 18 October 1994 |
| Kamisch Clinic, Rm 212 | March 1995 |
| Refused to move | June 1995 |
| Kamisch Clinic, Rm 266 (storage room) | July 1995 |
| Bassett Army Hospital, Rm 267 | 30 September 1996 |

BRENDA J. PRUITT
19 March 1997

Page 2 of 2