253

1    wanted me to go over and be trained by her on what she

2    was doing, she confided in me some of the way she felt

3    about things going on with her.  And eventually I was

4    going to be her supervisor, and so I took note of those

5    things and told her that I would try to work with her on

6    advancing herself.

7    Q    Okay.  And what were some of those things?

8    A    She wanted more training.  She wanted to go TDY more.

9         She -- one of the things that she wanted, I -- I

10        couldn't provide.  She wanted to go on home inspections,

11        and that's not in her job description, and I can't -- I

12        couldn't let her do that.  She'd been doing it with SGT

13        Wiggins, but it really wasn't in her job description.

14        She also wanted to get a higher grade, and I felt like

15        the way Preventive Medicine was going, because it's a --

16        it's the booming thing right now in the medical field,

17        that I really felt like that would be possible.

18   Q    When did you become her supervisor?

19   A    I became her supervisor after COL Ivey left.  I don't

20        know what year that was.  I believe it was ninety -- I

21        think it was '97

22   Q    The documents and the records seem to indicate it was

23        '96.

24   A    Ninety-six, okay.  Right.  Because I came in '95, and

25        COL Ivey was there one year that I was there.

EXHIBIT I

254

| | | |
|---|---|---|
| 1 | Q | Now in '96 when you became her supervisor, did you -- |
| 2 | | what conversations, what, if any, did you have with her? |
| 3 | A | One of the -- one of the things that we talked about was |
| 4 | | the fact that we was going to need to move her office |
| 5 | | over to the hospital. |
| 6 | Q | And why was that? |
| 7 | A | It -- it was because of -- well, there was two reasons. |
| 8 | | The first reason was the doctors at the Kamish Clinic |
| 9 | | had -- they wanted the room that Ms. Pruitt was in. |
| 10 | | They had made allegations to us as to why the did not |
| 11 | | want her over there.  And .... |
| 12 | Q | And what were those allegations? |
| 13 | A | She was -- she wasn't available when they wanted to send |
| 14 | | patients down.  She would leave and no one knew where |
| 15 | | she was going.  That she wasn't accountable for her |
| 16 | | time.  And I think they saw that as an opportunity to |
| 17 | | get the room -- the room that she was in, because they |
| 18 | | moved two people into that one office.  The big reason |
| 19 | | that -- that Preventive Medicine moved her over there |
| 20 | | was because we needed her -- the manpower of her; we |
| 21 | | needed her there.  We had lost a clerk.  We had lost a |
| 22 | | secretary, and we had lost our Charlie.  And .... |
| 23 | Q | And when you say you lost your Charlie, what does that |
| 24 | | mean? |
| 25 | A | Oh, that's the -- I'm sorry.  That's the military side; |

```
 1          that's the LPN.  He's a military LPN.  And he was going
 2          to be -- he was going to be the NCOIC, so he wasn't
 3          going to be able to help us as much.  And so we ended up
 4          putting -- he was going to be over there to train the
 5          people at the Kamish Clinic to do what Ms. Pruitt was
 6          doing.  We were also making some changes with
 7          Occupational Health, and Occupational Health had lost
 8          their help too, because they didn't have the secretary
 9          that -- you know, the same things we didn't have.  It
10          was just a shortage.  And the most important thing was
11          to have another body there, that could help us with the
12          case load that we had.
13     Q    Did you have some conversations with Ms. Pruitt about
14          the move?
15     A    Yes, ma'am, I did.  She was very adverse to the move.
16          One of the things -- I understood exactly how she felt.
17          I probably felt the same way.  She had made -- you know,
18          she had made herself a beautiful office; it had carpet
19          in it.  She did not like working at the hospital.  She
20          said that when she was over at the hospital previously,
21          that she did not get along with the people.  She didn't
22          want anybody looking down her neck all the time, and
23          watching where she going and what she was doing.  And
24          she did not feel like that she could do her job over at
25          the hospital, that it wasn't a climate that would work
```

256

1      with her.  And she said, I'm not going over there.  She

2      said, and I'm going to fight it.

