Q During what period of time did you hold that position, please?

A Oh, I arrived there August of '93, and I left there July the 20th, '96.

Q Okay. During the time that you were present here at Fort Wainwright, did you have under your supervision one Brenda Pruitt?

A Yes.

Q And could you please advise, Colonel, what it was that Brenda Pruitt's job was?

A Okay. She was hired February the 7th of 1994 to be the technical expert with the Health Risk Appraisal, and that's a tool that we use in health promotion, and she provided individual counseling to the program participants and -- and brought this information back and working -- working with the doctors.

Q I see. Were there other substantive areas that you directed Ms. Pruitt to be involved with in addition to that particular matter?

A Yes. Because of limited staffing, she went to a course on sexually transmitted diseases and received a certification, and she started helping me in this area. Also, in working with the troops we had a large volume of cold weather injuries, so she started working one to one with me with this.



EXHIBIT J

Santerre now will ask you questions.

A Okay.

**LTC HAZEL IVEY**

testified telephonically as follows on:

**CROSS EXAMINATION**

BY MS. SANTERRE:

Q Hello, COL Ivey. Just a couple of follow-up questions. You mentioned that she went to a course on sexually transmitted diseases. Where was that course and how long was it?

A Oh, it was at the AMED center in San Antonio. The process is: You complete a correspondence course first, and then you go for the two week at Fort Sam.

Q Okay. So she had a two week TDY to Fort Sam Houston.

A Yes.

Q And that was during the time that you were her supervisor.

A Right.

Q Okay. When you say that you didn't experience any recalcitrance from her, did you ever receive any complaints from any of the doctors or physicians assistants at the Kamish Clinic?

A No.

Q No complaints from anyone about difficulty finding her?

A No.

Q I'm not asking you whether you thought the complaints were valid. I'm just asking you whether you received any such complaints.

A I -- you know, I remember at the TMC there was a question - I forget the doctor's name - about availability, and I found out it was a communication problem. She had -- she -- I told her at that time to like put notes on her door when she was going to be gone a long time. I forget the doctor's name.

Q So there were some complaints but you felt they were resolved by putting notes on the door.

A I thought it was a communica- -- a lack of communication.

Q Okay.

A Because really she worked with Community Health Nursing, and she worked with the staff in the clinic, you know a team effort.

Q Were you ever involved in deciding who should attend a health risk assessment course in '96? Did you send Shelby Butler to that course?

A Oh, yes. Yes. I sure was involved.

Q Did you have any recommendations, or did Ms. Pruitt want to go to that course too?

A I think it was -- yes. Was it -- was it health risk assessment? It was another course. Was it a health

promotion course?
Q It could be. I'm not sure exactly which course it was.
A Right. And -- and, see, we only had one position, and Ms. Butler was new -- new to the system, and since Ms. Pruitt had already been to the HRA course, and I didn't have funding for two people, I made the decision.
Q Okay. So you made that decision to send Shelby Butler.
A Right.
Q I just wanted to get that on the record, ma'am. I'm not criticizing your decision at all.
A Right.

MS. SANTERRE: And I don't have any further questions. Thank you very much.

JUDGE GAFFIN: Any follow up?

MR. FLEISCHER: Nothing further.

**VOIR DIRE OF LTC HAZEL IVEY**

BY THE COURT:
Q COL Ivey, this is Judge Gaffin. I think there's some allegations in this case, or I guess people just making the reference that perhaps you as supervisor graded Ms. Pruitt too easily, and then when a new supervisor came in who was tougher, that that created a problem. And I wish you could comment on that and tell me about your -- the way you rated Ms. Pruitt.
A I know we -- we -- we set up objectives and I would look