313

```
 1    name for us.
 2    A      Okay.  William H. Candler, Lieutenant Colonel, U.S.
 3           Army, Medical Core.
 4                  JUDGE GAFFIN:  And spell your last name.
 5    A      C-a-n-d-l-e-r.
 6                  JUDGE GAFFIN:  And what is your present position
 7    with the Army?
 8    A      Right now I'm the command surgeon for Industrial
 9           Operations Command, located at Rock Island, Illinois.
10                  JUDGE GAFFIN:  And what was your position back
11    when Ms. Pruitt was here end of '96?
12    A      At the time I was a department chief, the chief of
13           Preventive Medicine.
14                  JUDGE GAFFIN:  I do appreciate the travel that you
15    have done to come here.  This is important, and it is Agency
16    business, so it's important to all of us.  So, I appreciate
17    it.
18    A      Yes, sir.
19                  JUDGE GAFFIN:  Ms. Santerre, please go ahead.
20    BY MS. SANTERRE:
21    Q      And, Dr. Candler, how long have you been in the Army?
22    A      Nineteen years active duty, with a four year break in
23           service to go to medical school.
24    Q      And how long have you been a doctor for the Army?
25    A      I'm been a doctor since 1987.
```

EXHIBIT K

314

1    Q    Okay.  And when did you come to Fort Wainwright?

2    A    I came to Fort Wainwright in November of 1992.

3    Q    Okay.  And what was your position at Fort Wainwright?

4    A    I was always the chief of Preventive Medicine.

5    Q    Okay.  And how long?  When did you leave as chief?

6    A    I left here the summer of '97, approximately July, I

7         believe.

8    Q    Okay.  Now as chief of the department, did you know

9         Ms. Brenda Pruitt?

10   A    Yes, I knew Ms. Pruitt.  I was never her direct

11        supervisor, but during the course of my tour here, I was

12        either her senior rater, that is, a second-line

13        supervisor.  And, lastly, I was her third-line

14        supervisor.

15   Q    Okay.  Were you involved in any decisions regarding her

16        location when she was over in the Kamish Clinic?

17   A    I was involved to the point that it was reviewed in

18        front of me, or the proposal was mentioned to me.  It

19        was not my decision to move her, however, I agreed with

20        it.

21   Q    Are you talking about the move to the hospital?

22   A    Yes.

23   Q    Okay.  I want -- I'm going back a litter further in

24        time.

25   A    Oh, I'm -- I'm sorry.

1    Q    I'm sorry, I'm not being clear to you.  Was she the only

2         member of your department that was located somewhere

3         else than with all the other employees at Preventive

4         Medicine?

5    A    I have to think about that a second.  For just -- if not

6         all the time, just about all the time, I believe she was

7         the only one that was not physically located with -- at

8         Fort Wainwright.  Now in Preventive Medicine, we had two

9         other sections, at Fort Greely and Fort Richardson.  Of

10        those people assigned at Wainwright, to the best of my

11        knowledge, she was the only one that was not co-located

12        in the same building.  Or Industrial Hygiene section was

13        in the same building, but was downstairs.  So they were

14        separate and not part of the same complex.

15   Q    Okay.  And how much control, if any, did you as the

16        chief of Preventive Medicine have over office

17        assignments in Kamish Clinic?

18   A    Very little.  Occasionally -- Kamish Clinic just came

19        into its own.  We had recently -- about the time I was

20        assigned, we had gone from having general medical

21        officers, running a primary care clinic, to the family

22        practice concept.  They moved everybody in Kamish, and

23        over the time I was there, there was constant jockeying

24        around, moving things, people had different ideas on how

25        to set the clinic up ....

1   Q   When you say moving things ....

2   A   Moving -- moving offices.  I'm sorry, I should be more

3       clear.  Moving people into different clinics for more

4       efficiency.  There was concern about giving doctors

5       offices.  I was never directly involved because that was

6       not my department.  I

7       was -- except upon the absence of people, I was never

8       department chief there.  I did it occasionally.  That

9       is,

10      I -- I acted as supervisor, I think, one year.  But I

11      was never directly involved.

12  Q   And when was that?

13  A   That would probably be about 1994.

14  Q   Okay.

15  A   I was never involved in making decisions on moving

16      personnel within the clinic.  On a couple of occasions -

17      - and probably Ms. Pruitt didn't know this, I was

18      instrumental in stopping yet another move from going

19      into the clinic.  They'd call me and say we're proposing

20      to -- to move Wellness Clinic from this little room to

21      that little room.  Or, we don't we want it there; we

22      don't have room.  And I stopped that on at least one

23      occasion, but I do not remember the date or the time.

24  Q   Okay.  And so your -- your interest in the office space

25      was what?

318

1       desk?

2    A  Not at the time.  The first time I ever had any notice

3       of that was when the EEO counselor, Ms. Barbara Hopkins

4       formally presented the EEO complaint to me in my office.

5       I had not heard of that before.

6    Q  What was your reaction?

7    A  Well, I was quite surprised when I had heard of that.  I

8

9       had -- I had heard no mention of it whatsoever.  You're

10      speaking of the racial slur.

