| | | |
|---|---|---|
| 1 | | role in the Kamish Clinic. |
| 2 | Q | Okay. Were you aware of offices moves in Kamish Clinic? |
| 3 | A | Yes. As far as this particular process action team, I'm |
| 4 | | aware that there were many offices that were moved |
| 5 | | around. An example, I would cite was taking doctors' |
| 6 | | offices and combining them, and one example would be, we |
| 7 | | had three doctors actually occupying one office after |
| 8 | | the fact. |
| 9 | Q | Okay. Did the name of Brenda Pruitt ever come to your |
| 10 | | attention? |
| 11 | A | During this process action team? |
| 12 | Q | No. I mean, during the time that you were the chief of |
| 13 | | clinical support division. |
| 14 | A | The -- the only time I'd ever heard her name brought up |
| 15 | | was during -- just in some of our meetings, I would have |
| 16 | | comments made to me by the chief of the clinic, after |
| 17 | | meetings, asking how he could deal with one of the |
| 18 | | problems he has with patients coming to him, cannot find |
| 19 | | this certain person in the clinic supposedly during the |
| 20 | | duty day. |
| 21 | Q | And who was the certain person? |
| 22 | A | Dr. Phillips was the chief of the clinic at the time. |
| 23 | Q | Okay. But who was the person the patients were looking |
| 24 | | for? |
| 25 | A | Well, they were basically, I guess, trying to seek the |

| | | |
|---|---|---|
| 1 | A | Basically, I received a phone call from Dr. Phillips |
| 2 | | that particular morning stating that he had extensive |
| 3 | | damages to one of the office areas in the clinic, and he |
| 4 | | thought I should come over and take a look at it.  He |
| 5 | | made me aware of whose office it was, and basically said |
| 6 | | you won't believe this.  And so I went over there, I |
| 7 | | grabbed the NC- .... |
| 8 | Q | And whose office .... |
| 9 | A | I'm sorry? |
| 10 | Q | And whose office was it? |
| 11 | A | It was Ms. Pruitt's office.  My understanding, it was |
| 12 | | her office that she was moving out of. |
| 13 | Q | And did you go over and see the damage? |
| 14 | A | I did. |
| 15 | Q | And what did you observe? |
| 16 | A | I observed -- basically, it looked like somebody had |
| 17 | | taken carpeting, which apparently had been glued to the |
| 18 | | floor or stuck to the floor, and had ripped the |
| 19 | | carpeting up.  Because you could still see remnants of |
| 20 | | the padding, and had actually ripped the tiling up from |
| 21 | | the floor.  And this was basically all over the office |
| 22 | | area in spots, mainly toward the entrance and then in |
| 23 | | some other areas.  This office space was probably about |
| 24 | | an 17 by 12 office.  It was a rather large sized office |
| 25 | | area.  And there was some damage to the walls, not much, |

| | | |
|---|---|---|
| 1 | | and it appeared that there had been keys broken off in |
| 2 | | the desk and file drawer. |
| 3 | Q | When you say there was a lot in spots, there's been a |
| 4 | | lot of different testimony as to just how much damage |
| 5 | | there was to the tile, from a few chips, to three or |
| 6 | | four, to a dozen, to dozens. |
| 7 | A | Yeah. I would -- you know, it's hard to recollect |
| 8 | | numbers of tiles, but I -- I would probably sum it up by |
| 9 | | saying the office could not be occupied until there was |
| 10 | | extensive repair of the flooring. And I would say |
| 11 | | probably anywhere from 40 to 60 percent of the flooring |
| 12 | | probably had to be replaced, not just repaired but |
| 13 | | replaced. |
| 14 | Q | Okay. Did you have any conversations with individuals |
| 15 | | in the clinic concerning the damage? |
| 16 | A | I did. I approached the NCOIC, who let me in the room, |
| 17 | | and asked her if she had any knowledge of what happened |
| 18 | | here, and she said she had observed Ms. Pruitt with a |
| 19 | | friend actually in the office clearing out, and -- and |
| 20 | | she thought that they were pulling up the carpet at the |
| 21 | | time she observed, but she took no action. |
| 22 | Q | Did you say anything to her after she gave you that |
| 23 | | report? |
| 24 | A | At that time, I was a little upset because this had |
| 25 | | occurred with her at one time when she moved from an |

```
 1            and forwarded both copies to them.
 2      Q     Is this the only time you've ever had occasion to call
 3            the MP's while you were director of clinical services --
 4            or clinical support division?
 5      A     No.  This was the third incident at which I had notified
 6            the MP's.
 7      Q     Okay.  The other two employees, what race were they?
 8      A     They were white.
 9      Q     Was ....
10            JUDGE GAFFIN:  Is this regarding the other
11   incidents?  Or which other employees?
12      Q     The other employees when you called -- that you reported
13            to the Military Police.
14      A     One was a white male, active duty.  He -- basically,
15            there was an alleged -- a patient alleged that he
16            fondled the patient ....
17            MR. FLEISCHER:  Your Honor, I'm going to object to
18   any particulars about these investigations.
19            MS. SANTERRE:  Okay.  Yeah.  Yeah.
20      Q     (By Ms. Santerre)  We don't need the details on that.
21      A     Understand.  Understand.  Basically, a white, active
22            duty male, and a white, civilian employee, GS employee,
23            female.
24      Q     Did you ever have any other employees do damage similar
25            to that done by Ms. Pruitt?
```

| | | |
|---|---|---|
| 1 | A | Damage to the floor tiling or .... |
| 2 | Q | Any offense that you consider similar. |
| 3 | A | Nothing like that, not in my military career. I mean, |
| 4 | | just an editorial comment, I was -- I was awestruck by |
| 5 | | what I saw. |
| 6 | Q | Did Ms. Pruitt ever come to see you, or come to see |
| 7 | | someone and saw you concerning the carpet? |
| 8 | A | She did. Following this event where the MP's were |
| 9 | | notified, I can't recall if it was that day or shortly |
| 10 | | thereafter, she came up to the headquarters to see the |
| 11 | | commander. And she was -- the secretary basically sent |
| 12 | | her to my office. And, actually, this is the first time |
| 13 | | I believe I had ever met her, at that time. She told me |
| 14 | | who she was, and explained what she wanted to see him |
| 15 | | for. I explained to her that she needed to follow the |
| 16 | | chain of command; use the open-door policy. And she |
| 17 | | went on to explain what had happened, and at that time I |
| 18 | | informed her that I was the one that notified the MP's. |
| 19 | Q | Do you recall what she said when she explained what |
| 20 | | happened? |
| 21 | A | Basically, she said that she's been -- I believe she |
| 22 | | said something to the fact that she's singled out and |
| 23 | | was being harassed at the clinic, and they're moving her |
| 24 | | to the hospital, and -- and she did not want to come |
| 25 | | there, and she wanted to talk to the commander about the |