1          MS. PRUITT:  She was the one that I understand
2    called the MP's.  I wasn't there, so I'm not quite sure who
3    called the MP's, but I was told that she called the MP's; her
4    and some of the staff over there.  Which she was aware that I
5    had took that carpet up, and there wasn't any questions on
6    what they fabricated that I was destroying government property
7    and theft.

8          THE INVESTIGATOR:  Now, who did you hear that
9    from, that she was the person that called?

10          MS. PRUITT:  MP station.

11          THE INVESTIGATOR:  And was it COL Tenhet, or
12    MAJ Tenhet?

13          MS. PRUITT:  I always called him MAJ Tenhet.  I'm
14    not quite sure.  I -- I -- I really didn't know the man.  He's
15    just part of Command.

16          THE INVESTIGATOR:  What was the reason involvement
17    which you were naming him in this complaint?

18          MS. PRUITT:  Because when I went to COL -- which
19    was COL Lewis, because I was trying to go up my chain of
20    command to talk to him to find out what was wrong, and -- and
21    let them know that it was a problem, he verbally told me that
22    he said Major -- I -- see, I call him MAJ Tenhet, over to
23    inspect the situation after someone from the clinic had called
24    and said that somebody had ransacked the room and destroyed
25    government property.

EXHIBIT M

1          THE INVESTIGATOR:  And so you feel that -- I'm not

2     following you as to why -- what was his involvement, then?  He

3     made that accusation?

4          MS. PRUITT:  Um-hum (affirmative).

5          THE INVESTIGATOR:  Okay.  All right.  We're going

6     to go through each issue, starting with the first issue, and

7     in your complaint that you identified, that on

8     19 September 1996, coworkers placed racial slurs on your desk.

9          MS. PRUITT:  Right.

10          THE INVESTIGATOR:  Okay.  What type of document

11     was placed on your desk having racial slurs?

12          MS. PRUITT:  It was like a page or something.  It

13     looked like it might have came out of a book.  And it said

14     that what is the definition -- and they had scratched out the

15     word, and they had wrote n-i-g-g-e-r up on the top of it.

16          THE INVESTIGATOR:  Do you know who did that?

17          MS. PRUITT:  I have no idea.

18          THE INVESTIGATOR:  And do you have a copy of that

19     document?

20          MS. PRUITT:  Yes, I do.

21          THE INVESTIGATOR:  Are you willing to submit a

22     copy of that document for the record?

23          MS. PRUITT:  Yes.

24          THE INVESTIGATOR:  What did you do with that?

25          MS. PRUITT:  I told the NCOIC of the clinic, and

1    there was another nurse -- another employee working in the

2    same -- I told him, I say, well, -- and then I called my

3    supervisor and I told her.  And typical, I just sort of just

4    went about my business like it didn't happen, because I

5    assumed whoever put the letter on my desk thought that it

6    would be a big uproar, you know.  But I played like I ignored

7    it, mostly.  I told my supervisor, NCOIC of the clinic, and

8    Mrs. Tate.

9                    THE INVESTIGATOR:  So was that the single

10   document?  Were there any other documents?

11                   MS. PRUITT:  There wasn't any other documents, but

12   somebody would call me on the phone and they would play - I

13   guess it was a tape - of "Baa, Baa, Black Sheep."  Like

14   nursery rhymes or something?  Have you heard -- ever heard

15   that?

16                   THE INVESTIGATOR:  Um-hum (affirmative).

17                   MS. PRUITT:  You know, and they would play that.

18                   THE INVESTIGATOR:  And do you know who that was?

19                   MS. PRUITT:  I have no idea.  Like I said, the

20   situation just had got out of hand because I had been over --

21   ever since I been over to the clinic, it's been like every

22   room that I was in, I'd be there a month or two months, and

23   they'd come up with the excuse, like space utilization, they

24   would move me.  I was there for -- from '94 to '96, and I had

25   been moved four times, and none of the other employees had.

