|   |   |   |
|---|---|---|
| 1 |   | another job. Because if I'm going to run this clinic, |
| 2 |   | maintain it, keep up the maintenance and everything, |
| 3 |   | then I should -- I should be the one in charge. They |
| 4 |   | did not want that. So the next |
| 5 |   | e-mail came, it stated that -- because I told them if -- |
| 6 |   | if that's going to be the case, then I could work |
| 7 |   | somewhere else. The next e-mail came that -- in |
| 8 |   | reference to getting rid -- rid of the witch, and that |
| 9 |   | was referring to me. Because that message was sent from |
| 10 |   | the Kamish Clinic from SGT Schultz to other personnel in |
| 11 |   | Bassett. |
| 12 | Q | So the reference to witch, that's not necessarily a |
| 13 |   | racial slur, is it? |
| 14 | A | Well, number one, sir, I'm a christian. So, I truly |
| 15 |   | don't think that I would want to walk around and call |
| 16 |   | somebody a witch. The other remark that she put in |
| 17 |   | there was that she was glad that she had gotten rid of |
| 18 |   | me in that context. The other racial remarks that was |
| 19 |   | slung toward me were said to my face from MAJ Wilson and |
| 20 |   | from SGT Schultz. |
| 21 | Q | And what was said? |
| 22 | A | MAJ Wilson felt -- she -- she had said to me early one |
| 23 |   | morning that because of my rank, she felt like they just |
| 24 |   | gave it to me because I was black. And I immediately |
| 25 |   | put her in check because I earned all of my stripes one |

R & R COURT REPORTERS
709 Second Avenue
Fairbanks, Alaska 99701
(907) 452-3589

EXHIBIT N