



HSUC-PM(690-700a)  April 1, 1997

MEMORANDUM FOR Ms. Brenda J. Pruitt, Practical Nurse, GS-670-05, BACH, Preventative Medicine, Community Health, Ft. Wainwright, AK 99703

SUBJECT: Notice of Decision

1. This is a Notice of Decision on the proposal to remove you from federal service for unauthorized disclosure of confidential information, insubordination and an amended charge of wantonly damaging government property.

2. I have reviewed the notice of proposed removal as amended, the entire packet of documents that are a part of this record and have considered your replies to the charges. I considered the table of suggested penalties in AR 690-700, chapter 751 the Douglas factors and your entire work record. I have concluded after my thorough analysis that the efficiency of the federal government can BEST be met by effecting your removal 11 April 1997. After my analysis, I have sustained the charge of insubordination and unauthorized disclosure of confidential information and have excluded the charge of wanton damage to government property. Based upon the reply received and a relook at the various and complex issues involved, I looked at intent and have concluded that the intent was not to cause the damage even though that was the net result of the action. I have decided to exclude that part of the charge and not to consider that at all in the decision process. That leaves the charges of insubordination and confidentiality. I find both of those charges are sustained by the evidence of record and warrant your removal from federal service. While I would have imposed a ten calendar day suspension for a sole charge of insubordination in this case if it were that the only sustained charge, confidentiality is such a critical factor of this department and the total nursing profession that even first time offense of unauthorized disclosure of confidential information warrants your removal even if it were the only sustained charge. In my professional opinion, your prior counseling on this same issue and by your own admission, your training should have qualified you to know and apply proper procedures or to at least ask for professional guidance if that was required. Your actions clearly put this organization at risk of lawsuit and breach of professional standards. I cannot tolerate that within my department where sensitivity and confidentiality are key provisions of our reputation and ability to perform our mission.

3. You have the right to appeal this decision to the Merit Systems Protection Board, Seattle Field Office, 915 second Avenue, Room 1840, Seattle, Washington 98174. The appeal must be filed within thirty calendar days of the effective date of this action and must contain the following:

EXHIBIT O

HSUC-PM (690-700a)
Subject: Notice of Decision

    a. Your name and the name of this agency.
    b. The action taken and the effective date.
    c. A request for a hearing if desired.
    d. A statement of the reasons you feel this action is wrong.
    e. A statement of the action you would like the presiding officer to take.
    f. The name of your representative if you elect one.
    g. Attach any relevant documents, including this decision document.
    h. A statement whether you or anyone acting on your behalf has filed any type of grievance or complaint with any other agency on this matter.

A copy of the MSPB regulation is attached for your use. You may contact Jerry Payne for any clarification on your appeal or grievance rights.

5. If you elect not to appeal to the MSPB, you may grieve your removal through the process as stated in the Negotiated grievance procedure of the contract between Local 1834 and this Command.

6. If you allege that this action is based on discrimination because of race, color, religion, sex, national origin, age (provided you are at least 40 years of age), or physical handicap, and do not file a grievance or appeal, you may file an EEO complaint not later than 45 calendar days after the effective date of your removal. An EEO complaint should be addressed to MS. Barbara Hopkins, EEO, ATTN: APVR-EEO, Ft. Richardson, AK 99505.

7. Your last day of duty will be 11 April 1997 and you will continue in an employment status until that date. You need to allow approximately one hour prior to the end of your workday on that date to clear. A copy of the SF-50, Notice of Personnel Action will be sent to your forwarding address.

WILLIAM H. CANDLER
LTC, MC
c/ Preventative Medicine Dept.

Receipt Acknowledged

8 April 97
Date

COPY   AFGE 1834 / YES _____
                                NO _____