|   |   |   |
|---|---|---|
| 1 |   | damage? |
| 2 | A | I wouldn't think so.  I -- I don't know, but I would -- |
| 3 |   | damage to your shoes maybe.  Because you tracked it |
| 4 |   | outside, you know. |
| 5 | Q | Did you have any information prior to that date of any - |
| 6 |   | - that Ms. Pruitt was intending to remove the carpet? |
| 7 | A | No, I did not. |
| 8 | Q | Would you necessarily have known that? |
| 9 | A | No.  I didn't supervise her.  I didn't communicate with |
| 10 |   | her. |
| 11 | Q | Did you have any knowledge the carpet was being removed |
| 12 |   | prior? |
| 13 | A | No. |
| 14 | Q | Okay.  Did you ever have any opportunity to observe, not |
| 15 |   | as her supervisor but just as a nurse in the same |
| 16 |   | building, Ms. Pruitt's job performance or any aspect of |
| 17 |   | her job performance? |
| 18 | A | Yes.  There were several days when she wasn't there and |
| 19 |   | didn't call it, so that her patients were left standing |
| 20 |   | in the hall waiting for her. |
| 21 | Q | And how frequent an occurrence was that? |
| 22 | A | I think in -- in our overlap, mine and her overlap, |
| 23 |   | which was around a month or something like that, at |
| 24 |   | least two or three times.  And there would be parts of |
| 25 |   | the days that she would be gone and we wouldn't know |

|     |   |                                                                      |
| --- | - | -------------------------------------------------------------------- |
| 1   |   | where she is. And when her patients were left                        |
| 2   |   | uncovered, either I had to do it or Dr. Mee had to do                |
| 3   |   | it, and for people that were already busy, that was                  |
| 4   |   | significant. And for a nurse to leave her patients                   |
| 5   |   | unattended is unforgivable in my opinion.                            |
| 6   | Q | So you had professional disagreements with her. Did you              |
| 7   |   | address those to anyone, those concerns?                             |
| 8   | A | No, ma'am, I didn't. I addressed them to COL Gallimore.              |
| 9   | Q | There's also been some testimony in this case about an               |
| 10  |   | e-mail that was sent by SGT Sara Schultz that was -- has             |
| 11  |   | been described as variously -- as either racist or                   |
| 12  |   | unprofessional. Are you familiar with an e-mail from                 |
| 13  |   | her that might fit that description?                                 |
| 14  | A | Yes. The only e-mail that I remember that could be                   |
| 15  |   | categorized as that, certainly unprofessional, but not               |
| 16  |   | racist.                                                              |
| 17  | Q | Could you describe the e-mail?                                       |
| 18  | A | Yes.                                                                 |
| 19  | Q | Did -- first, did you see the e-mail?                                |
| 20  | A | Yes, I did. It was an e-mail that was sent by --                     |
| 21  |   | originally, by the unit clerk on 4-A, and she was                    |
| 22  |   | advertising a farewell party or dinner or something for              |
| 23  |   | one of the lieutenants who was leaving the unit, and she             |
| 24  |   | put this e-mail to a group. And SGT Schultz wrote back               |
| 25  |   | and said -- oh, at the same time she also asked Sara                 |

```
 1         about a job, I believe.  Sara answered her, then there
 2         was an e-mail back that she was looking for a job over
 3         in the Kamish Clinic.  And Sara wrote back and said
 4         something to the effect that I think we're getting rid
 5         of the NCO that was there.  And ....
 6    Q    And did they describe the NCO in terms that were -- did
 7         the
 8         e-mail message use a unprofessional term to describe the
 9         NCO?
10    A    I think it was witch.
11    Q    Okay.  Do you remember specifically or ....
12    A    Yes, that was witch.  That was the term.
13    Q    Okay.
14    A    But she was not talking about Ms. Pruitt; she was
15         talking about the NCOIC of the clinic.  It had nothing
16         to do with Ms. Pruitt, absolutely nothing.
17              JUDGE GAFFIN:  And that was James?
18    A    Yes.
19    Q    Was any -- what happened after this e-mail was sent?
20         Who was it sent to?
21    A    It -- unfortunately, it went back out to -- as we say in
22         the computer world, "g" dot world.  It went out to
23         everyone.
24    Q    When you say say "everyone", you mean ....
25    A    That was on the group list.
```

