


DEPARTMENT OF THE ARMY
HEADQUARTERS U S ARMY ALASKA
600 RICHARDSON DRIVE # 5000
FORT RICHARDSON, ALASKA 99505-5000

REPLY TO
ATTENTION OF:

Equal Employment Opportunity Office

APVR-REEO (690-600)                                    15 May 1997

MEMORANDUM FOR   Brenda J. Pruitt

SUBJECT: Notice of Right to File a Discrimination Complaint

FROM: Mary S. Johnston, EEO Counselor

1. This is notice that on 15 May 1997, the final counseling interview was held in connection with the matter you presented to me as an EEO counselor. You initially contacted me on 21 March 1997 and voluntarily extended counseling up to 90 calendar days. You alleged that you were discriminated against as follows:

   a. On 9Jan97 you were given a Proposal for Removal. You allege that this action is discriminatory based on race (Black), color (Black), sex (Female) and age (50 years), and is a reprisal for an EEO complaint you filed in Oct96 against your supervisors and for statements you made regarding LTC Candler during a Preventive Medicine staff meeting approximately 2 years ago concerning another employee.

   b. On 8Apr97 you were given a Notice of Decision by LTC Candler that 11Apr97 would be your last day of Federal service, and as a result of that action, you are now unemployed since 11Apr97. You allege that this action is discriminatory based on race (Black), color (Black), sex (Female), age (50 years), and reprisal.

   c. You state you are being treated differently from other employees, and raised issues of harassment, work conditions, assignment of duties, and training. You state all of this is reprisal and discriminatory action. You state you are subject to daily harassment, are the only employee being so closely monitored for job performance, other employees have been told not to talk to you, you cannot eat in office area, you do not have necessary equipment to do your job, you have been restricted from computer access, you were not approved for participation in fitness program, you suffered an anxiety attack on 30Jan97 and Mrs. Butler did not complete her part of worker compensation claim in a timely manner, you are working completely out of your job description, LTC Candler gave Sgt Williams (Black male) your duties because he perceives males as being more competent than females, and white employees have received more training than you.

   d. You named LTC William H. Candler, Jr., LTC Carole E. Gallimore, and Ms. Shelby Butler as the persons responsible for the alleged discriminatory actions.

Acknowledgement of receipt: _____[signature]_____ 15May97
                                Complainant's Signature and Date

EXHIBIT S

2. If you believe that you have been discriminated against on the basis of race, color, religion, sex, national origin, age, mental/physical handicap, and/or reprisal for participation in protected EEO activity or opposition to prohibited discrimination, you have the right to file a complaint of discrimination within <u>15 calendar days</u> of receipt of this notice.

3. This complaint must be in writing, preferably on a DA Form 2590-R, which can be obtained from your Equal Employment Opportunity Office. Your complaint must be filed in person by you or your attorney, if you have retained one, or by mail with any of the following officials authorized to receive discrimination complaints:

    a.    Equal Employment Manager
           Equal Employment Opportunity Office
           ATTN: APVR-REEO
           600 Richardson Drive #6900
           Ft Richardson, AK  99505-6900

    b.    Garrison Commander
           ATTN: APVR-GC
           600 Richardson Drive #6000
           Ft Richardson, AK  99505-6000

    c.    Director of Equal Employment Opportunity
           Department of the Army
           ATTN: SAMR-SFECR
           1941 Jefferson Davis Highway
           Crystal Mall 4
           Arlington, VA  22202-4508

    d.    Secretary of the Army
           ATTN: SAMR-SFECR
           1941 Jefferson Davis Highway
           Crystal Mall 4
           Arlington, VA  22202-4508

4. The formal complaint must specify the issue(s) which forms the basis for the complaint and the matter(s) giving rise to the complaint which were discussed with your EEO counselor. It is important that you state the matter giving rise to your complaint as concisely as you can, citing the nature of the action, the date of the action and the person(s) involved (if any). You may only raise matters which have been counseled or are like or related to matters counseled. The complaint should also state whether you have filed a grievance under a Negotiated Grievance Procedure or an appeal to the Merit Systems Protection Board on the same subject matter, including dates. This information is

necessary to determine whether your complaint is appropriate for processing under Section 1614 of Title 29 of the Code of Federal Regulations.

5. If you retain an attorney or any other person as a representative, you must immediately notify the EEO Manager, Equal Employment Opportunity Office, 600 Richardson Drive #6900, ATTN: APVR-EEO, Ft Richardson, AK 99505-6900, in writing of the name, address, and telephone number of your attorney or representative. You are advised that:

   a. If your representative is not an attorney, all official correspondence, documents, and decision(s) will be served on you with a copy of the correspondence to your representative.

   b. If your representative is an attorney, all official correspondence, documents and decision(s) for you will be served on your attorney, and not you.

_Mary J. Johnston_
**EEO Counselor**

3