The following is a statement of facts in reference to a woman working in the community health clinic at Bassett Hospital. We only know her as Brenda since she never would provide either one of us with her full name.

On October 18, 1996 I received a phone call at work from Brenda. She informed me that ████ (my wife) needed to come in for a retest and a HIV test. I informed her of the fact that the test did not come back positive and there was no need for Shannon to come in. I then ask what would happen if Shannon did not come in. Brenda responded that a letter would be sent to my commander if Shannon did not come in.

On October 21, 1996 I was woke up at approx. 8:30 a.m. by a phone call. I said Hello and the female on the other end of the line responded, "Hello." I ask who was calling and she responded, "How are you today." Again I ask who was calling and she responded, "Shannon, how are you?" She sounded like one of the people that call and try to sell me something over the phone, or someone wanting to get me to answer questions for a poll. ** By then I was very upset and demanded to know who I was talking to. The only reason I did not hang up on her was because our daughter was in the hospital, and we, ● and I) had just got home from the hospital a couple hours earlier and were trying to get some sleep. ** She answered "This is Brenda." I ask, Brenda who and again all she said was "Brenda." Now I was mad and she could tell it. Finally she identified herself, where she worked and told me that I needed to get into the clinic for a retest and an HIV test. She continued on stating that really my time had expired on October 18, 1996 and that she would give me until the following Wednesday to get into the clinic, or I would be reported. I told her my test was not positive, PA Raby said he would call me if I did need to be seen by the clinic. He never called me. I told her to leave me alone.

● ask me who had called, I told him and he was mad. He said that on the pervious Friday, Brenda had called him at work and told him that it was time for me to get retested and have a HIV screening. This upset me because she had no right to break a confidence on my medical condition (if there really is one) and pass on information to anyone. I am not trying to hide anything from my husband, but she had no right talking about me to anyone.

page 1

EXHIBIT T

continuation of statement on Brenda:

Later that day ● and I were at the hospital, talking to the doctors and staying with our daughter. We took time out to go downstairs to talk to Nurse Shelby Butler. I told her about my conversation with Brenda and that I did not appreciate her calling ● at work to discuss my personal file. Then ● told her about Brenda calling him at work and that he too felt Brenda was out of line and not very professional. Nurse Butler ask if we had time to talk to Dr. Candler. We said yes, she went and got the Dr. and we told him what had happened. Both Nurse Butler and Dr. Candler apologized for all that had happened. We request that Brenda never call either one of us again. We offered to type up this statement for their record as well as our own. Dr. Candler said that would be ok if that is really our wishes. We then left and went back to our daughter.

We are both upset and offended that anyone would act, do and say the things to and about us that Brenda did. This woman has no right working with the public or in a clinic that handles such confidential matters. If we can answer any questions or provide testimony please let us know.

Sincerely,

page 2