DECLARATION UNDER PENALTY OF PERJURY

I, Sandra Martinez, declare as follows:

1. I, Sandra Martinez, am an Equal Employment Opportunity (EEO) Specialist in the US Army Alaska (USARAK) EEO office at Fort Richardson, Alaska. In that capacity, I answered an inquiry from one of the USARAK labor counselors, Ms. Elyce K. D. Santerre, in June 1997. Ms. Santerre asked whether Ms. Brenda J. Pruitt had filed a formal complaint of discrimination concerning her removal from Federal service. Ms. Santerre explained that Ms. Pruitt was seeking to arbitrate a grievance concerning her removal, and that she could not do so if she had filed a formal complaint on the same matter.

2. Ms. Pruitt had contacted an EEO counselor in March 1997. She had received a Notice of Right to File a Discrimination Complaint on 15 May 1997 concerning several allegations, including her removal from Federal service (Enclosure 1). The Notice of Right to File identified four officials with whom Ms. Pruitt could file a formal complaint within 15 calendar days: the Equal Employment Manager or the USARAK Garrison Commander at Fort Richardson, Alaska; or the Secretary of the Army or Army Director of EEO, in Arlington Virginia.

3. I knew that no formal complaint had been filed at Fort Richardson, so I contacted Ms. Gloria Van Dyke, my point of contact at the Equal Employment Opportunity Compliance and Complaints Review Agency, Department of the Army (EEOCCRA), to determine whether Ms. Pruitt had filed a formal complaint of discrimination with either the Secretary of the Army or the Army Director of EEO. She confirmed that the only formal complaint they had received from Ms. Pruitt was her earlier complaint, which EEOCCRA received on February 4, 1997, and subsequently forwarded to the EEO Office at Fort Richardson for processing. EEOCCRA had not received any formal complaint from Ms. Pruitt following her receipt of the May 15, 1997, Notice of Right to File.

4. My conversation with Ms. Van Dyke occurred in late June 1997, several days after the 15-day time period for filing a formal complaint had expired.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON NOVEMBER 28, 1997, AT FORT RICHARDSON, ALASKA.

*Sandra Martinez*
SANDRA MARTINEZ
EEO Specialist

EXHIBIT U