April 14, 1997

SUBJECT: 3rd Step Grievance ( Brenda Pruitt )

Commander
U.S. Army, Alaska
Attn: APVR-RCP
Ft. Richardson, Alaska 99505

The following issues are grieved: That Brenda Pruitt, Preventive Medicine, Community Health Nursing, BACH was terminated on 11 April, 1997.

Personal Relief: Reinstatement to Federal Civil Service, back pay with interest, and all records cleared of any derogatory information.

Presentation: Request oral presentation of 3rd Step Grievance.

Witnesses: Wanda Laliberte, Brenda Pruitt, LTC Gallimore, Shelby Butler, Mr. Kenneth Dooley, Mrs. Kenneth Dooley, and Mr. Raby.

Sincerely,

Marion E. Mew
Union Steward

2 encl.

Notice of Proposed Removal
Memorandum from initial meeting
Letter of Decision

CF:
    AFGE Local 1834 President

RECEIPT ACKNOWLEDGED _____ DATE 14 Apr 97

EXHIBIT V