**DEPARTMENT OF THE ARMY**
HEADQUARTERS, U.S. ARMY GARRISON, ALASKA
600 RICHARDSON DRIVE # 6000
FORT RICHARDSON, ALASKA 99505-6000

REPLY TO
ATTENTION OF:

APVR-REEO                                                                 23 June 2004

MEMORANDUM FOR Equal Employment Opportunity Compliance and Complaint Review Agency, ATTN: SAMR-EO-CCR (Tish Ash), 1941 Jefferson Davis Highway, Arlington, VA 22202-4508

SUBJECT: Final Compliance Report in the EEOC OFO Decision of Brenda Pruitt v R.L. Brownlee, Acting Secretary of the Army, OFO #: 05A40184, DA Docket Number: AOEVFO9612G0230

1. Reference:

   a. SAMR-EO-CCR memorandum dated February 6, 2004, regarding subject as above.

   b. APVR-REEO memorandum dated March 5, 2004, subject as above.

2. The following compliance verification is provided regarding the APVR-REEO 5 March 2004 Compliance Report, specifically:

   a. Item b: Attorney Fees: Defense Finance & Accounting, San Antonio, TX, has prepared and mailed Mr. Hugh Fleischer, Attorney at Law, a check for $5,5885.75 with payment voucher # 231260. See top half on Encl 1 for report showing the action.

   b. Item c: Compensatory Damages payment: Due to problems with this payment being made by Defense Finance & Accounting, San Antonio, TX, the local MEDDAC-Alaska issued check #1003 on 25 June 2004 for the amount of $1,000.00. See bottom half on Encl 1 for copy of the check.

3. Please contact me if you have questions of need for additional information at (907) 384-2034, email at sandra.martinez@richardson.army.mil, or by fax at (907) 384-2311.

SANDRA H. MARTINEZ
Equal Employment Manager

1 Encl

CF:
USAGAK GC/GCXO
USARAK Labor Counselor
Complainant's Representative
Complainant
MEDCOM EEO Office

EXHIBIT X

```
=>                                   ASJMS
06/23/2004                                                          PAGE    1
17:10:25                                                            DETAIL

    TA  BLK  DOC-NO          FY  APC   EOE   ODC  IBOP  DOV         AMOUNT
    --  ---  --------------  --  ----  ----  ---  ----  ------  ------------
    32  X68  MED04FMEDP4015   4  2PLD  252G   2                    $5,885.75
    40  X68  MED04FMEDP4015   4  2PLD  252G   2         231260     $5,885.75
    23  D41  MED04FMEDP4015   4  2PLD  252G   2                    $1,000.00-
```

*attorney*
*Took out Brenda's $1000.00 and issued IMPAC check.*

```
------------------------------- LAST PAGE -------------------------------
<PF1>  HELP          <PF2>  RETURN      <PF3>  TOTALS ONLY   <PF4>  DETAIL
<PF5>  NO TOTALS     <PF6>  STATS       <PF7>  BACKWARD      <PF8>  FORWARD
<PF9>  GRAPH         <PF10> SEND        <PF11> LEFT          <PF12> RIGHT
```

06/25/2004 FRI 16:06  FAX 9073534857  Property Management                ☒002/002



