IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

BRENDA J. PRUITT,

   Plaintiff,

vs.

R.L. BROWNLEE, Acting
Secretary of the Army,

   Defendant.

Case No. 3:04-cv-0086-RRB

**ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT**

   Before the Court at Docket 28 is Defendant's Motion for Summary Judgment, in which Defendant seeks dismissal of Plaintiff's lawsuit.  Plaintiff has not opposed the motion, which motion appears to be meritorious on its face.  Therefore, the Court hereby **GRANTS** Defendant's motion and requests that Defendant submit proposed findings of fact and conclusions of law consistent with its pleadings and a proposed judgment.

   ENTERED this 3rd day of July, 2006.

        /s/ RALPH R. BEISTLINE
        UNITED STATES DISTRICT JUDGE