DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA J. PRUITT,<br><br>    Plaintiff,<br><br>    v.<br><br>R.L. BROWNLEE, Acting Secretary of the Army<br><br>    Defendant. | Case No.  3:04-cv-0086-RRB<br><br>**NOTICE IN RESPONSE TO THE ORDER AT DOCKET NO. 29** |

Mr. Brownlee, through counsel, notifies the court that pursuant to the Order Granting Motion for Summary Judgment at Docket No. 29, that the Defendant will be submitting his findings of fact, conclusions of law, and proposed Judgment. Counsel notifies the court that it will impose a deadline of September 8, 2006. Between now and then counsel has pre-obligated vacation time and jury duty.

Should the court prefer to enter an order establishing a date certain, counsel has prepared a proposed Order to establish a defined deadline.

Respectfully submitted, on August 2, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Susan J. Lindquist
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3378
>Fax: (907) 271-2344
>E-mail: susan.lindquist@usdoj.gov
>AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2006,
a copy of the foregoing **NOTICE IN RESPONSE
TO THE ORDER AT DOCKET NO. 29** was served by
U. S. Mail on:

Brenda J. Pruitt
104 Muldoon Rd Unit 222
Anchorage, AK 99504

s/ Susan J. Lindquist