IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA J. PRUITT<br><br>Plaintiff,<br><br>v.<br><br>R. L. BROWNLEE, Acting Secretary of the Army<br><br>Defendant. | Case No. 3:04-cv-0086-RRB<br><br>**[PROPOSED] ORDER TO RESPOND TO THE ORDER AT DOCKET NO. 29 BY SEPTEMBER 8, 2006** |

Defendant has filed his Notice In Response to the Order at Docket No. 29 asking for additional time to file his findings of fact, conclusions of law, and proposed Judgment. For good cause shown, the Defendant shall have until September 8, 2006, to file his response.

Date: _____   _____
RALPH B. BEISTLINE
United States District Court Judge