UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

BRENDA J. PRUITT    Case No. 3:04-cv-0086-RRB
        Plaintiff,

  v.    **JUDGMENT IN A CIVIL CASE**

R.L. BROWNLEE, Acting Secretary
of the Army
        Defendant.

X **DECISION BY COURT:** This action came to hearing before the court on a Motion for Summary Judgment. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. That the Plaintiff Brenda J. Pruitt take nothing, that the action be dismissed on the merits, and the Defendant, R.L. Brownlee, Acting Secretary of the Army, recover of the Plaintiff its costs of action.

2. That the Plaintiff, Brenda J. Pruitt pay to the Defendant, R.L. Brownlee, Acting Secretary of the Army, $6,885.75, which is the amount she received from the Defendant for her benefit at the end of the administrative hearing. Post judgment interest shall accrue at the rate established in 28 U.S.C. § 1961.

APPROVED:


/s/ RALPH R. BEISTLINE
<u>RALPH R. BEISTLINE</u>
United States District Judge


Date: _____, 2006        Clerk

Note: award of prejudgment interest, costs and        IDA ROMACK
attorney fees are governed by        Ida Romack, Clerk of Court
D.Ak. LR 54.1, 54.3 & 58.1