```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA
```

BRENDA J. PRUITT,
    Plaintiff,

                          Case Number 3:04-cv-00086-RRB

v.

R. L. BROWNLEE,
    Defendant.               **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant recover of plaintiff Brenda J. Pruitt defendant's costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with postjudgment interest thereon at the rate of _____% as provided by law.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Date: September 18, 2006

                                         IDA   ROMACK

                                  Ida Romack, Clerk of Court

S/RALPH R. BEISTLINE
RALPH R. BEISTLINE
U. S. DISTRICT JUDGE

[Jmt1-with fees and costs-revised 1-30-06]