NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA J. PRUITT,                )<br>                                                  )<br>            Plaintiff,               )<br>                                                  )<br>      v.                                        )<br>                                                  )<br> R. L. BROWNLEE, Acting    )<br> Secretary of the Army,         )<br>                                                  )<br>            Defendant.            )<br>_____)  | Case No. 3:04-cv-00086-RRB<br><br>**NOTICE OF COST BILL HEARING** |

      The Defendant, through counsel, has submitted its bill of costs with this Notice.

A cost bill hearing will be held before Clerk Ida Romack, on October 4, 2006, at 9:00

a.m. at the clerk's office in the Federal Courthouse at 222 W. 7th Ave. on the second

floor.  The Plaintiff may appear in person, or telephonically by calling Clerk Ida

Romack at (907) 677-6101, to object to any costs requested.  The Plaintiff may also

object in writing before the hearing.

Respectfully submitted this 29th day of September, 2006.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29th, 2006,
a copy of the foregoing **Notice of Cost Bill Hearing
and the Bill of Costs** were served by
U. S. Mail on:

Brenda J. Pruitt
104 Muldoon Rd Unit 222
Anchorage, AK 99504

s/ Susan J. Lindquist