UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

BRENDA J. PRUITT,
        Plaintiff,

                                        Case Number 3:04-cv-00086-RRB
v.

R. L. BROWNLEE,
        Defendant.                      **JUDGMENT IN A CIVIL CASE**

\_   **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant recover of plaintiff Brenda J. Pruitt defendant's costs of action in the amount of $ __330.00__ and attorney's fees in the amount of $ _____ with postjudgment interest thereon at the rate of __5.22__% as provided by law.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Date: September 18, 2006

                                              IDA   ROMACK
                                        _____
                                        Ida Romack, Clerk of Court

S/RALPH R. BEISTLINE
RALPH R. BEISTLINE
U. S. DISTRICT JUDGE

[Jmt1-with fees and costs-revised 1-30-06]