NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| BRENDA J. PRUITT, | ) | No.  3:04-CV-00086-RRB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PROPOSED |
| | ) | WRIT OF EXECUTION |
| R.L. BROWNLEE, | ) | ON PERMANENT FUND DIVIDEND |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On September 18, 2006, a judgment was entered in the docket of the above-entitled court and action, in favor of the United States of America, on behalf of R.L. Brownlee, as judgment creditor and against BRENDA J. PRUITT as judgment debtor, for

$330.00    principal

$330.00    JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$26.18 accrued interest on judgment principal

$45.00 accrued costs.

 CREDIT must be given for payments and partial satisfactions in the amount of:

- $.00 which is to be first credited against the total accrued costs and interest, with any excess credited against the judgment as entered, leaving a net balance of:

- $401.18 ACTUALLY DUE on April 9, 2008, of which $330.00 is due on the judgment as entered <u>with compounded interest added thereto to create a new interest-accruing balance, per 28 U.S.C. § 1961,</u> and bears interest at the rate of 5.22% per annum in the amount of:

- $.04 PER DAY on the judgment principal, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

 THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

 DATED this _____ day of April, 2008, at Anchorage, Alaska.

           IDA ROMACK
           CLERK OF COURT


        By: _____
           Deputy Clerk