3   Q  And did you say anything to her in response to her

4      concerns?  And can you, you know, tell the judge what

5      you -- what, if anything, you told her about moving

6      over.

7   A  A lot.  In fact, I'm -- I brought the notes so I could

8      cover everything, if you needed all the specifics.  That

9      we were starting a -- like the well- -- wellness and --

10     center, and everything was going towards more for -- for

11     health promotion.  Ms. Wall was the occupational health

12     nurse.  And Brenda had -- had told me when I wasn't her

13     supervisor that she didn't feel like that she had enough

14     responsibility, and she didn't get to learn other things

15     that other people did, and she didn't get the training

16     that a lot of people got.  And so those were some of the

17     points that -- then, I brought out with this move,

18     because I knew, you know, that would be appealing to

19     her.  And I told her, I said, Brenda, just hang in

20     there, because when you come over here, I think you'll

21     find out that, you know, nobody's going to be breathing

22     down your neck.  And she was very adverse to working

23     under Dr. Candler.  And I told her, I said, Dr. Candler

24     is in his office with his door closed, on his computer

25     almost all the time.  I said, he doesn't even know what

257

1    goes on up here.  I said, that's not going to be a

2    problem.  And I told her, I said, if it is a problem,

3    then you come to me and I will do something about it.

4    So I knew it was going to be more training for her.  But

5    she -- she didn't like it.  She said Occupational Health

6    was not in her -- her job description, and she wasn't

7    going to do anything in Occupational Health.  And she

8    was very unsatisfied with the room that we was having to

9    put her in, and she was upset about the move because she

10    had moved so many times.  Well, in the Army, you just

11    move a lot.  At that time, I had only been there --

12    what?  Year and a half, around that.  They had already

13    moved me three times, and I didn't like it either.  I

14    didn't want to be moved.  And since then, I've been

15    moved one, two, three more times.  The -- the move just

16    -- it was -- the decision was made as a -- a whole

17    department.  Occupational Health was involved; the

18    Automation tech was involved; Dr. Candler was; COL

19    Gallimore and -- and myself.  And we tried to bring

20    Brenda into it too, but she was just -- she's just

21    really upset about coming over, and she just stood her

22    ground and said I'm not going to do it.  And if I do,

23    I'm not going to be able to do my job, and I'll just end

24    up going and looking for a job someplace else.  And she

25    wouldn't -- I said just try it.  Just try it.  Because

1    we didn't -- we really didn't have choice at that point.

2    Doctor were -- the doctors were upset over at the Kamish

3    and -- you know, I didn't go over there; I don't know

4    what the problem was over there.  I just know that they

5    told Dr. Candler that they wanted that room because

6    Preventive Medicine wasn't helping them.

7  Q  Okay.  Shelby, do you know anything about any note left

8    on her desk about that time period?

9  A  No, ma'am.  I found out about the note when EEO person

10    come and told me.  The day before, I heard a rumor.

11    Someone said, well, she's got some kind of note.  I said

12    what kind of note.  And she says, I don't know, some

13    kind of racial note.  And I said, well, where did she

14    get it.  This note, I was told, was -- it's -- it's over

15    -- was over on the desk when she was at the Kamish,

16    anyway.  It wasn't after she came over.  But, no.  No.

17    The EEO person can tell you, I just sat down and cried.

18    I just did.  I did.  I -- and I -- and I asked Brenda

19    about it, and I said -- I called her in afterwards and I

20    -- I shut the door and I said, Brenda, how can you do

21    this to me.  Because I felt like that I was an advocate

22    for her.  I had heard her complaints before; I cared a

23    lot for Brenda.  And I felt like we could pull and work

24    this thing out.  And I said, you know, when have I ever

25    shown any discrimination to you.  I said you said age,

1    you and I both the same age. You said sex, because of

2    sending SGT Williams over there. You couldn't say race,

3    because he's black and he's the one we asked to go over.