11   Q  Of the racial slur.

12   A  I was quite surprised.  I was -- I was surprised, number

13      one, that if indeed it had occurred, that I had not

14      heard about it through some channel through her

15      supervisor.  And I was also surprised that if anybody in

16      our department did it, I -- I just couldn't conceive.  I

17      knew everybody well; I had already been there over three

18      years.  I -- I couldn't even conceive that anybody would

19      do that.  As I -- originally presented to me, it was a

20      small note that actually was racial slur pointed at

21      Ms. Pruitt.  At least that's the way I understood it.

22   Q  Did you take any action based on that information?

23   A  Immediately, within the same day that Ms. Hopkins left

24      my office, I asked several people that I had known that

25      had worked with Ms. Pruitt if they had any knowledge of

319

1          a note or ever saw a note.  I asked her supervisor; I

2          asked Ms. Butler.  I asked SGT Lynge, who was our

3          noncommissioned officer in charge at the time.  I asked

4          SGT Kevin Williams, who at the time had been working

5          with her, I think, involved with moving, and was also

6          working in Wellness at the time.  And, I also asked SGT

7          Evans.  None of them said they had ever heard of

8          Ms. Pruitt talking about a note, and they certainly had

9          not seen the note.

10    Q    Did you talk to any of the personnel in Kamish Clinic at

11         that time?

12    A    Concerning the note?

13    Q    Concerning the note.

14    A    No, I didn't.  Ms. Butler was the supervisor at that

15         time, and since the complaint had already been made

16         formal, I -- I limited my questions to the people in my

17         department.

18    Q    Did you ever anything about a -- about anyone playing

19         Baa, Baa, Black Sheep into her phone?

20    A    No.  I have no knowledge of that.  The first time I knew

21         about that was when you mentioned the incident to me the

22         other day.

23    Q    Okay.  So prior to the investigation, you had not heard

24         of that.

25    A    No, ma'am, not at all.

320

1    Q    Okay.  Now let's move up to her relocation to -- from

2         Kamish Clinic to the hospital.  Were you aware of that

3         particular move?

4    A    Yes.  COL Gallimore came to me -- after having been here

5         for a while, COL Gallimore looked at the people, looked

6         at the sections that she would be in charge supervising,

7         and told me that she wanted to move her over into the

8         clinic.  She reviewed the reasons with me, and I thought

9         they were perfectly valid.

10   Q    And what were those reasons?

11   A    There were quite a few reasons.  First and foremost, was

12        work performance.  According to COL Gallimore and Ms.

13        Butler, there was very little indication that she had

14        any records at all of patients having been see, records

15        of consults or referrals.  There -- there wasn't much of

16        a paper trail on the -- on the health questionnaires.

17        There were several different people that had mentioned,

18        even before COL Gallimore had gotten here, that Ms.

19        Pruitt was nowhere to be found.  That at times where she

20        should have normally been in the clinic, nobody could

21        find her.  And, there also discrepancies about her time

22        card.  That is, that she had taken leave and had not

23        turned in the customary form at that time, the FS-71,

24        that indeed she was going to take time and it needed to

25        be deducted off her leave and earning statement.

1    Q    Was there any consideration at that time of any other

2         action?

3    A    There was no serious concern.  At the time she had

4         changed supervisors.  She had COL Ivey before, and

5         obviously COL Gallimore had a difference of opinion in

6         how the work should be done over there, and whether Ms.

7         Pruitt was doing a good job.  Because of the change in

8         supervisors, we felt probably we ought to give her a

9         clean slate, but that either for two reasons, either

10        that she needed more training in the area of Wellness,

11        or she didn't want to -- or was not performing well

12        because of her lack of initiative.  Either reason was

13        more than enough to move her over and provide more

14        supervision in the hospital.  Also - and there was a

15        need to do that - we wanted to expand the wellness to

16        the hospital patients, and we would have SGT Williams do

17        the part over in the Kamish Clinic.

18   Q    And so SGT Williams did go over to the Kamish Clinic.

19        Do you know how much he went over to the Kamish Clinic?

20   A    I -- I don't know exactly.  I didn't get involved with

21        the details.  At the time, you have to remember; I was

22        third-level supervisor, and I know he was over there.

23        SGT Williams was very busy; had many different duties.

24        And I can't remember what percentage of the time that he

25        was in the Kamish.  It was not full time, but it was a

327

```
 1          charge in the administrative process?

 2      A   Later on I -- as department chief, you're responsible

 3          for the behavior of your employees; you're responsible

 4          for your budget; you're responsible for accountability

 5          of property.  So at the time that discipline was being

 6          considered, this was also something I had to look at.

 7          Now, initially, the damage was done to another clinic.

 8          But since it was not going to be handled through legal

 9          channels, federal legal channels, administrative

10          discipline needed to be considered.  And I have to say,

11          there was considerable reason for looking at it very

12          seriously.  Now, I have to say, I never looked at the

13          damage.  I was not involved with that; there were plenty

14          of people in my department that actually went over and

15          looked at the clinic.  But the report I saw estimated

16          more than $2,000 worth of damage.  It was -- it was not

17          a minor issue on there, and it was clear that she did

18          have permission to take up the government's carpet.

19          Initially there were claims, well, it was her carpet;

20          that she did it at her own expense.  That was proven not

21          to be so.

22      Q   Okay.  When you say proven not to be so ....

23      A   We actually had the hand receipt, and I actually talked

24          to the people that installed it.  It was done on a self

25          help project, but it was solely government people that
```

328

1    put it in, and it was done at -- it was the government's

2    carpet, purchased by the government.