1   And I'm the only black nurse, you know, that's up in
2   preventive medicine.  Or matter -- matter of fact, I'm not
3   mistaken, I'm the only black nurse that's worked for -- for
4   this Command.  I mean that's a civilian.

5              THE INVESTIGATOR:  Um-hum.  Okay.  That's one of
6   the issues that is further down, so I'll ask you some specific
7   questions about that one in just a moment.  So with regard to
8   the racial slurs placed on your desk and the phone call, there
9   was a phone message or recording?

10             MS. PRUITT:  Right.

11             THE INVESTIGATOR:  And that happened on the same
12  day, or is that ongoing?

13             MS. PRUITT:  It happened several times.  And I
14  don't have the dates, but it was -- it was off and on all
15  of '96.

16             THE INVESTIGATOR:  Okay.  Cause the racial slur
17  happened on September of '96, so it was in that time frame
18  right there?

19             MS. PRUITT:  Um-hum (affirmative).

20             THE INVESTIGATOR:  Now, did anything happen in
21  September of 1996 as to what would cause -- I mean, were you
22  like new to that organization, or why did it happen in
23  September of '96?  Do you have any idea?

24             MS. PRUITT:  I really don't.  I -- I have no idea
25  why they were doing it at all.  The only reason that I could

 1           THE INVESTIGATOR:  And SPC Tate?

 2           MS. PRUITT:  Black.  Let me -- let me tell you,

 3   that everybody typical that was working over in Kamisch Clinic

 4   at the time was black.  And I don't -- it wasn't planned like

 5   that, it just happened like that.  And as of -- as of

 6   September, it started like -- it was a statement made, and --

 7   and this is hearsay cause I -- they was not made to me, that

 8   they was going to clean out the black palace.  And that's when

 9   they start moving certain people like me, SGT James,

10   SGT Wells, and all this kind of stuff.  And this was actually

11   put on a computer as a message on the computer.

12           THE INVESTIGATOR:  When was that?

13           MS. PRUITT:  I don't know exactly the date, but it

14   was actually wrote on the computer that they were going to

15   clean out the black palace.

16           THE INVESTIGATOR:  And do you have a copy of that?

17           MS. PRUITT:  From what I understand, that

18   everybody that had a copy was told they had to turn it in.

19   I'm not quite sure.  Like I said, that's hearsay.

20           THE INVESTIGATOR:  Yeah.  Okay.

21           MS. PRUITT:  I did not see it.  But it is a matter

22   of fact, a record of the hospital, SGT Schultz was the one

23   that I understood was the one that actually wrote it.

24           THE INVESTIGATOR:  Is SGT Schultz a male or

25   female?

1          MS. PRUITT:  She's a female.

2          THE INVESTIGATOR:  And what is her race?

3          MS. PRUITT:  Caucasian.

4          THE INVESTIGATOR:  And is she ....

5          MS. PRUITT:  And -- and let me -- let me set the

6    scene for you.  Everybody that mostly had access to computers,

7    all white.  It just happened that one of -- the way it got out

8    was another black female and a white girl was friends or

9    something, and she let her see this.

10          THE INVESTIGATOR:  But nobody has a copy of that?

11          MS. PRUITT:  I'm sure somebody have a copy of it.

12          THE INVESTIGATOR:  But when -- what kind of time

13   frame are you talking about?

14          MS. PRUITT:  It was ....

15          THE INVESTIGATOR:  September '96 time frame, or

16   before that?

17          MS. PRUITT:  October.

18          THE INVESTIGATOR:  October '96?

19          MS. PRUITT:  Um-hum (affirmative).

20          THE INVESTIGATOR:  Who was in charge of that area

21   at that time?  Was it Butler?