| | | |
|---|---|---|
| 1 | Q | The original group list from .... |
| 2 | A | The original group list, yes. |
| 3 | Q | .... the invitation. |
| 4 | A | And .... |
| 5 | Q | So everyone who was invited to the ward, 4-A, unit |
| 6 | | clerk's party .... |
| 7 | A | Witnessed this very unprofessional writing. |
| 8 | Q | Do you -- are you familiar with any reactions to that e- |
| 9 | | mail or what -- what happened after the e-mail was sent? |
| 10 | A | Yes. I immediately went to her, and unfortunately I was |
| 11 | | one of the later ones who read this. And it had already |
| 12 | | gotten to Dr. Phillips and Dr. Mee and they were both |
| 13 | | very upset, and they had already called, I believe, MAJ |
| 14 | | Tenhet and the first sergeant, so I was kind of like |
| 15 | | after the fact. There was a lot of counseling done to |
| 16 | | both of us, because it was addressed to me and |
| 17 | | implicated me, even though I had nothing to do with it. |
| 18 | | It implicated me because it sounded like that we were -- |
| 19 | | had been discussing this, and it was really upsetting to |
| 20 | | me because it was not true. |
| 21 | Q | Did you as head nurse have any words with her concerning |
| 22 | | the e-mail? |
| 23 | A | Yes, most definitely. |
| 24 | Q | And what were -- what was the nature of that |
| 25 | | conversation? |

1  A   I told her that it was very unprofessional and she
2      should never do anything like that again.  The -- the
3      big issue, I believe at the time, as well as being
4      unprofessional, calling somebody this name, was that she
5      referred to me by my first name.  And, that was a huge
6      area of counseling.
7  Q   Was it -- when you say it was a huge area of counseling,
8      why was that a huge area of counseling?
9  A   Because NCOIC -- or NCO's and officers are to refer to
10     each other with their rank.
11 Q   So it was ....
12 A   It should have been MAJ Wilson instead of Joyce.
13 Q   So it was disrespectful you to have done that.
14 A   I didn't see it that way.  I -- I certainly didn't think
15     of it was unprof- -- disrespectful.  Maybe
16     unprofessional, maybe unmilitary, but she was not being
17     disrespectful to me.
18 Q   Okay.  Did you consider SGT Schultz a personal friend?
19 A   Yes.
20 Q   Did you ever see or hear of an e-mail -- prior to the
21     investigation, did you ever hear of an e-mail that
22     referred to the Kamish Clinic as the Black Palace?
23 A   No.  No, I -- I haven't heard that.
24 Q   Okay.  So if there were any such e-mail, it's not one
25     you saw.

1  questions.

                    **VOIR DIRE OF JOYCE ANN WILSON**

3  BY THE COURT:

4  Q    Regarding the damaged floor tile, the hard tile, not the
5       carpeting, can you describe how it might have been
6       broken?  I mean, it wasn't a sledgehammer, was it?
7  A    No.
8  Q    It's just -- it was brittle and when ....
9  A    I -- I am almost certain that pulling up the carpet tile
10      damaged it, because it's old asphalt tile that breaks
11      very easily.  And especially when it's old and cold and
12      dry, it breaks apart just like paper.  And I -- I'm
13      almost sure that's how it happened.  I, personally, do
14      not think it was vandalized; I don't think it was
15      intended.  I think somebody just pulled up the carpet
16      tiles, and the other tile came with it.  What I do
17      question is, why after the first two or three things
18      that came apart, why somebody didn't stop.
19 Q    (Pause)  There's been some testimony about the e-mail,
20      the one that you said you did see regarding -- referring
21      to James as a witch.  Was there any inclusion, or was
22      there also the word "black" witch?
23 A    No, sir.  No, sir, there was not.
24 Q    Did -- in your conversations with Sara Schultz, did she
25      ever refer to Kamish, to you, as the black palace?