4    He's the only one we had to go over. And ....

5  Q  And did you have any further conversation with her about

6    that?

7  A  Well, she told me -- she said, Shelby, she said, I know

8    you haven't. That's what she told me. She said, but,

9    when I went to EEO, they said that my case would be

10    stronger if I had a first-line supervisor. Because, she

11    said at first she was just going with COL Gallimore and

12    COL Candler. I just told her, I said, you know, I don't

13    do this. I've never been race prejudice. I have -- I

14    have black friends, and I'm sorry what happened to

15    Brenda with the dismissal. She just made some very bad

16    decisions, and stepped out of the scope of her practice,

17    and put my license on the line, put the hospital at

18    jeopardy. That is nothing -- it's nothing personal, and

19    it's certainly not because of age or sex or color. You

20    know, none of us ordered what color we'd come in this

21    world. I'm a Christian, so I believe in Jesus, and he

22    is not white, let me tell you, you know, that's -- I am

23    not, and I never have been.

24  Q  Thank you, Ms. Butler. When she was coming over on the

25    move, what do you remember from that immediate time

1    and so they couldn't charge her for stealing, because it

2    was her carpet.  She had got it and she had put it down.

3    And -- and that's what she had told me when

4    I -- when I first came to work, that it was her carpet.

5    Because I commented on how nice her room was, how --

6    what a good job she'd done on her office, and I asked

7    her about the carpet.  COL Gallimore had talked to

8    Brenda about the carpet.  I mean, here, we're moving

9    Brenda from this big office; we're bringing her over at

10   the hospital and there's a very -- it's a very small

11   office.  I know, I was in there two times before in the

12   move.  But it was the only place we had to put her, and

13   I told her that too.  I said, you know, when we get a

14   bigger office, you will get a bigger office.  We did not

15   have the nice things that she did in her office.  I

16   mean, she had her own things in there.  We didn't have

17   carpet, because the soldiers come in their boots and

18   it's a mess.  But we were sensitive to the fact that

19   that carpet meant a lot to Brenda.  So COL Gallimore

20   told Brenda, she said I will look into getting you some

21   more carpet.  Brenda said she was going to take that

22   carpet because it was hers.  And COL Gallimore said, no,

23   Brenda, don't take the carpet up; I'll see about getting

24   you carpet.  And I don't know whether it was Brenda said

25   something about OSHA or -- or COL Gallimore said about -

1    Q    Okay.  And did this go on over how -- how long a period

2         of time before she actually did get interviewed by the

3         Military Police, roughly?  Was it the same day, later

4         the same day?

5    A    I don't know.  But, no.  No.  No, it was several days.

6         It was several days.

7    Q    And did you get any calls from the Military Police?

8    A    They kept asking me where she was, and would I send her

9         over.  And I finally told them, I said, you know, I've

10        given her the message, you know, I cannot make her go

11        over.