3  Q  Now did you ever have occasion to make any decisions

4    regarding those charges?

5  A  Yes.  I decided, looking at things, that I couldn't tell

6    whether she did it maliciously, or what her intent was,

7    and we decided not to charge her with destruction of

8    property.  That was a decision, I thought was lenient --

9    fair, if not even lenient at the time.  She could have -

10    and I don't know whether to this day whether she should

11    have by the

12    command - been charged at least for a report of survey

13    for causing the damage.  That is, assessed the monetary

14    damage of that.  I --  I don't know to this day whether

15    that took place.  That's -- that's what I recommended to

16    the logistics division, that they pursue that.  Because

17    she was responsible for the causing the inconvenience

18    and the monetary damage to the command.

19  Q  But you ultimately did not take any disciplinary action

20    . . . .

21  A  I did not.  I did not.

22  Q  . . . . on that basis.

23  A  On -- not on that basis.  No, ma'am, I did not.

24  Q  Was there a -- when she came over to the hospital, was

25    there a time when she did not have a key to her own

329

1        office?

2   A    Yes.

3   Q    And can you explain the circumstances?

4   A    When she moved over, was right after the carpet

5        incident. She was charged with theft, and later which,

6        of course, was destruction of property.  There were

7        several concerns about her state of mind being angry.

8        There were several other concerns about her job

9        performance.  And I felt if she could get ready access

10       into her office, she didn't need a key.  At the time, I

11       was concerned that the key could open up several other

12       doors in the building.  Later on, there was more than

13       one occasion when she could not get into her office,

14       either people being on leave, TDY, that had a key,

15       soldiers being doing physical fitness in the morning,

16       PT.  When I found out it was inconvenient and she needed

17       to get in there, I then asked our NCOIC to give her a

18       key.

19   Q    Do you have any idea approximately the time frame on

20       that?  How long she was without a key?

21   A    I think it was a matter of a couple of weeks.  I don't

22       think it was very long.  But I do not remember exactly,

23       I didn't make any notes on that.

24   Q    I think -- did you have any supervisor relationship with

25       a SFC Sara Schultz?

341

1          replacing the carpet?

2    A     I'm not sure whether that was re-tiling or replacing the

3          carpet.  I don't -- I don't remember that much detail.

4               MS. SANTERRE:  No further redirect.

5               MR. FLEISCHER:  Nothing further.

6               JUDGE GAFFIN:  Okay.  One moment, please.

7                 **VOIR DIRE OF LTC WILLIAM CANDLER**

8    BY THE COURT:

9    Q     There was one question that might look kind of funny

10         when reading the transcript, and I just want to clarify

11         it.  The question was:  Have you heard of adverse

12         treatment of Ms. Pruitt.  And the answer somehow came

13         out that, no adverse treatment that was unfair.  So I

14         just want to clarify, was there any adverse treatment at

15         all, fair or unfair?

16   A     Oh, did I say that?  I'm not aware of any unfair

17         treatment.  I'm not -- up until the time -- if you

18         consider the move adverse, which I did not at the time.

19         But up until that time, I was not aware of anything that

20         happened to Ms. Pruitt that was adverse.  Now I believe

21         she did have to move once or twice within the clinic,

22         I'm not considering that adverse.  That was just needed

23         the space; repositioning for the efficiency of the

24         clinic.  But I'm not aware of any disciplinary issues,

25         or her having any particular difficulty with

1    individuals.  That was my interpretation of adverse.

2    And I certainly was not aware of anything that could be

3    construed as a -- having a derogatory comments or

4    racially motivated behaviors directed towards her during

5    any of that time, sir.

6  Q    I'm a little confused on the relationship between Kamish

7    and the hospital.  Were you also the head of Kamish?

8  A    No, sir.  Organization -- the organizational structure,

9    it is somewhat complicated.  The organizational

10    structure changed somewhat over the four and a half

11    years I was there.  First of all, you have Bassett Army

12    Hospital, the MEDAC, which is in charge of everything.

13    Kamish Clinic, which was about a mile away, was the

14    family practice clinic.  It was solely

15    out-patient.  Again, it was under the command of the

16    hospital, but the person that headed that was the chief

17    of Primary Care.  At one time, for approximately two

18    years, my department, Preventive Medicine was put under

19    Primary Care, and then that was changed.  I really

20    didn't like that arrangement because I considered

21    ourself to be similar to a county health department, and

22    it was changed back.  During that time, on some days in

23    the absence of chief of Primary Care, since I was in the

24    department, I was acting chief.  All of that was before

25    any of these incidents that have come up with Ms.