22          MS. PRUITT:  No, ma'am.  Let me -- let me explain

23   something.  Kamisch Clinic is a clinic.  Mrs. Butler is my

24   supervisor.  That's because I fall up under preventive

25   medicine.  This is MEDDAC Command that this -- this was a

1          MS. PRUITT:  You know, the hospital is right --

2    have you been ....

3          THE INVESTIGATOR:  Right.

4          MS. PRUITT:  .... anywhere on post?

5          THE INVESTIGATOR:  Well, I've seen it across the

6    street over here.

7          MS. PRUITT:  Okay.  And then the commissary.  So

8    I'd say about a mile at the most.

9          THE INVESTIGATOR:  Oh, okay.  It's over by the

10   commissary, huh?

11         MS. PRUITT:  Um-hum (affirmative).

12         THE INVESTIGATOR:  Oh, all right.

13         MS. PRUITT:  Burger King, it's right next door to

14   the Burger King.

15         THE INVESTIGATOR:  All right.  What kind of

16   reaction did you expect from Ms. Butler, or did you want to

17   get?

18         MS. PRUITT:  I didn't expect any.  I just was just

19   telling her about it.

20         THE INVESTIGATOR:  Okay.  So just to inform her

21   was your purpose of telling her?

22         MS. PRUITT:  Right.

23         THE INVESTIGATOR:  Now, why -- you said that you

24   felt that you were discriminated against based on your race,

25   color, sex and age, when Ms. Butler failed to take action or

1   racial slurs, is there anything else that you'd like to add to
2   that, with regard to your race, color, sex and age?
3              MS. PRUITT:   (Inaudible response)
4              THE INVESTIGATOR:   On your third issue, you've
5   alleged that Ms. Butler, in collusion with other management
6   officials, fabricated a lie that the complainant, you, stole
7   carpet from her office and fraudulently reported the
8   information to the Military Police with the intent to have you
9   fired or constructively discharged.   Now, you've based that on
10  your race, color, sex and age, so I'll ask you for that, too.
11  But first, who were the persons that Ms. Butler was in
12  collusion with regarding the accusations of stealing the
13  carpet?
14             MS. PRUITT:   Now, let me clarify that.   I put
15  Mrs. Butler in there because she is my supervisor, immediate
16  supervisor.   But it was MEDDAC Command, MAJ Wilson,
17  COL Gallimore, Candler, and all them, the ones that went over
18  to the office that I was in, and because I had removed the
19  carpet up, with intent to bring it to my new office -- let me
20  explain.   The carpet that was laid on the floor, I personally
21  had laid it, because it was a storage room that they had moved
22  me in.   And I got the carpet from one of the -- it was
23  leftover carpet that was going to be thrown away by the
24  hospital, and I had told the contractors if they had any
25  carpet left to please give it to me, because they had put me

1      in a storage room.  The rooms were -- the floor was rotten,

2      and it was stains and stuff on the floor that could not be

3      cleaned up, and it was squares missing.

4           And so one day when I come to work, the carpet was

5      sitting there in the middle of the floor with a sign on it,

6      here's your carpet, Miss Pruitt.  I asked preventive medicine

7      to get a contractor to put it down and they refused it.  They

8      even went through chains of command trying to say that it was

9      against regulations for me to put it down; it was a safety

10     hazard.  Yet everybody else in the building had carpet in

11     their office.  So anyway, I overran -- ran -- I called the

12     safety people on post and found out it was not a hazard.  And

13     the NCOIC of the clinic told me that I could put it down,

14     which was a black guy at the time, SGT  Fulton.  And he told

15     me, "Miss Pruitt, go on and do whatever you. . ."  Because he

16     was very upset because they had moved me back in the storage

17     room, also.  And he said, "Whatever you can do to make that

18     more comfortable for you to work in, then do it."