12   Q    Did you recommend Ms. Pruitt for some training?

13   A    Yes, I did.  Ms. Pruitt had been -- her feelings had

14        really been hurt.  And one of the things when I came on,

15        before I was even her supervisor, was there was a health

16        risk appraisal, like a seminar.  And what it was, is it

17        was CHIPM, our -- our training center, giving a seminar

18        on being a health risk appraisal nurse.  She told me

19        that the -- when they had it before, that COL Ivey had

20        had someone there in the hospital go instead of her and

21        it was not fair because she was the health risk

22        appraisal nurse.  And I agreed with her, and I -- I

23        said, well, it seems like -- seems like to me too that's

24        who it would be.  Training came up again when got -- COL

25        Gallimore got here ....

268

```
1              JUDGE GAFFIN:  Could you stop there?  I'm a little
2      confused when you're referring to Ivey, because I thought you
3      replaced Ivey.  So, when was this?
4   A      Oh, no, sir.  There wasn't a nurse there when I came on.
5          COL Ivey was my -- my colonel and Brenda's.  She was
6          chief of Community Health Nursing.  COL Gallimore is the
7          one that replaced COL Ivey.
8              JUDGE GAFFIN:  Okay.
9   A      Okay.  She -- COL Ivey wouldn't let her go.  So when it
10         came up after that, they came up again for some
11         training, and COL Ivey and COL Gallimore were both there
12         together, because COL Ivey was getting ready to out-
13         process and COL Gallimore was in-processing.  And I
14         asked COL Gallimore if Brenda could go to that training,
15         and she said, well, I don't see why not.  She said she's
16         -- she's going to be our HRA nurse.  And I said, well --
17         I said, she really needs to go and it -- I don't think
18         it was fair that she didn't get to go last time.  And
19         she said, well -- she says, I'll talk to Ivey about it.
20         And she did, she did talked to COL Ivey about it, and
21         COL Ivey said, no, she was not going to send Ms. Pruitt.
22         I went to COL Ivey and told her -- I said, you know, her
23         feelings were really hurt the last time.  And I said
24         she's going to be doing this, and I said she really
25         needs to be the one to go.  And COL Ivey said, no, that
```

1          it wasn't for LPN's and she wasn't going to send her.

2                    JUDGE GAFFIN:  Again, what's the time frame?  Do

3      you know the month or the year?

4      A    Let's see.  No, I don't.  I could look at my notes, but

5           I ....

6                    JUDGE GAFFIN:  Before the move from Kamish to the

7      hospital?

8      A    Oh, yes, sir.  Yes, sir.  Oh, that helps.  Because Ms.

9           Pruitt was on vacation after that.  It must have been

10          around early summer, April or May time period.  I hope

11          that's right.  I know she went on vacation after that

12          and then came back in September.

13     Q    After the move to the hospital, what equipment did Ms.

14          Pruitt have available for use?

15     A    She had available everything except CHCS, and a reader

16          that was broken.

17     Q    When you say everything, what are you including in

18          everything?  Did she have a computer?

19     A    Yes, ma'am.  When -- when we brought her over into that

20          office, we brought the -- the computer over with her,

21          but this was the computer screen for -- that she could

22          get all the medical things in.  We also have a -- like

23          an Internet in the hospital, and that's called CC mail,

24          kind of like Internet is, and you -- you do

25          corresponding in the computer on that.  That takes a

```
 1            to Dr. Candler and I said, you know, right now these are
 2            just charges.  Right now we've got her working here, and
 3            I said I don't see any reason why her keys should be
 4            taken away from her.  And he said, well, I guess I'll
 5            give them back to her then, but she better not steal
 6            anything here.  I said, well, she's here most the time
 7            we are.  I said we can't do anything after we leave for
 8            work anyway; we can't control who comes and who goes.
 9            And so -- and so I got the keys back for her.  I think
10            COL Candler just overreacted.  Because the commander had
11            gone over and seen the floor the very morning in
12            question and COL Carter was upset.
13                 JUDGE GAFFIN:  Who was the commander?
14    A      COL Carter.
15    Q      Now in terms of being able to get access to supplies,
16            there's been some allegations in the case file that she
17            never had a key to the supply room.  Can -- do you --
18            are you familiar with that?
19    A      I don't know when that would be.  She had -- you know,
20            she had her supplies over at the Kamish.  And then when
21            she come over at the hospital, all the supplies are in
22            an open store room.  The only time it's locked is when
23            SGT Lynge went to lunch, sometimes he would lock it, and
24            he locked it at the end of the day.  Now we've got -- we
25            got another -- we've got the
```

```
1           sliding -- sliding doors in the hall, and they're just -
2           - they're right there in the hall.  It's got an
3           accordion door on it, and that's where we keep our
4           pamphlets, Environmental Medicine keeps their testing
5           bottles in there.  There's construction paper in there.
6           The main reason it's kept locked is because of the
7           Environmental Health things, their big bags are kept in
8           there.  And nobody had a key to it except whoever was
9           going to -- whoever was NCOIC that day.  There -- we
10          only had one key to it, and anytime we wanted to get in
11          it, we had to have them open it for us.
12     Q    So that was not just Ms. Pruitt but ....
13     A    Oh, no.  No.  No.  And the -- and like I said, the
14          things that were in there were like pamphlets and, you
15          know -- and the Environmental Health stuff.  No.  And we
16          have a -- we had a board too, a clipboard up in the
17          supply room.  And if you needed something that wasn't in
18          there, you could put the request on it and the
19          specialists, when they had their card, they would go and
20          pick up the supplies.  And Brenda never complained to me
21          about supplies, or saying what she needed or anything.
22          That was a -- that was a total surprise.  I -- I --
23          that's all I know about that.
24     Q    Now as Ms. Pruitt's access to patient's records ever
25          restricted?
```