19          So me and SGT Wiggins -- because none of the other

20     employees felt like I needed the carpet in the office, so they

21     wouldn't pay the money for the contractor to put it down.  So

22     SGT Wiggins, which was an E-7, she was aware of, you know, the

23     differences they were making between me and the way they were

24     doing me.  So she said, "Miss Pruitt, I'll help you move

25     that."  So she ordered her soldiers to come and help move the

1    furniture out, and me and her got down and put it on the

2    floor, and then the soldiers put it back in.  So

3    periodically(ph), I feel like I had put the carpet down, it

4    was  my carpet.  Nobody gave me permission to put it down, so

5    when they got ready to move me to another little hole in the

6    wall, I was just going to take some of the carpet up, because

7    SGT Fulton had told me whenever I left the room to make sure I

8    just left it like it brought it in, you know, in case they

9    wanted to use it for what they was using it for before.

10          So I was -- with the intent to take it to the hospital,

11    which it never left the Kamisch Clinic; never left out the

12    door, so it's no kind of way -- I can't understand why they

13    called the MP's and said they didn't know who did it, and --

14    and that it was destroying government property and theft;

15    third degree theft.  And everybody in the Kamisch Clinic ....

16                THE INVESTIGATOR:  Well, who made that charge?

17                MS. PRUITT:  MEDDAC Command.

18                THE INVESTIGATOR:  I don't know who that is.

19                MS. PRUITT:  Oh, I'm sorry.  I was told that

20    MAJ Wilson made the initial phone call, and MAJ Tenhet and

21    MAJ Wilson was the one who had signed the complaint to the

22    MP's, which they were acting from COL Lewis, which is the

23    acting DCCS.

24                THE INVESTIGATOR:  Okay.  I want to get

25    clarification.  There's MAJ Wilson?

1          THE INVESTIGATOR:  And it was MAJ Wilson who

2     actually called the Military Police?

3          MS. PRUITT:  Right.

4          THE INVESTIGATOR:  And you feel that it was his

5     intent ....

6          MS. PRUITT:  Her.

7          THE INVESTIGATOR:  Oh, that's a her?

8          MS. PRUITT:  Um-hum (affirmative).

9          THE INVESTIGATOR:  Okay.  You feel it was her --

10    and she -- is she Caucasian?

11         MS. PRUITT:  Yes.

12         THE INVESTIGATOR:  Are all those individuals

13    Caucasian?

14         MS. PRUITT:  Yes.

15         THE INVESTIGATOR:  And you feel -- why do you feel

16    that this was based on race?

17         MS. PRUITT:  Because if it would have been Shelby

18    or one of the other ones, I think they would have went to them

19    and asked them and talked to them.  No one never came to me

20    and asked me, did I do it, why I done it, or why my intentions

21    was.  They just assumed that, because I'm black, I was

22    stealing it.  And what was I going to do with it?  I mean,

23    they still, of this day, have never came to me and asked me

24    what was my purpose of doing it.

25         THE INVESTIGATOR:  No one ever asked you?

1    then, in my opinion, is they brought me over there so they

2    could -- they would ride me every day and harass me every day,

3    so they could find cause for firing me.

4         THE INVESTIGATOR:  Now, when you say "they," who

5    are they?

6         MS. PRUITT:  Mrs. Butler, Candler.  And like I

7    said, I guess -- Candler I think is the main source, because

8    he -- he made -- he told Mrs. Butler what to do and she did

9    it.  As of -- I have been doing -- working in preventive

10   medicine for three years.  I had been doing follow-up calls

11   for more than two years, and I did follow-up calls over 200

12   people.  Mrs. Butler gave me a task of calling people, and she

13   had made an error on one of the follow-up cards.  And I

14   called, and I'm the one -- and that's what they fired me on.

15   But it was her mistake in the first -- beginning, because they

16   said this person was -- we deal with STD's and stuff like

17   that.  Very -- very ....