1    A    Yes, ma'am.

2    Q    And why was that?

3    A    Okay.  The reason they were restricted is because she

4         had a confidentiality complaint that went formal of a

5         patient where she had divulged the results of a sexually

6         transmitted disease of a man's wife to him.  She talked

7         to him about it.  They came in the hospital absolutely

8         irrate, and came to my office.  So then I had -- I went

9         and got COL Candler after I apologized to them.  They

10        said they didn't think that she should be working in a

11        hospital and handling patients and everything, and so I

12        had already said all I could, so I went and I said,

13        well, would you like to talk to Dr. Candler; he's the

14        chief.  And they both said simultaneously yes.  And so

15        they talked to him.  So she -- because of those reasons,

16        until that was cleared up, we took her access from the

17        CHCS, which is what she used on the labs.  She couldn't

18        go in -- it's a protected program that has patient's

19        labs in it.  Their admissions, most of the -- most of

20        the information you have, X-rays, all this.  It's kind

21        of like a patient's -- a partial patient record, chart,

22        only it's in the computer.  And we -- we did -- we did

23        restrict her from that.  We -- when I say "we", I'm

24        talking about all of the officials, me, and all the

25        officials above me.  It was as a corporate thing.  It

1    was -- we talked about, you know, what do we do now.

2    What do we do for liability.  It was strictly a

3    liability, protect us.  We could have ....

4  Q  Now when you say "liability", what exactly are you

5    talking about?

6  A  Well, anything that Brenda did.  Because she was an LPN

7    and I was an RN and she was under me, anything that she

8    did, I was held -- I'm held legally responsible.  I'm

9    held legally responsible by the State of Alaska because

10   that's who my license is through.  The hospital is also

11   -- they can -- the people can not only sue Brenda and

12   myself, they can sue the hospital also.  They -- in

13   fact, because we work for the Army, they can sue the

14   Army.  And so that -- that's what we're trying to -- to

15   protect.  Ms. Pruitt had already shown insubordination a

16   number of times, and when we talked about all this, we

17   was looking over everything together.  I could have just

18   sent her home, or put her in a different department, but

19   we didn't.  We chose to go ahead and let her work.  So

20   what we did is we adjusted to the situation so that she

21   could still work, draw a paycheck, and yet we wouldn't

22   be liable for anything.  Mr. Mu, the -- the union ....

23  Q  Do you recall ....

24  A  .... representative, attacked us for doing that because

25   Brenda was checking records for Ms. Wall.  Well, what

1        she doing for Ms. Wall -- and have copies of all the --

2        because she wrote down the job plan and everything.

3        What she did for Ms. Wall was she didn't -- there wasn't

4        any records that she had to get into.  On the front of

5        these -- on the front of these records is -- she had

6        like sticky notes on it that she'd put on there, and it

7        would give the name and I think Social Security number.

8        I'm not even sure that was on there.  But that was

9        something Ms. Wall did with her.  And it just -- that's

10       all it mattered it -- it's all it pertained to.  We

11       couldn't have her with patients any longer, just because

12       of the confidentiality.  And there's -- I would like you

13       to know, that there is a case going on now, and a nurse

14       has been sent to our department to work because of some

15       legalities that this person has been charged with.  This

16       person ....