18        THE INVESTIGATOR:  I don't know what that is.

19        MS. PRUITT:  Sexually transmitted diseases.  And

20   that's very patient confidentiality stuff.  I had about 42

21   people to call.  And these cards came from Mrs. Butler.  She

22   did the initial interview and everything.  But -- and she

23   told -- gave me the order to call these people and tell them

24   to come in and lab -- do their follow-up lab work.  Out of all

25   42 of them, one guy, which was a prior patient of Candler and

1    hers, stated that I called, which was the number on the card,

2    his office and told him that his wife needs to come in for a

3    lab test.

4                    THE INVESTIGATOR:  And that's what you were

5    terminated for?

6                    MS. PRUITT:  Um-hum (affirmative).

7                    THE INVESTIGATOR:  And you were basically

8    following the instructions from Butler?

9                    MS. PRUITT:  From -- yes.

10                    THE INVESTIGATOR:  Did all that come out in your

11    grievance?

12                    MS. PRUITT:  Yesterday, yes.

13                    THE INVESTIGATOR:  So I can't go into that in this

14    part, then.

15                    MS. PRUITT:  Okay.

16                    THE INVESTIGATOR:  Back to the move to the

17    location with decreased responsibilities.  How were you harmed

18    by that?  Did you lose any money or benefits or privileges?

19    Or was it emotional harm?  How'd you get harmed?

20                    MS. PRUITT:  Emotionally, I -- I had a TIA on the

21    30th of January.

22                    THE INVESTIGATOR:  What's a TIA?

23                    MS. PRUITT:  A stroke.

24                    THE INVESTIGATOR:  Oh.  You had a stroke when?

25                    MS. PRUITT:  The 30th of -- 30th of January.

63

1    you were given a smaller office ....

2            MS. PRUITT:  Um-hum (affirmative).

3            THE INVESTIGATOR:  .... without equipment to carry

4    out your duties.  Can you be specific in terms of what?

5            MS. PRUITT:  I did not have a computer.  After

6    this incident with this man, that they stated that I divulged

7    patient confidentiality, which I did not, they would not let

8    me even have access to go into the computer.  I was doing the

9    health risk appraisals, and this is like booklets and stuff

10   that you have to have to feed into the computer.  I mean, you

11   know, none of the equipment that I had had before ....

12           THE INVESTIGATOR:  Did you have a computer in your

13   previous office?

14           MS. PRUITT:  Yes.

15           THE INVESTIGATOR:  Did everyone else have a

16   computer?

17           MS. PRUITT:  Yes.

18           THE INVESTIGATOR:  Was a computer required for you

19   to do your job?

20           MS. PRUITT:  Yes.

21           THE INVESTIGATOR:  And what -- you mentioned it

22   was a smaller office.  Is that -- well, what significance was

23   that for you to mention that it was a smaller office?

24           MS. PRUITT:  Because the one that I had was large

25   enough to -- it was very large, and it was -- what they moved

1          MS. PRUITT:  Um-hum (affirmative).  She might know

2     some of it.

3          THE INVESTIGATOR:  Okay.  In closing, you have

4     alleged that this is based on your race, color, sex and age.

5     Do you have any kind of closing comment or remark that I

6     haven't asked you, that you'd like to make a statement with

7     regard to how you were discriminated against based on your

8     race, color, sex and age?

9          MS. PRUITT:  I was denied training.  I was -- they

10    went as far as -- I was doing the health promotions, and they

11    went as far as giving the health promotion training that comes

12    up once a year -- the first year they let my supervisors, two

13    supervisors went, Dr. Candler and COL Ivy.  That was

14    understandable.  The second year, they went and chose another

15    doctor and a nurse off the fourth floor, that had nothing to

16    do with health promotion, and sent them.  The third year,

17    instead of sending me, they sent Mrs. Butler, because she was

18    going to be my supervisor.  At the time that they sent her,

19    she was not my supervisor.  So every type of training that

20    come up that would benefit me, they would send someone else,

21    which was all Caucasians, except COL Ivy.