17            MR. FLEISCHER:  Well, Your Honor, I'm going to

18   object to other cases being brought into the proceeding.  I

19   don't think that there's any relevance to that.

20            JUDGE GAFFIN:  Yeah.  I'd like to restrict this.

21   And if you could ask questions, and then try to respond just

22   to the question.

23   A     Okay.

24   Q     Now when -- I lost my train of thought.  When did this

25        breach of confidentiality occur?

1    A    This one or -- the first one?

2    Q    Well, the one when ....

3    A    The one with the couple?

4    Q    The one with the couple, yes.

5    A    When did it occur?

6    Q    Yeah.  The one involving Ms. Pruitt.  When did that

7         occur?  When was the complaint?

8    A    I don't remember the date.  I would have to ....

9    Q    Do you remember whether it was close to the time when

10        she moved over to the hospital?

11   A    Yes.  It was close to the time that she moved over to

12        the hospital.  It was -- it was not too long after that.

13

14        Because -- because it was a big hardship to me that I

15        couldn't have her use the computer.  I -- I don't know.

16        I can't answer that because I can't remember a date or

17        anything.  But it was soon after -- after she came over.

18   Q    Okay.  And it's -- yeah.  It's -- there's some dates in

19        the file that indicates in was in late October.  Does

20        that match your recollection?

21   A    It had to be then, close to then, because when she first

22        -- right before she came over, the reason she didn't get

23        moved over sooner was because she was on -- she took

24        vacation time.

25   Q    Okay.  And when did she take her vacation time?  Do you

1       remember?

2   A   I just remember that she had like 305 and a half hours

3       or something.  She was gone during the summer.  She --

4       she was gone before she -- I think that was right.  It

5       was ....

6   Q   If you don't remember the exact dates ....

7   A   I'd have to look.  I am so bad on dates, and it's been

8       so long ago.

9   Q   That's okay.  Do you recall an incident that happened in

10      January, involving a medical problem and Ms. Pruitt at

11      the office?

12  A   Yes, ma'am.  Ms. Pruitt was -- said that she was being

13      treated for high blood pressure.  And I had asked her --

14      her blood pressure was like 100 over 200, which is

15      disastrous.  I told her that before she come back to

16      work I needed her to get a doctor's release because

17      that's a really frightening blood pressure.  She ....

18  Q   Do you remember anything specifically at work?

19  A   She had -- didn't know what it was at the time.  They

20      diagnosed it as an anxiety attack.  But she had an

21      anxiety attack at work.  I was in -- in with a patient

22      at the time, and when I came out with the patient and

23      out the door, Brenda's office is just about halfway down

24      the hall from where mind is, and Ms. Wall was standing

25      there.  I can't remember who else was there.  And I just

1         just know that Brenda told me that she was having

2         trouble with the people at the hospital, and COL Ivey

3         put her over to the Kamish.  So it was before me, and I

4         -- I really don't know.  I never thought to ask.

5   Q   (Pause)  You said this morning that you'd overheard that

6         Sara Schultz had written some CC mail or e-mail, that

7         celebrated -- or that mention that they were celebrating

8         that someone left.  Was it Ms. Pruitt or was it someone

9         else?

10  A   It was Ms. Pruitt.

11  Q   Okay.  And so that celebrating that she had moved out,

12        or that she had been terminated from her job?

13  A   Oh, no.  That she had moved out.

14  Q   Okay.  And why would Schultz or anyone want to celebrate

15        that someone had moved out?

16  A   Everything I know is kind of negative.  She didn't get

17        along with too many people there in the clinic and ....

18  Q   Meaning Ms. Pruitt.

19  A   Un-huh (affirmative).  And there was -- there was a lot

20        of people that tried to get along with her, and they had

21        a terrible time.  They had -- and they had a terrible

22        time getting patients in.  Her door would remain locked.