22         THE INVESTIGATOR:  Because the training issue was

23    not part of an accepted issue in this report or this

24    investigation, that will not be looked into, because those --

25    that issue was not part of the initial complaint, so ....

1          MS. PRUITT:  I thought I said, you know, I had not

2     gotten any of the training that the others got.

3          THE INVESTIGATOR:  No.  The four -- the issues

4     that were involved were the ones we just went over with regard

5     to the racial slur ....

6          MS. PRUITT:  Maybe I had put that in my second

7     one, ....

8          THE INVESTIGATOR:  Yeah.

9          MS. PRUITT:  .... because I did initiate a second

10    one.  But Mrs. Mary Johnston, she was new, and I really don't

11    think that she was interested in getting facts.  She was more

12    like -- she was more like management, you know, more like sway

13    toward helping management.

14         THE INVESTIGATOR:  I don't know about that.  But I

15    do know that these were the accepted issues in this one.  So

16    the part about the training won't be looked into in this one.

17         MS. PRUITT:  All right.

18         THE INVESTIGATOR:  So with regard to the accepted

19    issues in this complaint, though,

20         MS. PRUITT:  Okay.

21         THE INVESTIGATOR:  .... did you have anything else

22    you want to add in closing?

23         MS. PRUITT:  I would like to know whether I could

24    put the issue that they fired me as an amendment to this.

25         THE INVESTIGATOR:  No.

1              **INTERVIEW OF GLORIA C. EVANS**

2         (On record:  4:00 p.m.)

3              COURT REPORTER:  We're on record.  Ms. Evans,

4    would you raise your right hand, please?

5         (Oath administered)

6              MS. EVANS:  Yes, I do.

7              COURT REPORTER:  Thank you.

8              THE INVESTIGATOR:  Could you please state for the

9    record your complete name?

10             MS. EVANS:  Gloria Camay Evans.

11             THE INVESTIGATOR:  And where do you work?

12             MS. EVANS:  I work in the preventive medicine

13   department at Bassett Army Hospital.

14             THE INVESTIGATOR:  And what is your job title?

15             MS. EVANS:  My job title is environmental

16   science -- wait a minute.  Environmental health NCOIC.

17             THE INVESTIGATOR:  And for the record, NCOIC, what

18   does that stand for?

19             MS. EVANS:  Noncommissioned officer in charge.

20             THE INVESTIGATOR:  Okay.  Are you a supervisor?

21             MS. EVANS:  Yes, I am.  Only soldiers, though.

22             THE INVESTIGATOR:  And how long have you held your

23   current position?

24             MS. EVANS:  I've been here for approximately ten

25   months.

1       THE INVESTIGATOR:  So were you here in September

2  of '96?

3       MS. EVANS:  Yes.  I arrived here September '96.

4       THE INVESTIGATOR:  Okay.  And what is your -- or

5  what was your relationship to the complainant, Ms. Brenda

6  Pruitt?

7       MS. EVANS:  Well, I initially was stationed here

8  before from 1991 to '93.  I met Miss Pruitt when she was hired

9  onto the section in, I think it was la- -- late '92, early

10  '93.  I met Miss Pruitt then.  I only knew her as a coworker,

11  but I didn't have that much dealing with her cause she worked

12  at the Kamisch -- the Troop Medical Clinic and I worked at the

13  hospital.  I did know that, you know, she was a nurse for the

14  section, and that was about it.  And then I met her again when

15  I came -- got reassigned here again.  And she was initially a

16  coworker, you know, and then they moved her over to the

17  hospital to work.  And then we just be -- well, she's a

18  coworker and a friend.  I just developed a friendship through

19  us working together at the hospital.

20       THE INVESTIGATOR:  Okay.  And did you have any

21  knowledge of a racial slur that was left on her desk?

22       MS. EVANS:  No, I wasn't.  I do not have any

23  knowledge of that.

24       THE INVESTIGATOR:  Did you ever see -- in saying

25  that you didn't have any knowledge of it - I just want to

247

1    that.