23        There was a lot of socializing, the complaint was.  And

24        I wasn't over there, you know, so I don't know.  But I -

25        - I know that they felt like that she wreaked a lot of

1   know, I don't -- I don't know what to do about this.

2   And ....

3   Q   Do about what, specifically?

4   A   Well, like one day she -- right, as soon as she got

5       there, Ms. Pruitt was in my office like four times.  In

6       between then, she had gone down to talk to Mr. Dungee.

7       Her -- all this was because she didn't want to be moved

8       over there, and she wanted to force us to put her back

9       over to the Kamish.  And so she had made a complaint

10      with the union, she had made a complaint with Mr.

11      Dungee.  And Mr. Dungee had come over and told me that

12      she had been over there, but he assured her that she was

13      not doing anything out of her job description, it's just

14      that she was going to be doing some things in her job

15      description that she had not done before.  And, see, all

16      -- all this time, after -- that I've got her over here,

17      sir, we've got this case going on about a possible

18      theft.  So I documented -- I documented about

19      everything.  I'm not good with dates, and I'm not good

20      with times.  And I understand Ms. Pruitt, I -- I do.  I

21      mean, it was -- I know it was hard for her, because she

22      had a very nice place.  She was by herself.  She pretty

23      well had her own schedule.  And -- but it wasn't a one

24      person ....

25          MR. FLEISCHER:  Your Honor, I'm going to object

1    things that Ms. Pruitt was doing, and I was there when

2    she found out about it, and I was there, you know, when

3    she said something about it.  To my knowledge, every

4    time something was drawn -- was drawn attention to, to

5    COL Ivey, COL Ivey, for all that I knew, would say:

6    That's not right, she shouldn't be doing

7    that.  Or, she'd say:  Oh, that Brenda, you know.  And

8    then she would -- she would talk to her.  And so that's

9    all -- that's all the -- that's all the knowledge I have

10   when I was in her presence.

11  Q  When you say that it may have appeared like it, that

12     Ivey was covering for complainant, what was the

13     appearance?

14  A  They would call COL Ivey and ask -- the Kamish Clinic

15     would call COL Ivey and ask where Ms. Pruitt was.  And

16     Ms. Pruitt -- and she would say -- well, she said if

17     she's not in her office, then she must be out doing

18     business.  SGT Wiggins -- colonel -- or Brenda was late

19     coming to a meeting with COL Ivey, and COL Ivey asked

20     SGT Wiggins, she said, well, where's Brenda.  And she

21     said, well, she's been out with me on a home inspection

22     and we just got back.  She'll be -- she'll be here in a

23     few minutes.  And COL Ivey said, home inspection.  And

24     then she just laughed like she does.  She says, oh, no.

25     She laughs, she said, that Brenda.  Because that wasn't

1          what she was supposed to be doing.  I would get

2          telephone calls from the clinic and -- wanting to know,

3          you know, where Ms. Pruitt was.  But that didn't go on

4          very long for me, because she -- she was right over with

5          us.  And -- and not to ....

6      Q   And that was part of the reason why you wanted her over,

7          so that you could supervise her.

8      A   That wasn't really the basis of the reason.  That was a

9          kind of thing that kind of worked out for the good,

10         because I was glad because I didn't want to have to deal

11         with the people over the Kamish and her really.  But the

12         basic reason for her coming over -- it was how

13         everything just kind of converged at once.  And we lost

14         these people just, bam, one, two three.  And Ms. Wall

15         needed help; we needed help.  They were com- -- and the

16         Kamish people were complaining about Ms. Pruitt.  We had

17         just come into a new automated system, and everybody

18         won.  You know, everybody -- it was good for everybody.

19         But it wasn't just -- it was not -- she was not moved on

20         account of that purpose.  That was just something that

21         was a bonus in the deal.  Sir, may I say something just

22         for a minute on the thing that we just talked about?

23     Q   Sure.

24     A   My request at first, because of what was going on in our

25         department, I had already asked if I could be co-located