2                    THE INVESTIGATOR:  Were you aware of a computer

3    note that was sent around into the workplace that said

4    something to the effect of cleaning out the black palace,

5    referring to getting rid of black employees that worked in

6    Kamisch?

7                    MS. EVANS:  Yes, ma'am.

8                    THE INVESTIGATOR:  Can you -- what was your

9    information on that?

10                   MS. EVANS:  SFC Sarah Schultz -- Schultz, she has

11   got a problem with black people, and I have firsthand

12   experience of that.  And she -- she -- she did not like the

13   NCOIC that was in charge.  At the time it was SFC James, she's

14   black.  She generated a note on the CC-mail message.  She sent

15   it to -- she thought she was only sending it -- well, she did.

16   She sent it to only -- only white people in the Command, and

17   one that received it, a doctor from the clinic, took offense

18   to it.

19                   THE INVESTIGATOR:  Who was that?

20                   MS. EVANS:  I think his name was Dr. Mee.  I'm not

21   exactly sure if he was the one that reported it.  He reported

22   it to the Command, and then they removed her for the -- from

23   the clinic only for a week.  The Sergeant Major said he would

24   do the investigation and he did.  I guess he determined that

25   she could go back over there, and she went back over there.

248

1          THE INVESTIGATOR:  Who is the -- which Sergeant

2     Major?

3          MS. EVANS:  SGM Wilson -- Command SGM Wilson.

4     He's our Sergeant Major.

5          THE INVESTIGATOR:  Is he still there?

6          MS. EVANS:  Yes, he's still there.

7          THE INVESTIGATOR:  So he did the investigation?

8          MS. EVANS:  He said that he would do the

9     investigation.  He did it, I guess, and he determined that she

10    was not held liable and he sent her right back over there.

11         THE INVESTIGATOR:  Did he verify the note; the

12    statement sent out in the computer?

13         MS. EVANS:  Yes.

14         THE INVESTIGATOR:  Did you see that note?

15         MS. EVANS:  No, thank God, I didn't.  Because I

16    have firsthand experience with her because she's my husband's

17    supervisor.

18         THE INVESTIGATOR:  So as far as you know, was that

19    computer message verified?

20         MS. EVANS:  By the Sergeant Major?  Yes.

21         THE INVESTIGATOR:  Or by anyone.  Do you know

22    anyone that saw it?

23         MS. EVANS:  The doctors -- Dr. Mee -- all the

24    doctors that worked there at Kamisch Clinic saw it.

25         THE INVESTIGATOR:  And Dr. Mee, what race is he?

1      MS. EVANS:  He's no longer there, though.  He's --

2    he's a white male.  He took offense to it.  There is a

3    Mr. Raby that's still there.  I don't know if he got to see

4    the  message or not.  He's the P.A., and he's about the one --

5    only one that's left out of all that group that saw it.

6      THE INVESTIGATOR:  Is he white?

7      MS. EVANS:  He's white, yes.

8      THE INVESTIGATOR:  He's a P.A.?  What's that?

9      MS. EVANS:  Physician Assistant.

10      THE INVESTIGATOR:  And did that have any

11    relationship to the complainant?

12      MS. EVANS:  To Miss Pruitt?

13      THE INVESTIGATOR:  Um-hum (affirmative).

14      MS. EVANS:  She wasn't working over there anymore,

15    as far as I know.

16      THE INVESTIGATOR:  So at the time of that note,

17    then, she was already out of there?

18      MS. EVANS:  Yes, they had already moved her when

19    the note came through.

20      THE INVESTIGATOR:  Well, that was -- you said --

21    what was Schultz?

22      MS. EVANS:  Schultz, SFC Sarah Schultz.

23      THE INVESTIGATOR:  And is she still in the clinic?

24      MS. EVANS:  Yes.

25      THE INVESTIGATOR:  Did she ever get moved over to